

U.S. Department of State

# CERTIFICATE TO BE ATTACHED TO DOCUMENTARY
# EVIDENCE ACCOMPANYING REQUISITIONS IN
# THE UNITED STATES FOR EXTRADITION
# AMERICAN FOREIGN SERVICE

05-20-2014
_____
Place and Date *(mm-dd-yyyy)*

Paul L. Boyd                              Consul General
_____          ,    _____
Name                                          Title

of the United States of America at _____ Seoul, Korea _____

hereby certify that the annexed papers, being _____ supporting documents _____

_____

proposed to be used upon an application for the extradition from the United States of America

Hyukkee YOO, Heakyung KIM and Pilbae KIM
_____ ,

charged with the crime of _____ violating the Act on the Aggravated Punishment, etc., _____

of Specific Economic Crimes (Embezzlement)

alleged to have been committed in _____ Republic of Korea _____

are properly and legally authenticated so as to entitle them to be received in evidence for similar purposes by

the tribunals of _____ Republic of Korea _____ ,

as required by Title 18, United States Code, Section 3190.

In witness whereof I hereunto sign my name and cause my seal of office to be affixed

_____ 20th _____ day of _____ May 2014 _____
Month and Year

_____
Signature

Paul L. Boyd, Consul General
_____
Type Name and Title of Certifying Officer
of the United States of America.



## MINISTRY OF JUSTICE
### Republic of Korea

미합중국 법무부장관 귀하

## 유혁기, 김혜경, 김필배에 대한 범죄인인도청구

대한민국 법무부장관 본인 황교안은,

대한민국을 대표하여 대한민국과 미합중국 정부간의 범죄인인도조약에 따라, 특정범죄가중처벌등에관한법률위반(횡령) 혐의를 받고 있는 유혁기, 김혜경, 김필배가 대한민국의 법률에 따라 처리될 수 있도록 대한민국에 인도하여 줄 것을 청구합니다.

2. 위 피청인에 대한 범죄인인도청구를 위한 서류로서 본 문서를 봉인한 후 서명하고 대한민국 법무부장관의 관인을 날인함으로써 대한민국정부에 의하여 인증된 서류 임을 확인합니다.

대한민국 서울

2014년 5월 19일 

대한민국 법무부장관 황교안

대리 검찰국장 김주현



김 주 현

EX-YOO-00002

| 29 | 2011-02-28 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
|----|-----------|----|----|----|----|----|----|
| 30 | 2011-03-31 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 31 | 2011-04-30 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 32 | 2011-05-31 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 33 | 2011-06-30 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 34 | 2011-07-31 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 35 | 2011-08-31 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 36 | 2011-09-30 | Dapanda Co., Ltd. | Pil-bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 37 | 2011-10-31 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 38 | 2011-11-30 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 39 | 2011-12-31 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 40 | 2012-01-31 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 41 | 2012-02-29 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 42 | 2012-03-31 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 43 | 2012-04-30 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 44 | 2012-05-31 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 45 | 2012-06-30 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 46 | 2012-07-31 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 47 | 2012-08-31 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 48 | 2012-09-30 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 49 | 2012-10-31 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 50 | 2012-11-30 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 51 | 2012-12-31 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 52 | 2013-01-31 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 53 | 2013-02-28 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 54 | 2013-03-31 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 55 | 2013-04-30 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 56 | 2013-05-31 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 57 | 2013-06-30 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |
| 58 | 2013-07-31 | Dapanda Co., Ltd. | KIM Pil Bae SONG Guk-bin | MOREAL DESIGN | 80,000,000 | Design Consulting Service Fee | |

EX-YOO-00003

# 확 인 서

대한민국 인천지방검찰청 검사인 본인, 정순신은 대한민국과 미합중국간에 1999. 12. 20. 발효된 범죄인인도조약에 의거 도피 범죄인 유혁기를 미국으로부터 한국으로 인도받기 위하여 아래 사항을 확인함

## 1. 확인자 자격

1.1. 본인은 대한민국 법무부 산하 인천지방검찰청 검사임. 본인은 1995년 국가 사법시험에 합격하여 2년간 대법원 산하 사법연수원에서 훈련을 받았으며, 1998년 동 연수원 수료와 동시에 대한민국에서 판사, 검사 또는 변호사로 활동할 수 있는 자격을 취득하였음. 2001. 대한민국 대통령에 의하여 검사로 임용되어 현재까지 근무하고 있음. 본인의 훈련과 경험 그리고 직책에 근거하여, 본인은 대한민국의 형사법과 형사절차에 익숙함. 본인은 현재 이 사건을 직접 담당하고 있는 주임검사로서 이 사건의 내용에 관하여 잘 알고 있음.

1.2. 한국법상 검사는 수사를 주관하는 자로서 경찰의 도움 없이 독자적으로 범죄사건을 수사할 수도 있고, 경찰을 지휘하여 수사를 할 수도 있음. 수사가 종결되면 검사는 사건의 기소여부를 독점적으로 결정하고, 기소 후에는 공소유지를 담당하며, 마지막으로 확정된 판결을 집행함. 기소독점주의 원칙상 검사가 기소한 사건에 대해서만 법원이 재판절차를 진행할 수 있고, 통상 검사는 피의자의 신병을 확보하여 법원에 기소하고 있음. 그러나 이 사건은 현재 피의자의 신병을 확보하지 못하여 법원에 기소하지 못하고 있는 상태임.

## 2. 유혁기에 관한 사항

2.1. 유혁기는 1972. 11. 10. 대한민국에서 출생한 남자로 대한민국 국민이며 대한민국 내 주소지는 대구 남구 대명동 616의 5번지임. 동인은 여권번호 'NY1001671' 의 대한민국 여권을 소지하고 있으며, 영문이름은 'HYUK KEE YOO'임

EX-YOO-00004

2.2. 별첨 1.의 사진은 유혁기가 주민등록증을 발급받기 위하여 해당 기관에 제출한 사진의 진정하고 정확한 사본임

2.3. 유혁기는 미합중국 영주권자로 2013. 8. 18. 프랑스로 출국하였다가 현재까지 귀국하지 않고 있고 현재는 미국에 거주하고 있는 것으로 추정됨.


## 3. 사건의 진행경과

### 3.1. 수사착수 배경

3.1.1. 2014. 4. 16. 대한민국 서해 진도 앞바다에서 침몰한 '세월호' 사건을 계기로 목포에 설치된 '합동수사본부'에서는 사고 당일 해당 선박의 운행에 있어서 선장 및 항해사의 과실은 물론 선박 소유회사인 (주)청해진해운의 선박 관리상 주의의무 위반여부에 대하여도 수사를 진행하였음

3.1.2. 위 수사과정에서 언론 및 (주)청해진해운의 모그룹인 세모에서 재직했던 관계자들은 '세월호 침몰사고'가 단순히 선장 등의 개인적 부주의에서 비롯된 것 뿐 아니라, ① (주)청해진해운 및 그 계열사 조직 특유의 불투명성, ② (주)청해진해운 및 그 계열사 운영 주체들의 무분별한 계열사 확장 욕구에서 빚어진 안전 불감증 등의 구조적인 문제에서 비롯된 '후진국형 안전사고'라고 규정하면서 재발방지를 위한 범정부적 대책마련을 촉구하였음

3.1.3. 이에 따라 교회 신도들을 상대로 상습사기 범행을 저질렀다가 1995.경 구속되어 징역 4년을 선고받은 세모그룹의 총수 유병언이 출소 후 얼마 지나지 않아 다시 자산 합계 약 5,600억 원 규모의 50여개 계열사를 거느린 그룹으로 재기한 배경에 의혹이 제기되었고, 금융감독원에 공시된 세모그룹 계열사들의 감사보고서, 세무결산 자료 등 공개된 자료를 분석한 결과, 유병언을 비롯한 그 일가족이 전문성이 없는 소수 측근 세력을 통해 불투명하고 폐쇄적으로 회사를 경영하면서 수시로 계열사 등의 재산을 횡령을 통해

EX-YOO-00005

형성된 정황, 그러한 범행을 용이하게 하기 위해 피의자들 및 측근들 이해관계에 따라 적법한 의사결정 절차도 생략한 채 수시로 계열사를 부당지원하거나 자기거래를 해왔던 것으로 의심되는 정황을 확인하여 본격적인 수사에 착수하게 되었음

## 3.2. 수사경과

3.2.1. 특별수사팀은 계열사의 회계감사를 한 회계사 김춘균, 박권종, (주)세모의 대표이사 고창환, (주)청해진해운의 대표이사 김한식, (주)다판다의 대표이사 송국빈, (주)천해지의 대표이사 변기춘, (주)아해의 대표이사 이재영, (주)노른자쇼핑의 대표이사 김경숙, 헤마토센트릭라이프의 대표 오경석, (주)아이원아이홀딩스의 감사 박승일, 다판다의 감사 김동환 등 관련자 70명을 조사하였고, 각 계열사들의 금융정보분석원 회신자료, 각 계열사들이 유병언과 유병언의 가족들에게 지급한 자문료, 상표권사용료, 사진대금 거래내역 등을 확인하였음

3.2.2. 그 결과, 유병언, 유대균, 유혁기, 유섬나, 김필배, 김동환, 박승일, 고창환, 이재영, 변기춘 등은 공모하여 계열사들로 하여금 유병언, 유섬나, 유대균, 유혁기에게 컨설팅비, 상표권 사용비, 사진구입비 등의 각종 명목으로 매출액의 일정비용을 임의로 지급하였고, 그로 인하여 계열사들의 수익구조가 나빠지게 된 사실을 확인하였음

3.2.3. 특별수사팀은 2014. 4. 30.부터 2014. 5. 8.까지 유혁기의 변호인 손병기를 통하여 미국에 체류 중인 유혁기에게 3차례 걸쳐 출석요청을 하였으나 출석하지 아니하였음

3.2.4. 이에 따라 특별수사팀은 2014. 5. 8. 유혁기에 대하여 인천지방법원에 체포영장을 청구하여 같은 날 위 법원 판사 박성용으로부터 체포영장을 발부 받았음. 별첨 2는 판사 박성용이 발부한 체포영장의 진정하고 정확한 사본임

3.2.5 현재 미국 국토안보수사국(HSI) 서울지부가 이 사건 수사에 협조하고 있음

EX-YOO-00006

## 4. 인도청구대상 범죄 및 관련 증거 자료

### 4.1. 인도청구대상 범죄

유혁기의 범죄행위는 대한민국 특정경제범죄가중처벌등에관한법률 제3조 제1항 제1호, 제2호, 형법 제355조 제1항(횡령)에 해당함. 유혁기의 구체적인 범죄행위는 아래와 같음.

4.1.1. 유혁기는 (주)아이원아이홀딩스의 지분 19.44%을 보유하면서, 위 회사를 통해 그 계열사인 (주)트라이곤코리아, (주)국제영상, (주)다판다, (주)온지구, (주)아해, (주)문진미디어, (주)천해지, (주)청해진해운, (주)세모, (주)클리앙, (주)새무리, (주)호진기업, (주)소쿠리상사 등을 경영하는 자로서, 2005. 11. 28.경 서울 강남구 청담동 69-3 1층에 '키솔루션'이라는 개인사업자를 등록한 후, 사실은 각 계열사에 경영자문을 한 사실 등이 없음에도 각 계열사 대표이사들과 공모하여 '경영자문료' 등 명목으로 돈을 인출하여 개인적으로 영득하였음

4.1.2. 유혁기는 (주)세모 대표이사 고창환과 공모하여, 2010. 3.경 인천 부평구 십정동 558-10, 565-3에 있는 '세모' 사무실에서, 당시 피해회사가 리스크 관리 등 경영자문을 상시적으로 받아야 할 필요가 없었고, 유혁기가 운영하는 키솔루션이 (주)세모에 실질적인 도움이 될 수 있는 경영자문을 할 능력이 없었으며, 실제로 별다른 경영자문을 한 사실이 없음에도 불구하고, 피해회사로부터 매달 25,000,000원을 지급받는 내용의 '경영자문용역계약'을 체결하고, 그 무렵 자문료 명목으로 25,000,000원을 유혁기 명의 우리은행 계좌로 지급 받는 것을 비롯하여, 그때부터 2014. 3.경까지 매달 25,000,000원씩을 지급받아 (주)세모 소유의 돈 합계 1,225,000,000원을 횡령하였음

4.1.3. 유혁기는 (주)모래알디자인 소유의 돈을 업무상 보관하는 위 회사 대표이사 유섬나와 공모하여, 2010. 4.경 서울 강남구 삼성동 4-4에 있는 '모래알디자인' 사무실에서, 당시 피해회사가 리스크 관리 등 경영자문을 상시적으로 받아야 할 필요가 없었고, 피의자가 운영하는 키솔루션은 피해회사에 실질적인 도움이 될 수 있는 경영자문을 할 능력이 없었으며, 피의자가 '모래알디자인'에 경영자문을 한 사실이 없음에도 '경영자문료' 명목으로

30,000,000원을 받은 것을 비롯하여 2013. 12.경까지 '경영자문료' 명목으로 매달 20,000,000원 또는 30,000,000원씩 지급받는 방법으로 피해회사 소유의 돈 합계 990,000,000원을 지급받아 이를 횡령하였음

4.1.4. 유혁기는 (주)아해의 돈을 업무상 보관하는 위 회사 대표이사 이재영과 공모하여, 2009. 1.경 '아해' 사무실에서, 약 10년전부터 피해회사가 사용해 오던 '아해'라는 상호에 대하여 상표등록한 후 피해회사 월 매출액의 월 매출액의 0.8%~1.6%를 상표권 사용료로 받는 계약서를 작성한 후 그 무렵 9,499,200원을 지급받은 것을 비롯하여 2013. 12.경까지 (주)아해로부터 같은 명목으로 합계 5,346,311,045원을 지급받아 이를 횡령하였음

4.1.5. 유혁기는 (주)온나라쇼핑 소유의 자금을 업무상 보관하는 위 회사 대표이사 변기춘과 공모하여, 2009. 1.경 '온나라쇼핑' 사무실에서, 피해회사를 설립하고 그 상호를 정함에 있어, 피의자가 상표 등록한 '온나라쇼핑'라는 호칭에 아무런 브랜드가치도 없고, 상표등록에 소요되는 비용은 약 300,000원에 불과하며, 얼마든지 다른 상호로 대체가능한 상호임에도 불구하고, 피의자는 변기춘과 '전용사용권 설정 계약'을 체결하고, 그 무렵 8,514,430원을 지급받은 것을 비롯하여 2011. 12.경까지 합계 328,436,704원을 지급받아 이를 횡령하였음

4.1.6. 유혁기는 (주)천해지 소유의 돈을 업무상 보관하는 위 회사 대표이사 변기춘과 공모하여, 2008. 1.경 '천해지' 사무실에서, 피해회사를 설립하고 그 상호를 정함에 있어, 피의자가 상표 등록한 '천해지'라는 호칭에 아무런 브랜드가치도 없고, 상표등록에 소요되는 비용은 약 300,000원에 불과하며, 얼마든지 다른 상호로 대체가능한 상호임에도 불구하고, 위 상표사용에 대한 대가로 '천해지' 매출의 1.0 ~1.5%를 받는 내용의 계약을 체결한 후, 그 무렵 피해회사로부터 18,898,710원을 지급받은 것을 비롯하여 2010. 6.경까지 합계 1,235,426,771원을 지급받아 이를 횡령하였음

4.1.7. 유혁기는 변기춘과 공모하여, 2011. 2.경 (주)천해지 사무실에서 회사의 경영과 관련하여 특별한 역할을 수행하지 않으면서 그 무렵 피해회사로부터 고문료 명목으로 20,000,000원을 지급받은 것을 비롯하여 2011. 11.경까지 매달 20,000,000원씩 합계 200,000,000원을 지급 받아 이를 횡령하

EX-YOO-00008

였음

4.1.8. 유혁기는 아버지인 유병언이 촬영한 사진을 베르사이유 궁전에서 전시하기 위해 필요한 비용 등 거액의 돈이 필요해지자 (주)천해지 회사 자금을 인출하기로 마음먹고, (주)천해지 대표이사인 변기춘과 공모하여 2013. 3.경 '천해지' 사무실에서, 유병언 회장의 사진 작품이 교회 신도들 및 계열사 외에 경매 시장에서 매매가 이루어진 적이 없어 시장 가격을 정할 수 없을 정도로 사진 가치가 그다지 높지 않음에도 불구하고, 마치 유병언 회장의 사진을 고가에 구입하기로 계약한 후 선급금을 미리 지급하는 것처럼 형식을 취해 피해 회사로부터 피의자가 대표로 있는 미국 법인 AHAE PRESS INC로 1,656,598,080원을 지급받은 것을 비롯하여 그2013. 12.경까지 합계 19,862,077,987원을 지급받아 이를 횡령하였음

## 4.2. 범죄사실에 대한 증거

유혁기를 대한민국 형사법상 특정경제범죄가중처벌등에관한법률위반(횡령)죄로 기소하기에 충분한 증거가 확보되었음

4.2.1. 김춘균은 2014. 4. 26. 인천지방검찰청에서 검사 김정국에게 "유병언 일가의 관계사 지배구조는 박수일, 김동환이 외부 조언을 받아 구성하였고, 유혁기가 박승일을 총애하여 사석에서는 박승일을 건드리지 말라는 말까지 하였다.", "각 계열사들은 유병언의 지시에 따라 이런저런 명목으로 자금을 마련해 (주)아이원아이홀딩스를 통해 유병언의 일가에게 비자금을 마련해 주는데, 그 자금을 쉽게 마련하기 위해 지배구조를 개편한다. 박승일이 유혁기와 함께 자주 해외에 나가는데, 그 이유는 해외자금을 담당하고 있기 때문이다. 매년 유대균이 사장인 SLPLUS에 컨설팅 및 상표권 비용으로, 유섬나가 이사로 있는 (주)모래알디자인에 디자인 비용으로, 유병언이 대표로 있는 붉은 머리오목눈이에 컨설팅 및 상표권 사용비용으로, 둘째 아들 유혁기가 사장으로 있는 키솔루션에 컨설팅 및 상표권 사용비용으로 매출액의 몇%를 지급하는데, (주)다판다의 경우도 마찬가지로 매출액(약 500억)의 2~3%를 그 비용으로 지급하다 보니 수익구조가 나빠지게 되었다.", "(주)아이원아이홀딩스가 계열사에서 돈을 걷는 방식은 대기업의 감사팀 역할을 하면서 유병

EX-YOO-00009

언의 사진전 등에 돈이 필요하며 박승일이 나서서 각 계열사 사장에게 연락해 돈을 걷고 있다."고 진술하였음

4.2.2. 고창환은 2014. 4. 25. 인천지방검찰청에서 검사 이진호에게 "(주)세모가 유혁기가 운영하는 키솔루션에 2010년에는 2억5,000만원, 2011년부터 2013년까지 매년 3억원의 경영자문수수료를 지급한 것은 키솔루션의 박승일의 요청에 의한 것이다.", "경영자문수수료 금액 책정 과정에서 다른 업체와 비교 견적 등을 받은 사실이 없고, 키솔루션의 전문성, 실적, 신뢰성, 2중 자문의 필요성 등을 고려함이 없이 저와 박승일 둘이서 협의해서 결정을 했습니다."고 진술하였음

4.2.3. 조선애는 2014. 5. 1. 인천지방검찰청에서 검사 최원석에게 "(주)세모의 재무제표상 자본보다 부채가 많은 편이고 계속 영업이익이 감소하고 있었음에도 불구하고 키솔루션을에 컨설팅비 명목으로 매년 3억원을 지급하는 등 4년 동안 11억5,000만원을 지급한 것이 과한 일이며, 특히 고액의 컨설팅비용을 지불하고도 회사 경영실적이 향상되지 않았는데 컨설팅회사를 교체하지 않은 것이 정상은 아니었다."고 진술하였음

4.2.4. (주)아해, (주)세모, (주)아이원아이홀딩스, (주)다판다, (주)문진미디어, (주)천해지, (주)청해진해운, (주)온나라, (주)모래알디자인의 각각 금원지급내역서 등에 의하면, 각 계열사들이 유병언과 유병언의 가족들에게 돈을 지급한 내역이 있음

4.2.5. 위 김춘균, 고창환, 조선애의 진술은 대한민국 형사절차법이 규정한 절차에 따라 적법하게 이루어졌고, 그 내용은 문서로 작성되어 현재 본 사건의 수사를 담당하고 있는 인천지방검찰청에 보존되어 있음. (주)아해, (주)세모, (주)아이원아이홀딩스, (주)다판다, (주)문진미디어, (주)천해지, (주)청해진해운, (주)온나라, (주)모래알디자인의 금전거래내역 등의 증거도 대한민국 형사절차법이 규정한 절차에 따라 적법하게 이루어졌으며 위 진술문서와 함께 보존되어 있음

EX-YOO-00010

## 5. 대한민국의 관계법령

5.1. 유혁기가 범한 특정경제범죄가중처벌등에관한법률위반(횡령)죄의 내용과 관련
　　 법령은 다음과 같음.

### 5.1.1. 횡령죄

**형법 제355조 제1항**
『타인의 재물을 보관하는 자가 그 재물을 횡령하거나 그 반환을 거부한 때
에는 5년 이하의 징역 또는 1천500만원 이하의 벌금에 처한다.』

### 5.1.2. 특정경제범죄가중처벌등에관한법률위반(횡령)

**특정경제범죄가중처벌등에관한법률 제3조 제1항 제1호, 제2호**
『① 형법」 제347조(사기), 제350조(공갈), 제351조(제347조 및 제350조의 상
습범만 해당한다), 제355조(횡령·배임) 또는 제356조(업무상의 횡령과 배임)
의 죄를 범한 사람은 그 범죄행위로 인하여 취득하거나 제3자로 하여금
취득하게 한 재물 또는 재산상 이익의 가액이 5억원 이상일 때에는 다음
각 호의 구분에 따라 가중처벌한다.
　　1. 이득액이 50억원 이상일 때: 무기 또는 5년 이상의 징역
　　2. 이득액이 5억원 이상 50억원 미만일 때: 3년 이상의 유기징역』

5.1.3. 대한민국은 횡령죄로 인한 피해금액이 5억원 이상인 경우 특정경제범
　　　 죄가중처벌등에관한법률에 따라 가중처벌하고 있음

### 5.1.3. 공소시효

대한민국 형사소송법 제249조 제1항은 무기징역에 해당하는 범죄의 공소시
효는 15년이며, 같은 법 제253조 제3항은 범인이 형사처벌을 면할 목적으로
국외에 있는 경우 그 기간동안 공소시효는 정지된다고 규정하고 있음. 따라
서 유혁기에 대한 공소시효는 현재 완성되지 않았음

**형사소송법 제249조 제1항**
『① 공소시효는 다음 기간의 경과로 완성한다.

EX-YOO-00011

1. 사형에 해당하는 범죄에는 25년
2. 무기징역 또는 무기금고에 해당하는 범죄에는 15년
3. 장기 10년 이상의 징역 또는 금고에 해당하는 범죄에는 10년
4. 장기 10년 미만의 징역 또는 금고에 해당하는 범죄에는 7년
5. 장기 5년 미만의 징역 또는 금고, 장기 10년 이상의 자격정지 또는 다액 1만원 이상의 벌금에 해당하는 범죄에는 5년』

**형사소송법 제253조 제3항**

『범인이 형사처분을 면할 목적으로 국외에 있는 경우 그 기간동안 공소시효는 정지된다.』

5.2. 이상의 법령은 현재 대한민국에서 전적으로 유효하고 유혁기가 특정경제범죄가중처벌등에관한법률위반(횡령)죄를 범하였다고 알려진 2008년 1월부터 2014년 3월 31일 사이의 시점에도 그러하였음

## 6. 체포영장

6.1. 앞에서 기술한 바와 같이 유혁기에 대하여는 현재 특정경제범죄가중처벌등에관한법률위반(횡령) 혐의로 체포영장이 발부되어 있음

6.2. 본건과 같이 피의자가 수사에 응하지 않고 도주하여 기소하기 곤란한 경우에는 기소중지라는 중간처분을 하여 사건에 대한 수사를 일시 중단하고, 구속영장이나 체포영장을 발부받아 피의자에 대한 소재수사 및 수배를 통하여 신병확보절차에 들어감. 따라서 이건과 같이 피의자의 소재불명으로 기소중지되어 수배 중인 사건의 경우 법원에 대한 기소나 이를 근거로 한 재판절차가 진행되지 않아 사건기록에는 공소장 등 기소 관련 서류가 없음

6.3. 한국 형사소송법상 검사는 수사 도중 피의자가 죄를 범하였다고 의심할만한 상당한 이유가 있고, 정당한 이유없이 검사의 출석요구에 응하지 아니하거나 응하지 아니할 우려가 있는 때에는 관할 지방법원 판사에게 청구하여 체포영장을

EX-YOO-00012

발부받아 피의자를 구금할 수 있음.

6.4. 판사는 검사의 청구에 따라 피의자를 체포할만한 사유가 있다고 판단하는 경우 체포영장을 발부하게 되는데(형사소송법 제201조, 제201조의 2), 판사의 체포영장이 발부되었다는 사실은 바로 그 피의자가 영장청구범죄사실을 범하였다고 볼만한 확실한 이유가 있음을 판사도 인정하고 있는 것임

6.5. 인천지방법원 판사 박성용은 2014. 5. 8. 본인이 청구한 유혁기에 대한 체포 영장을 발부하였고 그 유효기간은 2029. 3. 30. 까지임. 위 체포영장은 2029. 3. 30.까지 특정경제범죄가중처벌등에관한법률위반(횡령) 혐의 혐의로 유혁기를 체포할 수 있는 권한을 부여하는 사법문서이며, 인천지방법원 판사 박성용은 대한민국 법령에 의하여 체포영장을 발부할 수 있는 권한이 있음. 영장 원 본은 대한민국에서 절차를 위하여 수사기록에 편철되어 있음. 본인은 영장 원본을 보았으며, 앞서 본 별첨 2.는 체포영장의 진정하고 정확한 사본임.

7. 본인은 위 기재한 사실이 모두 진실임을 확인하며, 고의로 허위 사실을 기 재하였을 경우 대한민국 형법 제227조에 따라 허위공문서작성죄로 처벌받을 수 있다는 사실을 인식하면서 본 확인서를 작성하였음.

2014.  5.  14.

인 천 지 방 검 찰 청  검 사  정순신  (인)

첨부 1. 유혁기 사진의 진정한 사본 1부.

2. 유혁기에 대한 체포영장의 진정한 사본 1부.

EX-YOO-00013



EX-YOO-00014

# 체 포 영 장

**[통상]**

| 영 장 번 호 | 2014-7383 | | 죄 명 | 특정경제범죄가중처벌등에관한법률위반(횡령) | |
|---|---|---|---|---|---|
| 피 의 자 | 성 명 | 유 혁 기 | 직 업 | 기타 | |
| | 주민등록번호 | 721110-1691825 | 국 적 | 한국 | |
| | 주 거 | | | | |
| 청구한 검사 | 정 순 신 | | | 청구일자 | 2014. 5. 8. 20:28 |
| 변 호 인 | | | | 유효기간 | 2020. 3. 30. 까지 |
| 범죄사실의 요지 | 별지 기재와 같다 | | | 인치할장소 | 인천지방검찰청 |

| 구 금 할 장 소 | 인천구치소 |
|---|---|

√ 피의자는 정당한 이유 없이 수사기관의
출석요구에 응하지 아니하였다.

⌐ 피의자는 정당한 이유 없이 수사기관의
출석요구에 응하지 아니할 우려가 있다.

☐ 피의자는 일정한 주거가 없다
(다액 50만 원 이하의 벌금, 구류 또는
과료에 해당하는 사건).

피의자가 별지 기재와 같은 죄를 범하였다고
의심할 만한 상당한 이유가 있고, 체포의 사유
및 체포의 필요가 있으므로 피의자를 체포한
다.
유효기간이 경과하면 체포에 착수할 수 없고,
유효기간이 경과한 경우 또는 유효기간 내라도
체포의 필요가 없어진 경우에는 영장을 반환하
여야 한다.

2014. 5. 8.

판 사 박 성 동

| 체 포 일 시 | 20 . . . : | 체 포 장 소 | |
|---|---|---|---|
| 인 치 일 시 | 20 . . . : | 인 치 장 소 | |
| 구 금 일 시 | 20 . . . : | 구 금 장 소 | |
| 집행불능사유 | | | |
| 처리자의소속 관 서 , 관 직 | | 처 리 자 서 명 날 인 | |

주 : 주민등록번호(외국인은 외국인등록번호) 위 번호들이 없거나 알 수 없는 때에는 생년월일 및 성별)

EX-YOO-00015

# 범 죄 사 실

## 1. 피의자의 신분

피의자는 기독교복음침례회를 이끄는 유병언의 아들로, 주식회사 아이원아이홀딩스(이하 '아이원아이홀딩스'라 약칭)의 지분 19.44%을 보유하면서, 위 회사를 통해 그 계열사인 (주)트라이곤코리아, (주)국제영상, (주)다판다, (주)온지구, (주)아해, (주)문진미디어, (주)천해지, (주)청해진해운, (주)세모, (주)클러앙, (주)새무리, (주)호진기업, (주)소쿠리상사 등을 경영하는 자로서, 2005. 11. 28.경 서울 강남구 청담동 69-3 1층에 '키솔루션'이라는 개인사업자를 등록한 후, 사실은 각 계열사에 경영자문을 하거나 아래와 같이 각 계열사 대표이사들과 공모하여 '경영자문료' 등 명목으로 돈을 인출하여 개인적으로 영득하였다.

## 2. 범죄사실

### 가. 피해자 주식회사 세모(이하 '세모'라 약칭)에 대한 특정경제범죄가중처벌등에관한법률위반(횡령)

피의자는 '세모' 소유의 자금을 업무상 보관하는 위 회사 대표이사 고창환과 공모하여, 2010. 3.경 인천 부평구 십정동 558-10, 565-3에 있는 '세모' 사무실에서, 당시 피해회사가 리스크 관리 등 경영자문을 상시적으로 받아야 할 필요가 없었고, 피의자가 운영하는 키솔루션은 피해회사에 실질적인 도움이 될 수 있는 경영자문을 할 능력이 없었으며, 실제로 별다른 경영자문을 한 사실이 없음에도 불구하고, 피해회사로부터 매달 25,000,000원을 지급받는 내용의 '경영자

EX-YOO-00016

문용역계약'을 체결하고, 그 무렵 자문료 명목으로 25,000,000원을 피의자 명의
우리은행 계좌로 지급 받은 것을 비롯하여, 그때부터 2014. 3.경까지 별지 범
죄일람표 (1) 기재와 같이 매달 25,000,000원씩을 지급받아 피해회사 소유의 돈
합계 1,225,000,000원을 횡령하였다.

**나. 피해자 주식회사 모래알디자인(이하 '모래알디자인'이라 약칭)에 대한
특정경제가중치별등에관한법률위반(횡령)**

피의자는 '모래알디자인' 소유의 돈을 업무상 보관하는 위 회사 대표이사 유
섬나와 공모하여, 2010. 4.경 서울 강남구 삼성동 4-4에 있는 '모래알디자인'
사무실에서, 당시 피해회사가 리스크 관리 등 경영자문을 상시적으로 받아야
할 필요가 없었고, 피의자가 운영하는 키솔루션은 피해회사에 실질적인 도움
이 될 수 있는 경영자문을 할 능력이 없었으며, 피의자가 '모래알디자인'에 경
영자문을 한 사실이 없음에도 '경영자문료' 명목으로 30,000,000원을 받은 것
을 비롯하여, 위 일시경부터 2013. 12.경까지 별지 범죄일람표 (2) 기재와 같이
'경영자문료' 명목으로 매달 20,000,000원 또는 30,000,000원씩 지급받는 방법으로
피해회사 소유의 돈 합계 990,000,000원을 지급받아 이를 횡령하였다.

**다. 피해자 주식회사 아해(이하 '아해'라 약칭)에 대한 특정경제범죄가중치
별등에관한법률위반(횡령)**

피의자는 피해회사인 '아해'의 돈을 업무상 보관하는 위 회사 대표이사 이
재영과 공모하여, 2009. 1.경 '아해' 사무실에서, 약 10년전부터 피해회사가 사
용해오던 '아해'라는 상호에 대하여 상표등록한 후 피해회사 월 매출액의 월

EX-YOO-00017

매출액의 0.8%~1.6%를 상표권 사용료로 받는 계약서를 작성한 후 그 무렵 9,499,200원을 지급받은 것을 비롯하여, 위 일시경부터 2013. 12.경까지 별지 범죄일람표 (3)기재와 같이 피해회사로부터 같은 명목으로 합계 5,346,311,045 원을 지급받아 이를 횡령하였다.

## 다. 피해자 주식회사 온나라쇼핑(이하 '온나라쇼핑')에 대한 업무상횡령

피의자는 피해회사인 '온나라쇼핑' 소유의 자금을 업무상 보관하는 위 회사 대표이사 변기춘과 공모하여, 2009. 1.경 '온나라쇼핑' 사무실에서, 피해회사를 설립하고 그 상호를 정함에 있어, 피의자가 상표 등록한 '온나라쇼핑'라는 호칭에 아무런 브랜드가치도 없고, 상표등록에 소요되는 비용은 약 300,000원에 불과하며, 얼마든지 다른 상호로 대체가능한 상호임에도 불구하고, 피의자는 변기춘과 '전용사용권 설정 계약'을 체결하고, 그 무렵 8,514,430원을 지급받은 것을 비롯하여 위 일시경부터 2011. 12.경까지 별지 범죄일람표 (4)기재와 같이 도합 328,436,704원을 지급받아 이를 횡령하였다.

## 라. 주식회사 천해지(이하 '천해지')에 대한 특정경제범죄가중처벌에관한법률위반(횡령)

### (1) 상표사용료 관련 횡령

피의자는 피해회사 '천해지' 소유의 돈을 업무상 보관하는 위 회사 대표이사 변기춘과 공모하여, 2008. 1.경 '천해지' 사무실에서, 피해회사를 설립하고 그 상호를 정함에 있어, 피의자가 상표 등록한 '천해지'라는 호칭에 아무런 브랜드 가치도 없고, 상표등록에 소요되는 비용은 약 300,000원에 불과하며, 얼마든지

EX-YOO-00018

다른 상호로 대체가능한 상호임에도 불구하고, 위 상표사용에 대한 대가로 '천해지' 매출의 1.0 ~1.5%를 받는 내용의 계약을 체결한 후, 그 무렵 피해회사로부터 18,898,710원을 지급받은 것을 비롯하여 그 무렵부터 2010. 6.경까지 별지 범죄일람표 (5)기재와 같이 합계 1,235,426,771원을 지급받아 이를 횡령하였다.

## (2) 고문료 명목 횡령

피의자는 위 변기춘과 공모하여, 2011. 2.경 '천해지' 사무실에서, 피해회사의 경영과 관련하여 특별한 역할을 수행하지 않으면서 그 무렵 피해회사로부터 고문료 명목으로 20,000,000 원을 지급받은 것을 비롯하여, 위 일시경부터 2011. 11.경까지 별지 범죄일람표 (6) 기재와 같이 매달 20,000,000원씩 합계 200,000,000원을 지급 받아 이를 횡령하였다.

## (3) 사진 구입 선급금 명목 횡령

피의자는 아버지인 유병언 회장이 촬영한 사진을 베르사이유 궁전에서 전시하기 위해 필요한 비용 등 거액의 돈이 필요해지자 (주)천해지 회사 자금을 인출하기로 마음먹었다.

이에 피의자는 (주)천해지 대표이사인 변기춘과 공모하여 2013. 3.경 '천해지' 사무실에서, 유병언 회장의 사진 작품이 교회 신도들 및 계열사 외에 경매 시장에서 매매가 이루어진 적이 없어 시장 가격을 정할 수 없을 정도로 사진 가치가 그다지 높지 않음에도 불구하고, 마치 유병언 회장의 사진을 고가에 구입하기로 계약한 후 선급금을 미리 지급하는 것처럼 형식을 취해 피해 회사로부터 피의자가 대표로 있는 미국 법인 AHAE PRESS INC로 1,656,598,080원을 지

급받은 것을 비롯하여 그 무렵부터 2013. 12.경까지 별지 범죄일람표 (7)기재와 같이 합계 19,862,077,987원을 지급받아 이를 횡령하였다.

EX-YOO-00020

# 범죄일람표(1)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액<br>(부가세 제외) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 1 | 2010-03-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 2 | 2010-04-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 3 | 2010-05-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 4 | 2010-06-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 5 | 2010-07-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 6 | 2010-08-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 7 | 2010-09-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 8 | 2010-11-01 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 9 | 2010-11-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 10 | 2010-12-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 11 | 2011-01-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 12 | 2011-02-28 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 13 | 2011-03-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 14 | 2011-04-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 15 | 2011-05-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 16 | 2011-06-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 17 | 2011-07-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 18 | 2011-08-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 19 | 2011-09-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 20 | 2011-10-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 21 | 2011-11-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 22 | 2011-12-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 23 | 2012-01-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 24 | 2012-02-29 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 25 | 2012-03-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 26 | 2012-04-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 27 | 2012-05-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |

# 범죄일람표(1)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액<br>(부가세 제외) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 28 | 2012-06-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 29 | 2012-07-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 30 | 2012-08-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 31 | 2012-09-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 32 | 2012-10-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 33 | 2012-11-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 34 | 2012-12-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 35 | 2013-01-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 36 | 2013-02-28 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 37 | 2013-03-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 38 | 2013-04-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 39 | 2013-05-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 40 | 2013-06-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 41 | 2013-07-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 42 | 2013-08-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 43 | 2013-09-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 44 | 2013-01-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 45 | 2013-11-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 46 | 2013-12-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 47 | 2014-01-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 48 | 2014-02-29 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 49 | 2014-03-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 합 계 | | | | | 1,225,000,000 | 원 | |

EX-YOO-00022

# 범죄일람표(2)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액<br>(부가세 포함) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 1 | 2010-04-30 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 30,000,000 | 경영자문용역료 | |
| 2 | 2010-05-31 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 30,000,000 | 경영자문용역료 | |
| 3 | 2010-06-30 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 30,000,000 | 경영자문용역료 | |
| 4 | 2010-07-31 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 30,000,000 | 경영자문용역료 | |
| 5 | 2010-08-31 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 30,000,000 | 경영자문용역료 | |
| 6 | 2010-09-30 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 30,000,000 | 경영자문용역료 | |
| 7 | 2010-10-30 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 30,000,000 | 경영자문용역료 | |
| 8 | 2010-11-30 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 30,000,000 | 경영자문용역료 | |
| 9 | 2010-12-31 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 30,000,000 | 경영자문용역료 | |
| 10 | 2011-01-31 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 11 | 2011-02-28 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 12 | 2011-03-31 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 13 | 2011-04-30 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 14 | 2011-05-31 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 15 | 2011-06-30 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 16 | 2011-07-31 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 17 | 2011-08-31 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 18 | 2011-09-30 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 19 | 2011-10-31 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 20 | 2011-11-30 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 21 | 2011-12-31 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 22 | 2012-01-31 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 23 | 2012-02-29 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 24 | 2012-03-31 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 25 | 2012-04-30 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 26 | 2012-05-31 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 27 | 2012-06-30 | ㈜모래알디자인 | 유섬나<br>하영화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |

EX-YOO-00023

# 범죄일람표(2)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액 (부가세 포함) | 명목 | 비고 |
|------|------|--------|----------|--------|------------------------|------|------|
| 28 | 2012-07-31 | ㈜모래알디자인 | 유성나 하명화 | 키츌무선 | 20,000,000 | 경영자문용역료 | |
| 29 | 2012-08-31 | ㈜모래알디자인 | 유성나 하명화 | 키츌무선 | 20,000,000 | 경영자문용역료 | |
| 30 | 2012-09-30 | ㈜모래알디자인 | 유성나 하명화 | 키츌무선 | 20,000,000 | 경영자문용역료 | |
| 31 | 2012-10-31 | ㈜모래알디자인 | 유성나 하명화 | 키츌부선 | 20,000,000 | 경영자문용역료 | |
| 32 | 2012-11-30 | ㈜모래알디자인 | 유성나 하명화 | 키츌무선 | 20,000,000 | 경영자문용역료 | |
| 33 | 2012-12-31 | ㈜모래알디자인 | 유성나 하명화 | 키츌무선 | 20,000,000 | 경영자문용역료 | |
| 34 | 2013-01-31 | ㈜모래알디자인 | 유성나 하명화 | 키츌무선 | 20,000,000 | 경영자문용역료 | |
| 35 | 2013-02-28 | ㈜모래알디자인 | 유성나 하명화 | 키츌무선 | 20,000,000 | 경영자문용역료 | |
| 36 | 2013-03-31 | ㈜모래알디자인 | 유성나 하명화 | 키츌무선 | 20,000,000 | 경영자문용역료 | |
| 37 | 2013-04-30 | ㈜모래알디자인 | 유성나 하명화 | 키츌무선 | 20,000,000 | 경영자문용역료 | |
| 38 | 2013-05-31 | ㈜모래알디자인 | 유성나 하명화 | 키츌무선 | 20,000,000 | 경영자문용역료 | |
| 39 | 2013-06-30 | ㈜모래알디자인 | 유성나 하명화 | 키츌무선 | 20,000,000 | 경영자문용역료 | |
| 40 | 2013-07-31 | ㈜모래알디자인 | 유성나 하명화 | 키츌무선 | 20,000,000 | 경영자문용역료 | |
| 41 | 2013-08-31 | ㈜모래알디자인 | 유성나 하명화 | 키츌무선 | 20,000,000 | 경영자문용역료 | |
| 42 | 2013-09-30 | ㈜모래알디자인 | 유성나 하명화 | 키츌무선 | 20,000,000 | 경영자문용역료 | |
| 43 | 2013-10-31 | ㈜모래알디자인 | 유성나 하명화 | 키츌무선 | 20,000,000 | 경영자문용역료 | |
| 44 | 2013-11-30 | ㈜모래알디자인 | 유성나 하명화 | 키츌무선 | 20,000,000 | 경영자문용역료 | |
| 45 | 2013-12-31 | ㈜모래알디자인 | 유성나 하명화 | 키츌무선 | 20,000,000 | 경영자문용역료 | |
| 합 계 | | | | | 990,000,000 | 원 | |

EX-YOO-00024

# 범죄일람표(3)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액 (1억기준 표시) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 1 | 2009-01-30 | ㈜아해 | 이성환<br>이재컴 | 키홀루션 | 9,499,200 | 상표권사용료 | |
| 2 | 2009-02-27 | ㈜아해 | 이성환<br>이재영 | 키홀루션 | 19,685,600 | 상표권사용료 | |
| 3 | 2009-03-31 | ㈜아해 | 이성환<br>이재컴 | 키홀루션 | 52,638,400 | 상표권사용료 | |
| 4 | 2009-04-30 | ㈜아해 | 이성환<br>이재영 | 키홀루션 | 62,902,300 | 상표권사용료 | |
| 5 | 2009-05-30 | ㈜아해 | 이성환<br>이재영 | 키홀루션 | 49,325,900 | 상표권사용료 | |
| 6 | 2009-06-30 | ㈜아해 | 이성환<br>이재원 | 키홀루션 | 59,322,800 | 상표권사용료 | |
| 7 | 2009-07-31 | ㈜아해 | 이강세<br>이재컴 | 키홀루션 | 65,986,900 | 상표권사용료 | |
| 8 | 2009-08-31 | ㈜아해 | 이강세<br>이재영 | 키홀루션 | 74,332,910 | 상표권사용료 | |
| 9 | 2009-09-30 | ㈜아해 | 이강세<br>이재정 | 키홀루션 | 85,358,950 | 상표권사용료 | |
| 10 | 2009-10-30 | ㈜아해 | 이강세<br>이재영 | 키홀루션 | 82,482,640 | 상표권사용료 | |
| 11 | 2009-11-30 | ㈜아해 | 이강세<br>이재영 | 키홀루션 | 75,699,660 | 상표권사용료 | |
| 12 | 2009-12-31 | ㈜아해 | 이강세<br>이재영 | 키홀루션 | 65,440,520 | 상표권사용료 | |
| 13 | 2010-01-30 | ㈜아해 | 이강세<br>이재컴 | 키홀루션 | 20,057,030 | 상표권사용료 | |
| 14 | 2010-02-27 | ㈜아해 | 이강세<br>이재영 | 키홀루션 | 34,552,840 | 상표권사용료 | |
| 15 | 2010-03-31 | ㈜아해 | 이강세<br>이재영 | 키홀루션 | 98,678,620 | 상표권사용료 | |
| 16 | 2010-04-30 | ㈜아해 | 이강세<br>이재영 | 키홀루션 | 113,957,210 | 상표권사용료 | |
| 17 | 2010-05-31 | ㈜아해 | 이강세<br>이재영 | 키홀루션 | 108,965,880 | 상표권사용료 | |
| 18 | 2010-06-30 | ㈜아해 | 이강세<br>이재영 | 키홀루션 | 119,595,560 | 상표권사용료 | |
| 19 | 2010-07-30 | ㈜아해 | 이강세<br>이재영 | 키홀루션 | 91,733,660 | 상표권사용료 | |
| 20 | 2010-08-31 | ㈜아해 | 이강세<br>이재영 | 키홀루션 | 57,267,790 | 상표권사용료 | |
| 21 | 2010-09-30 | ㈜아해 | 이강세<br>이재영 | 키홀루션 | 69,828,360 | 상표권사용료 | |
| 22 | 2010-10-29 | ㈜아해 | 이강세<br>이재영 | 키홀루션 | 88,509,320 | 상표권사용료 | |
| 23 | 2010-11-30 | ㈜아해 | 이강세<br>이재영 | 키홀루션 | 92,307,510 | 상표권사용료 | |
| 24 | 2010-12-31 | ㈜아해 | 이강세<br>이재원 | 키홀루션 | 67,265,320 | 상표권사용료 | |
| 25 | 2011-01-31 | ㈜아해 | 이강세<br>이재영 | 키홀루션 | 28,770,020 | 상표권사용료 | |
| 26 | 2011-02-28 | ㈜아해 | 이강세<br>이재영 | 키홀루션 | 37,212,960 | 상표권사용료 | |
| 27 | 2011-03-31 | ㈜아해 | 이강세<br>이재영 | 키홀루션 | 85,113,660 | 상표권사용료 | |

EX-YOO-00025

# 범죄일람표(3)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액<br>(부가세 포함) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 28 | 2011-04-29 | ㈜아해 | 이강세<br>이재영 | 키솔루션 | 119,041,700 | 상표권사용료 | |
| 29 | 2011-05-31 | ㈜아해 | 이강세<br>이재영 | 키솔루션 | 114,268,060 | 상표권사용료 | |
| 30 | 2011-06-29 | ㈜아해 | 이강세<br>이재영 | 키솔루션 | 125,344,540 | 상표권사용료 | |
| 31 | 2011-07-29 | ㈜아해 | 이강세<br>이재영 | 키솔루션 | 97,473,830 | 상표권사용료 | |
| 32 | 2011-08-31 | ㈜아해 | 이강세<br>이재영 | 키솔루션 | 95,052,150 | 상표권사용료 | |
| 33 | 2011-09-30 | ㈜아해 | 이강세<br>이재영 | 키솔루션 | 118,644,650 | 상표권사용료 | |
| 34 | 2011-10-31 | ㈜아해 | 이강세<br>이재영 | 키솔루션 | 117,824,120 | 상표권사용료 | |
| 35 | 2011-11-30 | ㈜아해 | 이강세<br>이재영 | 키솔루션 | 112,252,300 | 상표권사용료 | |
| 36 | 2011-12-30 | ㈜아해 | 이강세<br>이재영 | 키솔루션 | 105,125,510 | 상표권사용료 | |
| 37 | 2012-01-31 | ㈜아해 | 이강세<br>이재영 | 키솔루션 | 32,985,670 | 상표권사용료 | |
| 38 | 2012-02-29 | ㈜아해 | 이강세<br>이재영 | 키솔루션 | 54,586,090 | 상표권사용료 | |
| 39 | 2012-03-31 | ㈜아해 | 이강세<br>이재영 | 키솔루션 | 99,416,630 | 상표권사용료 | |
| 40 | 2012-04-30 | ㈜아해 | 이강세<br>이재영 | 키솔루션 | 126,176,930 | 상표권사용료 | |
| 41 | 2012-05-31 | ㈜아해 | 이재영<br>황원주 | 키솔루션 | 153,315,540 | 상표권사용료 | |
| 42 | 2012-06-30 | ㈜아해 | 이재영<br>황원주 | 키솔루션 | 152,717,850 | 상표권사용료 | |
| 43 | 2012-07-31 | ㈜아해 | 이재영<br>황원주 | 키솔루션 | 88,316,150 | 상표권사용료 | |
| 44 | 2012-08-31 | ㈜아해 | 이재영<br>황원주 | 키솔루션 | 71,302,970 | 상표권사용료 | |
| 45 | 2012-09-30 | ㈜아해 | 이재영<br>황원주 | 키솔루션 | 109,726,550 | 상표권사용료 | |
| 46 | 2012-11-12 | ㈜아해 | 이재영<br>황원주 | 키솔루션 | 117,211,055 | 상표권사용료 | |
| 47 | 2012-11-30 | ㈜아해 | 이재영<br>황원주 | 키솔루션 | 117,887,270 | 상표권사용료 | |
| 48 | 2012-12-31 | ㈜아해 | 이재영<br>황원주 | 키솔루션 | 67,798,940 | 상표권사용료 | |
| 49 | 2013-01-31 | ㈜아해 | 이재영<br>황원주 | 키솔루션 | 29,444,940 | 상표권사용료 | |
| 50 | 2013-02-28 | ㈜아해 | 이재영<br>황원주 | 키솔루션 | 96,207,690 | 상표권사용료 | |
| 51 | 2013-03-31 | ㈜아해 | 이재영<br>황원주 | 키솔루션 | 104,114,570 | 상표권사용료 | |
| 52 | 2013-04-30 | ㈜아해 | 이재영<br>황원주 | 키솔루션 | 135,741,050 | 상표권사용료 | |
| 53 | 2013-05-31 | ㈜아해 | 이재영<br>황원주 | 키솔루션 | 140,537,280 | 상표권사용료 | |
| 54 | 2013-05-30 | ㈜아해 | 이재영<br>황원주 | 키솔루션 | 134,883,620 | 상표권사용료 | |

EX-YOO-00026

# 범죄일람표(3)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액 (부가세 포함) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 55 | 2013-07-31 | ㈜아해 | 이재영 황원주 | 키솔루션 | 95,959,170 | 상표권사용료 | |
| 56 | 2013-08-30 | ㈜아해 | 이재영 황원주 | 키솔루션 | 97,998,480 | 상표권사용료 | |
| 57 | 2013-09-30 | ㈜아해 | 이재영 황원주 | 키솔루션 | 99,694,710 | 상표권사용료 | |
| 58 | 2013-10-31 | ㈜아해 | 이재영 황원주 | 키솔루션 | 116,803,180 | 상표권사용료 | |
| 59 | 2013-11-30 | ㈜아해 | 이재영 황원주 | 키솔루션 | 131,752,960 | 상표권사용료 | |
| 60 | 2013-12-31 | ㈜아해 | 이재영 황원주 | 키솔루션 | 151,053,570 | 상표권사용료 | |
| 합계 | | | | | 5,346,311,045 | 원 | |



EX-YOO-00027

# 범죄일람표(4)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액<br>(부가세 제외) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 1 | 2009-01-31 | ㈜온나라 | 변기춘 | 키솔루션 | 8,514,430 | 상표권사용료 | |
| 2 | 2009-02-28 | ㈜온나라 | 변기춘 | 키솔루션 | 8,387,180 | 상표권사용료 | |
| 3 | 2009-03-31 | ㈜온나라 | 변기춘 | 키솔루션 | 10,049,271 | 상표권사용료 | |
| 4 | 2009-04-30 | ㈜온나라 | 변기춘 | 키솔루션 | 8,911,148 | 상표권사용료 | |
| 5 | 2009-05-31 | ㈜온나라 | 변기춘 | 키솔루션 | 8,944,341 | 상표권사용료 | |
| 6 | 2009-06-30 | ㈜온나라 | 변기춘 | 키솔루션 | 9,369,197 | 상표권사용료 | |
| 7 | 2009-07-31 | ㈜온나라 | 변기춘 | 키솔루션 | 9,339,334 | 상표권사용료 | |
| 8 | 2009-08-31 | ㈜온나라 | 변기춘 | 키솔루션 | 9,194,022 | 상표권사용료 | |
| 9 | 2009-09-30 | ㈜온나라 | 변기춘 | 키솔루션 | 11,251,062 | 상표권사용료 | |
| 10 | 2009-10-31 | ㈜온나라 | 변기춘 | 키솔루션 | 10,081,781 | 상표권사용료 | |
| 11 | 2009-11-30 | ㈜온나라 | 변기춘 | 키솔루션 | 11,411,741 | 상표권사용료 | |
| 12 | 2009-12-31 | ㈜온나라 | 변기춘 | 키솔루션 | 11,631,725 | 상표권사용료 | |
| 13 | 2010-01-31 | ㈜온나라 | 변기춘 | 키솔루션 | 11,077,274 | 상표권사용료 | |
| 14 | 2010-02-28 | ㈜온나라 | 변기춘 | 키솔루션 | 9,646,549 | 상표권사용료 | |
| 15 | 2010-03-31 | ㈜온나라 | 변기춘 | 키솔루션 | 11,053,410 | 상표권사용료 | |
| 16 | 2010-04-30 | ㈜온나라 | 변기춘 | 키솔루션 | 11,104,935 | 상표권사용료 | |
| 17 | 2010-05-31 | ㈜온나라 | 변기춘 | 키솔루션 | 11,336,950 | 상표권사용료 | |
| 18 | 2010-06-30 | ㈜온나라 | 변기춘 | 키솔루션 | 11,248,907 | 상표권사용료 | |
| 19 | 2010-07-31 | ㈜온나라 | 변기춘 | 키솔루션 | 10,724,209 | 상표권사용료 | |
| 20 | 2010-08-31 | ㈜온나라 | 변기춘 | 키솔루션 | 10,668,041 | 상표권사용료 | |
| 21 | 2010-09-30 | ㈜온나라 | 변기춘 | 키솔루션 | 9,475,317 | 상표권사용료 | |
| 22 | 2010-10-31 | ㈜온나라 | 변기춘 | 키솔루션 | 10,402,170 | 상표권사용료 | |
| 23 | 2010-11-30 | ㈜온나라 | 변기춘 | 키솔루션 | 9,953,442 | 상표권사용료 | |
| 24 | 2010-12-31 | ㈜온나라 | 변기춘 | 키솔루션 | 9,386,467 | 상표권사용료 | |
| 25 | 2011-01-31 | ㈜온나라 | 변기춘 | 키솔루션 | 9,153,436 | 상표권사용료 | |
| 26 | 2011-02-28 | ㈜온나라 | 변기춘 | 키솔루션 | 5,693,324 | 상표권사용료 | |
| 27 | 2011-03-31 | ㈜온나라 | 변기춘 | 키솔루션 | 8,392,828 | 상표권사용료 | |

EX-YOO-00028

# 범죄일람표(4)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액<br>(부가세 포함) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 28 | 2011-04-30 | ㈜온나라 | 변기춘 | 키솔루션 | 6,747,077 | 상표권사용료 | |
| 29 | 2011-05-31 | ㈜온나라 | 변기춘 | 키솔루션 | 7,476,739 | 상표권사용료 | |
| 30 | 2011-06-30 | ㈜온나라 | 변기춘 | 키솔루션 | 7,234,918 | 상표권사용료 | |
| 31 | 2011-07-31 | ㈜온나라 | 변기춘 | 키솔루션 | 7,281,819 | 상표권사용료 | |
| 32 | 2011-08-31 | ㈜온나라 | 변기춘 | 키솔루션 | 6,729,200 | 상표권사용료 | |
| 33 | 2011-09-30 | ㈜온나라 | 변기춘 | 키솔루션 | 7,084,049 | 상표권사용료 | |
| 34 | 2011-10-31 | ㈜온나라 | 변기춘 | 키솔루션 | 6,179,764 | 상표권사용료 | |
| 35 | 2011-11-30 | ㈜온나라 | 변기춘 | 키솔루션 | 6,690,888 | 상표권사용료 | |
| 36 | 2011-12-31 | ㈜온나라 | 변기춘 | 키솔루션 | 6,619,761 | 상표권사용료 | |
| 합 계 | | | | 328,436,704 | 원 | | |

# 범죄일람표(5)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액<br>(부가세 제외) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 1 | 2008-01-31 | ㈜천해지 | 신재직 | 키솔루션 | 18,896,710 | 상표권사용료 | |
| 2 | 2008-02-29 | ㈜천해지 | 신재직 | 키솔루션 | 19,065,190 | 상표권사용료 | |
| 3 | 2008-03-31 | ㈜천해지 | 신재직 | 키솔루션 | 22,695,560 | 상표권사용료 | |
| 4 | 2008-04-30 | ㈜천해지 | 신재직 | 키솔루션 | 27,061,470 | 상표권사용료 | |
| 5 | 2008-05-31 | ㈜천해지 | 신재직 | 키솔루션 | 27,193,951 | 상표권사용료 | |
| 6 | 2008-06-30 | ㈜천해지 | 신재직 | 키솔루션 | 20,423,502 | 상표권사용료 | |
| 7 | 2008-07-31 | ㈜천해지 | 신재직 | 키솔루션 | 26,326,392 | 상표권사용료 | |
| 8 | 2008-08-31 | ㈜천해지 | 신재직 | 키솔루션 | 20,492,939 | 상표권사용료 | |
| 9 | 2008-09-30 | ㈜천해지 | 신재직 | 키솔루션 | 22,261,413 | 상표권사용료 | |
| 10 | 2008-10-31 | ㈜천해지 | 신재직 | 키솔루션 | 23,884,376 | 상표권사용료 | |
| 11 | 2008-11-30 | ㈜천해지 | 신재직 | 키솔루션 | 32,463,666 | 상표권사용료 | |
| 12 | 2008-12-31 | ㈜천해지 | 신재직 | 키솔루션 | 30,486,812 | 상표권사용료 | |
| 13 | 2009-01-31 | ㈜천해지 | 신재직 | 키솔루션 | 48,111,660 | 상표권사용료 | |
| 14 | 2009-02-28 | ㈜천해지 | 신재직 | 키솔루션 | 50,410,799 | 상표권사용료 | |
| 15 | 2009-03-31 | ㈜천해지 | 신재직 | 키솔루션 | 50,588,197 | 상표권사용료 | |
| 16 | 2009-04-30 | ㈜천해지 | 신재직 | 키솔루션 | 58,348,572 | 상표권사용료 | |
| 17 | 2009-05-31 | ㈜천해지 | 신재직 | 키솔루션 | 54,578,526 | 상표권사용료 | |
| 18 | 2009-06-30 | ㈜천해지 | 신재직 | 키솔루션 | 64,037,212 | 상표권사용료 | |
| 19 | 2009-07-31 | ㈜천해지 | 신재직 | 키솔루션 | 59,809,228 | 상표권사용료 | |
| 20 | 2009-08-31 | ㈜천해지 | 신재직 | 키솔루션 | 53,707,361 | 상표권사용료 | |
| 21 | 2009-09-30 | ㈜천해지 | 신재직 | 키솔루션 | 63,522,079 | 상표권사용료 | |
| 22 | 2009-10-31 | ㈜천해지 | 신재직 | 키솔루션 | 58,962,850 | 상표권사용료 | |
| 23 | 2009-11-30 | ㈜천해지 | 신재직 | 키솔루션 | 64,268,957 | 상표권사용료 | |
| 24 | 2009-12-31 | ㈜천해지 | 신재직 | 키솔루션 | 57,277,573 | 상표권사용료 | |
| 25 | 2010-01-31 | ㈜천해지 | 신재직 | 키솔루션 | 52,761,859 | 상표권사용료 | |
| 26 | 2010-02-28 | ㈜천해지 | 신재직 | 키솔루션 | 35,350,717 | 상표권사용료 | |
| 27 | 2010-03-31 | ㈜천해지 | 신재직 | 키솔루션 | 51,082,683 | 상표권사용료 | |

EX-YOO-00030

# 범죄일람표(5)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액<br>(부가세 제외) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 28 | 2010-04-30 | ㈜천해지 | 신재직 | 키슬루션 | 45,397,219 | 상표권사용료 | |
| 29 | 2010-05-31 | ㈜천해지 | 신재직 | 키슬루션 | 38,288,632 | 상표권사용료 | |
| 30 | 2010-06-30 | ㈜천해지 | 신재직 | 키슬루션 | 33,678,446 | 상표권사용료 | |
| 합 계 | | | | 1,235,426,771  원 | | | |



# 범죄일람표(6)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액<br>(부가세 포함) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 1 | 2011-02-25 | ㈜천해지 | 변기춘 | 유혁기 | 20,000,000 | 고문자문료 | |
| 2 | 2011-03-25 | ㈜천해지 | 변기춘 | 유혁기 | 20,000,000 | 고문자문료 | |
| 3 | 2011-04-21 | ㈜천해지 | 변기춘 | 유혁기 | 20,000,000 | 고문자문료 | |
| 4 | 2011-05-24 | ㈜천해지 | 변기춘 | 유혁기 | 20,000,000 | 고문자문료 | |
| 5 | 2011-06-22 | ㈜천해지 | 변기춘 | 유혁기 | 20,000,000 | 고문자문료 | |
| 6 | 2011-07-22 | ㈜천해지 | 변기춘 | 유혁기 | 20,000,000 | 고문자문료 | |
| 7 | 2011-08-24 | ㈜천해지 | 변기춘 | 유혁기 | 20,000,000 | 고문자문료 | |
| 8 | 2011-09-21 | ㈜천해지 | 변기춘 | 유혁기 | 20,000,000 | 고문자문료 | |
| 9 | 2011-10-20 | ㈜천해지 | 변기춘 | 유혁기 | 20,000,000 | 고문자문료 | |
| 10 | 2011-11-22 | ㈜천해지 | 변기춘 | 유혁기 | 20,000,000 | 고문자문료 | |
| 합 계 | | | | 200,000,000 원 | | | |

EX-YOO-00032

# 범 죄 일 람 표 (7)

| 순번 | 일시 | 계정과목 | 금액 | 적요 |
|---|---|---|---|---|
| 1 | 2013-03-27 | 선급금 | 1,656,598,080 | AHAE PRESS 사진구입 |
| 2 | 2013-04-23 | 선급금 | 685,374,652 | AHAE PRESS 사진구입 |
| 3 | 2013-04-25 | 선급금 | 700,000,000 | AHAE PRESS 사진구입 |
| 4 | 2013-04-25 | 선급금 | 299,091,725 | AHAE PRESS 사진구입 |
| 5 | 2013-05-24 | 선급금 | 790,290,933 | AHAE PRESS 사진구입 |
| 6 | 2013-05-24 | 선급금 | 5,000 | AHAE PRESS 사진구입 |
| 7 | 2013-05-31 | 선급금 | 314,315,268 | AHAE PRESS 사진구입 |
| 8 | 2013-06-07 | 선급금 | 1,113,651,704 | AHAE PRESS 사진구입 |
| 9 | 2013-06-21 | 선급금 | 1,000,000,000 | AHAE PRESS 사진구입 |
| 10 | 2013-06-21 | 선급금 | 681,561,566 | AHAE PRESS 사진구입 |
| 11 | 2013-07-12 | 선급금 | 500,539,950 | AHAE PRESS 사진구입 |
| 12 | 2013-07-19 | 선급금 | 626,008,934 | AHAE PRESS 사진구입 |
| 13 | 2013-07-19 | 선급금 | 47,235,932 | AHAE PRESS 사진구입 |
| 14 | 2013-07-25 | 선급금 | 913,514,580 | AHAE PRESS 사진구입 |
| 15 | 2013-07-26 | 선급금 | 111,403,702 | AHAE PRESS 사진구입 |
| 16 | 2013-07-26 | 선급금 | 188,598,624 | AHAE PRESS 사진구입 |
| 17 | 2013-07-26 | 선급금 | 329,814,674 | AHAE PRESS 사진구입 |
| 18 | 2013-08-09 | 선급금 | 979,549,055 | AHAE PRESS 사진구입 |
| 19 | 2013-08-09 | 선급금 | 338,055,955 | AHAE PRESS 사진구입 |
| 20 | 2013-08-09 | 선급금 | 267,759,760 | AHAE PRESS 사진구입 |
| 21 | 2013-08-23 | 선급금 | 1,683,201,831 | AHAE PRESS 사진구입 |
| 22 | 2013-09-05 | 선급금 | 1,085,051,425 | AHAE PRESS 사진구입 |
| 23 | 2013-09-24 | 선급금 | 398,541,155 | AHAE PRESS 사진구입 |
| 24 | 2013-09-30 | 선급금 | 539,051,170 | AHAE PRESS 사진구입 |

# 범 죄 일 람 표 (7)

| 25 | 2013-10-07 | 선급금 | 600,050,876 | AHAE PRESS 사진구입 |
|---|---|---|---|---|
| 26 | 2013-10-17 | 선급금 | 515,534,174 | AHAE PRESS 사진구입 |
| 27 | 2013-10-28 | 선급금 | 105,016,992 | AHAE PRESS 사진구입 |
| 28 | 2013-10-28 | 선급금 | 41,979,008 | AHAE PRESS 사진구입 |
| 29 | 2013-10-29 | 선급금 | 212,690,963 | AHAE PRESS 사진구입 |
| 30 | 2013-10-29 | 선급금 | 161,628,542 | AHAE PRESS 사진구입 |
| 31 | 2013-10-29 | 선급금 | 131,338,916 | AHAE PRESS 사진구입 |
| 32 | 2013-11-07 | 선급금 | 88,019,375 | AHAE PRESS 사진구입 |
| 33 | 2013-11-07 | 선급금 | 7,391,280 | AHAE PRESS 사진구입 |
| 34 | 2013-11-07 | 선급금 | 171,855,800 | AHAE PRESS 사진구입 |
| 35 | 2013-11-21 | 선급금 | 156,989,532 | AHAE PRESS 사진구입 |
| 36 | 2013-11-21 | 선급금 | 108,371,648 | AHAE PRESS 사진구입 |
| 37 | 2013-11-22 | 선급금 | 108,441,958 | AHAE PRESS 사진구입 |
| 38 | 2013-12-11 | 선급금 | 370,572,219 | AHAE PRESS 사진구입 |
| 39 | 2013-12-11 | 선급금 | 281,334,030 | AHAE PRESS 사진구입 |
| 40 | 2013-12-11 | 선급금 | 53,930,030 | AHAE PRESS 사진구입 |
| 41 | 2013-12-11 | 선급금 | 40,706,030 | AHAE PRESS 사진구입 |
| 42 | 2013-12-16 | 선급금 | 21,670,030 | AHAE PRESS 사진구입 |
| 43 | 2013-12-23 | 선급금 | 894,982,649 | AHAE PRESS 사진구입 |
| 44 | 2013-12-24 | 선급금 | 744,156,260 | AHAE PRESS 사진구입 |
| 합 계 19,862,077,987원 | | | | |

EX-YOO-00034

# 확 인 서

대한민국 인천지방검찰청 검사인 본인, 정순신은 대한민국과 미합중국간에 1999. 12. 20. 발효된 범죄인인도조약에 의거 도피 범죄인 김혜경을 미국으로부터 한국으로 인도받기 위하여 아래 사항을 확인함

## 1. 확인자 자격

1.1. 본인은 대한민국 법무부 산하 인천지방검찰청 검사임. 본인은 1995년 국가 사법시험에 합격하여 2년간 대법원 산하 사법연수원에서 훈련을 받았으며, 1998년 동 연수원 수료와 동시에 대한민국에서 판사, 검사 또는 변호사로 활동할 수 있는 자격을 취득하였음. 2001년 대한민국 대통령에 의하여 검사로 임용되어 현재까지 근무하고 있음. 본인의 훈련과 경험 그리고 직책에 근거하여, 본인은 대한민국의 형사법과 형사절차에 익숙함. 본인은 현재 이 사건을 직접 담당하고 있는 주임검사로서 이 사건의 내용에 관하여 잘 알고 있음

1.2. 한국법상 검사는 수사를 주관하는 자로서 경찰의 도움 없이 독자적으로 범죄사건을 수사할 수도 있고, 경찰을 지휘하여 수사를 할 수도 있음. 수사가 종결되면 검사는 사건의 기소 여부를 독점적으로 결정하고, 기소 후에는 공소유지를 담당하며, 마지막으로 확정된 판결을 집행함. 기소독점주의 원칙상 검사가 기소한 사건에 대해서만 법원이 재판 절차를 진행할 수 있고, 통상 검사는 피의자의 신병을 확보하여 법원에 기소하고 있음. 그러나 이 사건은 현재 피의자의 신병을 확보하지 못하여 법원에 기소하지 못하고 있는 상태임

## 2. 김혜경에 관한 사항

2.1. 김혜경은 1962. 12. 10. 대한민국에서 출생한 여자로 대한민국 국민이며 대한민국내 주소지는 경기도 평택시 현덕면 현덕로 1000번지임. 동인은 여권번호

EX-YOO-00035

'M97023769'의 대한민국 여권을 소지하고 있으며, 영문 이름은 'HEAKYNG KIM'임

2.2. 별첨 1.의 사진은 김혜경이 주민등록증을 발급받기 위하여 해당 기관에 제출한 사진의 진정하고 정확한 사본임

2.3. 김혜경은 2014. 3. 27. 미합중국으로 출국하였다가 현재까지 귀국하지 않고 있고 현재는 미합중국에 거주하고 있는 것으로 확인됨

## 3. 사건의 진행경과

### 3.1. 수사착수 배경

3.1.1. 2014. 4. 16. 대한민국 서해 진도 앞바다에서 침몰한 '세월호' 사건을 계기로 목포에 설치된 '합동수사본부'에서는 사고 당일 해당 선박의 운행에 있어서 선장 및 항해사의 과실은 물론 선박 소유회사인 (주)청해진해운의 선박 관리상 주의의무 위반여부에 대하여도 수사를 진행하였음

3.1.2. 위 수사과정에서 언론 및 (주)청해진해운의 모그룹인 세모에서 재직했던 관계자들은 '세월호 침몰사고'가 단순히 선장 등의 개인적 부주의에서 비롯된 것 뿐 아니라, ① (주)청해진해운 및 그 계열사 조직 특유의 불투명성, ② (주)청해진해운 및 그 계열사 운영 주체들의 무분별한 계열사 확장 욕구에서 빚어진 안전 불감증 등 구조적인 문제에서 비롯된 '후진국형 안전사고'라고 규정하면서 재발 방지를 위한 범정부적 대책마련을 촉구하였음

3.1.3. 이에 따라 교회 신도들을 상대로 상습사기 범행을 저질렀다가 1995년경 구속되어 징역 4년을 선고받은 '세모그룹'의 총수 유병언이 출소 후 얼마 지나지 않아 다시 자산 합계 약 5,600억 원 규모의 50여개 계열사를 거느린 그룹으로 재기한 배경에 의혹이 제기되었고, 금융감독원에 공시된 세모그룹 계열사들의 감사보고서, 세무결산 자료 등 공개된 자료를 분석한 결과, 유병언을 비롯한 그 일가족이 전문성이 없는 소수 측근 세력을 통해 불투

EX-YOO-00036

명하고 폐쇄적으로 회사를 경영하면서 수시로 계열사 등의 재산을 횡령을 통해 형성된 정황, 그러한 범행을 용이하게 하기 위해 피의자들 및 측근들의 이해관계에 따라 적법한 의사결정 절차도 생략한 채 수시로 계열사를 부당지원하거나 자기거래를 해왔던 것으로 의심되는 정황을 확인하여 본격적인 수사에 착수하게 되었음

## 3.2. 수사경과

3.2.1. 특별수사팀은 계열사의 회계감사를 한 회계사 김춘균, 박권종, (주)세모의 대표이사 고창환, (주)청해진해운의 대표이사 김한식, (주)다판다의 대표이사 송국빈, (주)천해지의 대표이사 변기춘, (주)아해의 대표이사 이재영, (주)노른자쇼핑의 대표이사 김경숙, 헤마토센트릭라이프의 대표 오경석, (주)아이원아이홀딩스의 감사 박승일, 다판다의 감사 김동환, (주)세모의 경리 담당자 김규석, 김명점 등 관련자 70명을 조사하였고, 각 계열사들의 금융정보분석원 회신자료, 각 계열사들이 유병언과 유병언의 가족들에게 지급한 자문료, 상표권사용료, 사진대금 거래내역, 김혜경의 부동산 소유 현황 등을 확보하였음

3.2.2. 그 결과, 김혜경이 보관 중이던 기독교복음침례회 소유의 돈으로 90회에 걸쳐 부동산을 구입한 사실을 확인하였음

3.2.3. 특별수사팀은 2014. 4. 30.부터 2014. 5. 8.까지 김혜경의 어머니 최영순 등을 통해 김혜경에게 3차례 걸쳐 출석요청을 하였으나 출석하지 아니하였음

3.2.4. 이에 따라 특별수사팀은 2014. 5. 8. 김혜경에 대하여 인천지방법원에 체포영장을 청구하여 같은 날 위 법원 판사 박성용으로부터 체포영장을 발부받았음. 별첨 2.는 판사 박성용이 발부한 체포영장의 진정하고 정확한 사본임

3.2.5. 현재 미국 국토안보수사국(HSI) 서울지부가 이 사건 수사에 협조하고 있음

EX-YOO-00037

## 4. 인도청구대상 범죄 및 관련 증거 자료

### 4.1. 인도청구대상 범죄

김혜경의 범죄행위는 대한민국 특정경제범죄가중처벌등에관한법률 제3조 제1항 제1호, 형법 제355조 제1항(횡령)에 해당함. 김혜경의 구체적인 범죄행위는 아래와 같음

4.1.1. 김혜경은 '기독교복음침례회'를 이끄는 유병언의 측근으로, '세모그룹' 지주회사인 주식회사 아이원아이홀딩스(이하 '아이원아이홀딩스'라 약칭) 지분 6.29%를, 주요 계열사 중 하나인 주식회사 다판다(이하 '다판다'라 약칭) 지분 24.4%를 보유하고 있고, 2001. 3. 31.경부터 '식품 제조 판매업 및 의약품 제조 판매업' 등을 목적으로 하는 계열사인 주식회사 한국제약(이하 '한국제약'이라 함)의 대표이사로 재직해오면서, 전국에 산재한 '기독교복음침례회'가 신도들로부터 거두어들인 헌금 등을 관리해왔음

4.1.2. 김혜경은 2000. 1. 13.경 서울 이하 불상지에서, 충청도 보령시 오천면 효자도리 411번지 3,669㎡를 피의자 명의로 매수하면서 피의자가 보관하던 피해자 기독교복음침례회 소유의 돈 약 14,235,720원(공시지가 기준)을 인출하여 그 토지 대금으로 임의 사용하여 횡령한 것을 비롯하여, 2014. 4. 3.경까지 모두 90회에 걸쳐 자신의 명의로 부동산을 취득하면서 피해자 소유의 돈 합계 23,573,205,277원(공시지가 기준)을 인출하여 부동산 대금으로 임의 사용하여 횡령하였음

### 4.2. 범죄사실에 대한 증거

김혜경을 대한민국 형사법상 특정경제범죄가중처벌등에관한법률위반(횡령)죄로 기소하기에 충분한 증거가 확보되었음

4.2.1. 이청은 2014. 4. 25. 인천지방검찰청에서 검사 최원석에게 "김명점이 유병언의 계열사로부터 현금을 받아 유병언의 측근인 김혜경에게 건네주고, 한

EX-YOO-00038

국제약에 근무하는 정인숙은 전국의 기독교복음침례회 신도들로부터 걷은 헌금을 김혜경에게 가져다 준다."라고 진술하였음

4.2.1. 김규석은 2014. 4. 29. 인천지방검찰청 최원석 검사에게 "(주)세모의 자금 관리 담당자로 근무하면서 대표이사인 고창환의 지시에 따라 김혜경이 대표이사인 한국제약으로부터 영업권을 양수하기로 하고 15억원을 지급하였으나 영업권을 양수받지 못하였다."고 진술하였음

4.2.2. 고창환은 2014. 5. 6. 인천지방검찰청에서 검사 최원석에게 "김혜경은 유병언과 아주 가까운 사이고, 김혜경이 대표이사인 한국제약으로부터 영업권을 양수하기로 하고 15억원을 지급하였으나 영업권을 양수받지 못하였다."고 진술하였음

4.2.3. 김혜경의 금융거래내역에 의하면, 2009. 1. 7.부터 2013. 6. 21.까지 합계 19억2,800만원이 입금되고, 같은 기간 13억7,600만원의 현금이 출금되었으며, 김혜경 명의의 부동산 소유현황에 의하면, 2000년 이후 최근까지 90회에 걸쳐 235억원 상당의 부동산을 취득한 사실 확인하였음

4.2.7. 위 이청, 김규석, 고창환의 진술은 대한민국 형사절차법이 규정한 절차에 따라 적법하게 이루어졌고, 그 내용은 문서로 작성되어 현재 본 사건의 수사를 담당하고 있는 인천지방검찰청에 보존되어 있음. 김혜경의 금융거래 내역서, 부동산소유현황 등의 증거도 대한민국 형사절차법이 규정한 절차에 따라 적법하게 이루어졌으며 위 진술문서와 함께 보존되어 있음

## 5. 대한민국의 관계법령

5.1. 김혜경이 범한 특정경제범죄가중처벌등에관한법률위반(횡령)죄의 내용과 관련법령은 다음과 같음

### 5.1.1. 횡령죄

EX-YOO-00039

**형법 제355조 제1항**

『타인의 재물을 보관하는 자가 그 재물을 횡령하거나 그 반환을 거부한 때에는 5년 이하의 징역 또는 1천500만원 이하의 벌금에 처한다.』

### 5.1.2. 특정경제범죄가중처벌등에관한법률위반(횡령)

**특정경제범죄가중처벌등에관한법률 제3조 제1항 제1호**

『① 「형법」 제347조(사기), 제350조(공갈), 제351조(제347조 및 제350조의 상습범만 해당한다), 제355조(횡령·배임) 또는 제356조(업무상의 횡령과 배임)의 죄를 범한 사람은 그 범죄행위로 인하여 취득하거나 제3자로 하여금 취득하게 한 재물 또는 재산상 이익의 가액이 5억원 이상일 때에는 다음 각 호의 구분에 따라 가중처벌한다.

1. 이득액이 50억원 이상일 때: 무기 또는 5년 이상의 징역』

### 5.1.3. 대한민국은 횡령죄로 인한 피해금액이 5억원 이상인 경우 특정경제범죄가중처벌등에관한법률에 따라 가중처벌하고 있음

### 5.1.4. 공소시효

대한민국 형사소송법 제249조 제1항은 무기징역에 해당하는 범죄의 공소시효는 15년이며, 같은 법 제253조 제3항은 범인이 형사처벌을 면할 목적으로 국외에 있는 경우 그 기간 동안 공소시효는 정지된다고 규정하고 있음. 따라서 김혜경에 대한 공소시효는 현재 완성되지 않았음

**형사소송법 제249조 제1항**

『① 공소시효는 다음 기간의 경과로 완성한다.

1. 사형에 해당하는 범죄에는 25년

2. 무기징역 또는 무기금고에 해당하는 범죄에는 15년

3. 장기 10년 이상의 징역 또는 금고에 해당하는 범죄에는 10년

4. 장기 10년 미만의 징역 또는 금고에 해당하는 범죄에는 7년

5. 장기 5년 미만의 징역 또는 금고, 장기 10년 이상의 자격정지 또는 다액 1만원 이상의 벌금에 해당하는 범죄에는 5년』

**형사소송법 제253조 제3항**

『범인이 형사처분을 면할 목적으로 국외에 있는 경우 그 기간동안 공소 시효는 정지된다.』

5.2. 이상의 법령은 현재 대한민국에서 전적으로 유효하고 김혜경이 특정경제범 죄가중처벌등에관한법률위반(횡령)죄를 범하였다고 알려진 2008. 1.부터 2014. 3. 31. 사이의 시점에도 그러하였음

## 6. 체포영장

6.1. 앞에서 기술한 바와 같이 김혜경에 대하여는 현재 특정경제범죄가중처벌등 에관한법률위반(횡령) 혐의로 체포영장이 발부되어 있음

6.2. 본건과 같이 피의자가 수사에 응하지 않고 도주하여 기소하기 곤란한 경우 에는 기소중지라는 중간처분을 하여 사건에 대한 수사를 일시 중단하고, 구 속영장이나 체포영장을 발부받아 피의자에 대한 소재수사 및 수배를 통하여 신병 확보 절차에 들어감. 따라서 이건과 같이 피의자의 소재불명으로 기소 중지되어 수배 중인 사건의 경우 법원에 대한 기소나 이를 근거로 한 재판 절차가 진행되지 않아 사건기록에는 공소장 등 기소 관련 서류가 없음

6.3. 한국 형사소송법상 검사는 수사 도중 피의자가 죄를 범하였다고 의심할 만 한 상당한 이유가 있고, 정당한 이유없이 검사의 출석요구에 응하지 아니하

EX-YOO-00041

거나 응하지 아니할 우려가 있는 때에는 관할 지방법원 판사에게 청구하여 체포영장을 발부받아 피의자를 구금할 수 있음

6.4. 판사는 검사의 청구에 따라 피의자를 체포할만한 사유가 있다고 판단하는 경우 체포영장을 발부하게 되는데(형사소송법 제201조, 제201조의 2), 판사의 체포영장이 발부되었다는 사실은 바로 그 피의자가 영장 청구 범죄사실을 범하였다고 볼만한 확실한 이유가 있음을 판사도 인정하고 있는 것임

6.5. 인천지방법원 판사 박성용은 2014. 5. 8. 본인이 청구한 김혜경에 대한 체포영장을 발부하였고 그 유효기간은 2029. 4. 2. 까지임. 위 체포영장은 2029. 4. 2.까지 특정경제범죄가중처벌등에관한법률위반(횡령) 혐의로 김혜경을 체포할 수 있는 권한을 부여하는 사법문서이며, 인천지방법원 판사 박성용은 대한민국 법령에 의하여 체포영장을 발부할 수 있는 권한이 있음. 영장 원본은 대한민국에서 절차를 위하여 수사기록에 편철되어 있음. 본인은 영장 원본을 보았으며, 앞서 본 별첨 2.는 체포영장의 진정하고 정확한 사본임

7. 본인은 위 기재한 사실이 모두 진실임을 확인하며, 고의로 허위 사실을 기재하였을 경우 대한민국 형법 제227조에 따라 허위공문서작성죄로 처벌받을 수 있다는 사실을 인식하면서 본 확인서를 작성하였음

2014. 5. 14.

인천지방검찰청 검사 정순신  (인)

첨부 1. 김혜경 사진의 진정한 사본 1부.

2. 김혜경에 대한 체포영장의 진정한 사본 1부.

EX-YOO-00042


EX-YOO-00043

# 체 포 영 장



【통상】

| 영 장 번 호 | 2014-7382 | | 죄 명 | 특정경제범죄가중처벌등에관한법률위반(횡령) | | |
|---|---|---|---|---|---|---|
| 피 의 자 | 성 명 | 김 혜 경 | | 직 업 | 기타 | |
| | 주민등록번호 | 621210-2567913 | | 국 적 | 한국 | |
| | 주 거 | | | | | |
| 청구한 검사 | 경 출 선 | | | 청구일자 | 2014. 5. 8. 20:28 | |
| 변 호 인 | | | | 유효기간 | 2029. 4. 2. 까지 | |
| 범죄사실의 요지 | 별지 기재와 같다 | | | 인치할장소 | 인천지방검찰청 | |
| 구금할 장소 | 인천구치소 | | | | | |

피의자는 정당한 이유 없이 수사기관의 출석요구에 응하지 아니하였다.

☐ 피의자는 정당한 이유 없이 수사기관의 출석요구에 응하지 아니할 우려가 있다.

☐ 피의자는 일정한 주거가 없다 (다액 50만 원 이하의 벌금, 구류 또는 과료에 해당하는 사건).

피의자가 별지 기재와 같은 죄를 범하였다고 의심할 만한 상당한 이유가 있고, 체포의 사유 및 체포의 필요가 있으므로 피의자를 체포한다.

유효기간이 경과하면 체포에 착수할 수 없고, 유효기간이 경과한 경우 또는 유효기간 내라도 체포의 필요가 없어진 경우에는 영장을 반환하여야 한다.

2014. 5. 8.

판 사 박 성 용

| 체 포 일 시 | 20 . . . : | 체 포 장 소 | |
|---|---|---|---|
| 인 치 일 시 | 20 . . . : | 인 치 장 소 | |
| 구 금 일 시 | 20 . . . : | 구 금 장 소 | |
| 집행불능사유 | | | |
| 처리자의소속 관 서, 관 직 | | 처 리 자 서 명 날 인 | |

주 : 주민등록번호(외국인은 외국인등록번호, 위 번호들이 없거나 알 수 없는 때에는 생년월일 및 성별)

EX-YOO-00044

# 범 죄 사 실

## 1. 피의자의 신분

피의자는 '기독교복음침례회'를 이끄는 유병언의 측근으로, '세모그룹' 지주회사인 주식회사 아이원아이홀딩스(이하 '아이원아이홀딩스'라 약칭) 지분 6.29%를, 주요 계열사 중 하나인 주식회사 다판다(이하 '다판다'라 약칭) 지분 24.4%를 보유하고 있고, 2001. 3. 31.경부터 '식품 제조 판매업 및 의약품 제조 판매업' 등을 목적으로 하는 계열사인 주식회사 한국제약(이하 '한국제약'이라 함)의 대표이사로 재직해오면서, 전국에 산재한 '기독교복음침례회'가 신도들로부터 거두어들인 헌금 등을 관리해왔다.

## 2. 범죄사실

피의자는 2000. 1. 13.경 서울 이하 불상지에서, 충청도 보령시 오천면 효자도리 411번지 3,669㎡를 피의자 명의로 매수하면서 피의자가 보관하던 피해자 기독교복음침례회 소유의 돈 약 14,235,720원(공시지가 기준)을 인출하여 그 토지 대금으로 임의 사용하여 횡령한 것을 비롯하여, 위 일시경부터 2014. 4. 3.경까지 별지 범죄일람표 (1) 기재와 같이 모두 90회에 걸쳐 피의자 명의로 부동산을 취득하면서 피해자 소유의 돈 합계 23,573,205,277원(공시지가 기준)을 인출하여 부동산 대금으로 임의 사용하여 횡령하였다.

EX-YOO-00045

# 범죄일람표(1)

| 순번 | 일시 | 소재지 | 지번 | 면적 | 명의자 | 횡령금액<br>[부동산시 공시지가] | 비고<br>[1평당 공시지가] |
|---|---|---|---|---|---|---|---|
| 1 | 20000113 | 충청남도 보령시 오천면 효자도리 | 411 | 3069 | 김혜경 | 14,235,720 | 3,880 |
| 2 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 3 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 4 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 5 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 6 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 7 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 8 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 9 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,200 |
| 10 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 11 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 12 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 13 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 14 | 20040728 | 경기도 평택시 안중읍 안중리 | 101-6 | 558 | 김혜경 | 78,302,000 | 119,000 |
| 15 | 20040728 | 경기도 평택시 안중읍 안중리 | 101-7 | 1124 | 김혜경 | 240,536,000 | 214,000 |
| 16 | 20040225 | 경기도 평택시 안중읍 안중리 | 산 81-1 | 7364 | 김혜경 | 927,864,000 | 126,000 |
| 17 | 20040827 | 경기도 평택시 안중읍 안중리 | 산 83-6 | 992 | 김혜경 | 101,184,000 | 102,000 |
| 18 | 20140402 | 경기도 평택시 안중읍 현화리 | 산 346-1 | 3967 | 김혜경 | 817,202,000 | 206,000 |
| 19 | 20111208 | 경기도 평택시 안중읍 현화리 | 산 369 | 1651 | 김혜경 | 652,145,000 | 395,000 |
| 20 | 20111208 | 경기도 평택시 안중읍 현화리 | 산 369-1 | 1691 | 김혜경 | 750,804,000 | 444,000 |
| 21 | 20130904 | 경기도 평택시 안중읍 현화리 | 산 377-7 | 1653 | 김혜경 | 206,625,000 | 125,000 |
| 22 | 20100917 | 경기도 평택시 안중읍 현화리 | 산 377-8 | 1653 | 김혜경 | 198,360,000 | 120,000 |
| 23 | 20090817 | 경기도 평택시 포승읍 만호리 | 271-21 | 1261 | 김혜경 | 535,925,000 | 425,000 |
| 24 | 20090817 | 경기도 평택시 포승읍 만호리 | 284-4 | 1321 | 김혜경 | 167,767,000 | 127,000 |
| 25 | 20020822 | 경기도 평택시 포승읍 만호리 | 284-5 | 662 | 김혜경 | 99,962,000 | 151,000 |
| 26 | 20120531 | 경기도 평택시 현덕면 화양리 | 821-1 | 1042 | 김혜경 | 182,350,000 | 175,000 |
| 27 | 20120531 | 경기도 평택시 현덕면 화양리 | 821-2 | 646 | 김혜경 | 57,041,800 | 88,300 |
| 28 | 20120531 | 경기도 평택시 현덕면 화양리 | 821-3 | 18 | 김혜경 | 545,400 | 30,300 |

EX-YOO-00046

# 범죄일람표(1)

| 순번 | 일시 | 소재지 | 지번 | 면적 | 명의자 | 횡령금액<br>(채무없지 공사지간) | 비고<br>(변환 공시지가) |
|---|---|---|---|---|---|---|---|
| 29 | 20040225 | 경기도 평택시 현덕면 인광리 | 183-2 | 564 | 김해경 | 42,130,800 | 74,700 |
| 30 | 20040225 | 경기도 평택시 현덕면 인광리 | 185-7 | 842 | 김해경 | 59,276,800 | 70,400 |
| 31 | 20040225 | 경기도 평택시 현덕면 인광리 | 산 05-13 | 1983 | 김해경 | 139,603,200 | 70,400 |
| 32 | 20120604 | 경기도 평택시 현덕면 덕목리 | 853-1 | 376 | 김해경 | 20,680,000 | 55,000 |
| 33 | 20120604 | 경기도 평택시 현덕면 덕목리 | 974-3 | 4953 | 김해경 | 296,684,700 | 59,900 |
| 34 | 20120604 | 경기도 평택시 현덕면 덕목리 | 1290-7 | 992 | 김해경 | 40,572,800 | 40,900 |
| 35 | 20120604 | 경기도 평택시 현덕면 대안리 | 499-2 | 7091 | 김해경 | 520,479,400 | 73,400 |
| 36 | 20120604 | 경기도 평택시 현덕면 대안리 | 502-4 | 492 | 김해경 | 32,422,800 | 65,900 |
| 37 | 20120605 | 경기도 평택시 현덕면 대안리 | 502-7 | 541 | 김해경 | 46,526,000 | 86,000 |
| 38 | 20120605 | 경기도 평택시 현덕면 대안리 | 502-9 | 70 | 김해경 | 5,474,000 | 78,200 |
| 39 | 20120604 | 경기도 평택시 현덕면 대안리 | 502-12 | 4584 | 김해경 | 302,085,600 | 65,900 |
| 40 | 20120604 | 경기도 평택시 현덕면 대안리 | 502-13 | 170 | 김해경 | 11,865,000 | 70,500 |
| 41 | 20120604 | 경기도 평택시 현덕면 대안리 | 산 8-1 | 2757 | 김해경 | 218,078,700 | 79,100 |
| 42 | 20130904 | 경기도 평택시 현덕면 장수리 | 430-2 | 5250 | 김해경 | 436,800,000 | 83,200 |
| 43 | 20130904 | 경기도 평택시 현덕면 장수리 | 산 101-3 | 296 | 김해경 | 24,272,000 | 82,000 |
| 44 | 20091222 | 경기도 용인시 기흥구 고매동 | 263-6 | 1998 | 김혜경 | 915,690,000 | 655,000 |
| 45 | 20091222 | 경기도 이천시 호법면 송갈리 | 산 67 | 21419 | 김혜경 | 259,169,900 | 12,100 |
| 46 | 20091222 | 경기도 이천시 호법면 송갈리 | 산 67-2 | 323 | 김혜경 | 3,714,500 | 11,500 |
| 47 | 20091222 | 경기도 이천시 호법면 송갈리 | 산 68-1 | 6849 | 김혜경 | 78,753,500 | 11,500 |
| 48 | 20091222 | 경기도 이천시 호법면 송갈리 | 산 68-2 | 8231 | 김혜경 | 88,894,800 | 10,800 |
| 49 | 20091222 | 경기도 이천시 호법면 송갈리 | 산 68-4 | 262 | 김혜경 | 3,013,000 | 11,500 |
| 50 | 20091222 | 경기도 이천시 호법면 송갈리 | 산 69-1 | 20529 | 김혜경 | 218,667,400 | 10,600 |
| 51 | 20030821 | 경기도 안성시 삼죽면 마전리 | 24-13 | 193 | 김혜경 | 16,984,000 | 88,000 |
| 52 | 20030821 | 경기도 안성시 삼죽면 마전리 | 24-15 | 1242 | 김혜경 | 109,296,000 | 88,000 |
| 53 | 20030821 | 경기도 안성시 삼죽면 마전리 | 24-21 | 897 | 김혜경 | 78,936,000 | 88,000 |
| 54 | 20030220 | 경기도 양평군 강하면 전수리 | 31-9 | 218 | 김혜경 | 27,264,600 | 29,700 |
| 55 | 20030220 | 경기도 양평군 강하면 전수리 | 31-15 | 343 | 김혜경 | 10,187,100 | 29,700 |
| 56 | 20030220 | 경기도 양평군 강하면 전수리 | 31-23 | 330 | 김혜경 | 9,722,500 | 8,250 |

EX-YOO-00047

# 범죄일람표(1)

| 순번 | 일시 | 소재지 | 지번 | 면적 | 명의자 | 횡령금액<br>(매도당시 공시지가) | 비고<br>(본인 공시지가) |
|---|---|---|---|---|---|---|---|
| 57 | 20030220 | 경기도 양평군 강하면 전수리 | 31-41 | 26 | 김희경 | 69,160 | 2,470 |
| 58 | 20030220 | 경기도 양평군 강하면 전수리 | 31-43 | 582 | 김희경 | 23,047,200 | 39,600 |
| 59 | 20030220 | 경기도 양평군 강하면 전수리 | 31-47 | 109 | 김혜경 | 3,237,300 | 29,700 |
| 60 | 20031013 | 경기도 양평군 강하면 전수리 | 31-52 | 5950 | 김혜경 | 174,930,000 | 29,400 |
| 61 | 20030220 | 경기도 양평군 강하면 전수리 | 31-53 | 35 | 김희경 | 81,510 | 2,470 |
| 62 | 20031013 | 경기도 양평군 강하면 전수리 | 31-54 | 1050 | 김희경 | 7,087,500 | 6,750 |
| 63 | 20030220 | 경기도 양평군 강하면 전수리 | 31-55 | 136 | 김혜경 | 4,039,200 | 29,700 |
| 64 | 20080725 | 강원도 강릉시 왕산면 대기리 | 1519 | 1332 | 김희경 | 3,463,200 | 2,500 |
| 65 | 20080725 | 강원도 강릉시 왕산면 대기리 | 1520 | 4060 | 김희경 | 1,429,120 | 352 |
| 66 | 20080725 | 강원도 강릉시 왕산면 대기리 | 1521 | 1101 | 김혜경 | 9,523,650 | 8,650 |
| 67 | 20080725 | 강원도 강릉시 왕산면 대기리 | 1522 | 2579 | 김혜경 | 5,163,810 | 2,390 |
| 68 | 20080725 | 강원도 강릉시 왕산면 대기리 | 1523 | 585 | 김혜경 | 1,521,000 | 2,600 |
| 69 | 20080725 | 강원도 강릉시 왕산면 대기리 | 1524 | 450 | 김혜경 | 1,170,000 | 2,600 |
| 70 | 20080725 | 강원도 강릉시 왕산면 대기리 | 1525 | 1821 | 김희경 | 16,509,310 | 9,110 |
| 71 | 20080725 | 강원도 강릉시 왕산면 대기리 | 1525-1 | 966 | 김희경 | 2,608,200 | 2,700 |
| 72 | 20080725 | 강원도 강릉시 왕산면 대기리 | 1526 | 6172 | 김혜경 | 2,110,824 | 342 |
| 73 | 20080725 | 강원도 강릉시 왕산면 대기리 | 1526-1 | 1021 | 김희경 | 9,587,190 | 9,390 |
| 74 | 20080725 | 강원도 강릉시 왕산면 대기리 | 1526-2 | 40616 | 김희경 | 14,650,662 | 359 |
| 75 | 20080725 | 강원도 강릉시 왕산면 대기리 | 1527 | 2165 | 김혜경 | 5,651,600 | 2,600 |
| 76 | 20080725 | 강원도 강릉시 왕산면 대기리 | 1530 | 10500 | 김혜경 | 27,300,000 | 2,600 |
| 77 | 20080725 | 강원도 강릉시 왕산면 대기리 | 1535 | 1980 | 김희경 | 5,148,000 | 2,600 |
| 78 | 20080725 | 강원도 강릉시 왕산면 대기리 | 1536 | 28460 | 김혜경 | 73,996,000 | 2,600 |
| 79 | 20080725 | 강원도 강릉시 왕산면 대기리 | 1544 | 1008 | 김혜경 | 2,620,800 | 2,600 |
| 80 | 20080725 | 강원도 강릉시 왕산면 대기리 | 산 650 | 3471 | 김혜경 | 458,172 | 132 |
| 81 | 20080725 | 강원도 강릉시 왕산면 대기리 | 산 651-1 | 19789 | 김혜경 | 2,592,359 | 131 |
| 82 | 20121204 | 전라남도 무안군 삼향읍 유교리 | 653-6 | 1257 | 김혜경 | 21,117,600 | 16,800 |
| 83 | 20121204 | 전라남도 무안군 삼향읍 유교리 | 653-7 | 826 | 김혜경 | 11,564,000 | 14,000 |
| 84 | 20121204 | 전라남도 무안군 삼향읍 유교리 | 654 | 1119 | 김희경 | 15,666,000 | 14,000 |

EX-YOO-00048

# 범죄일람표(1)

| 순번 | 일시 | 소재지 | 지번 | 면적 | 명의자 | 횡령금액 (취득한지 공사시가) | 비고 (해당 공시지가) |
|---|---|---|---|---|---|---|---|
| 85 | 20121204 | 전라남도 무안군 삼향읍 유교리 | 655-1 | 312 | 김혜경 | 4,524,000 | 14,500 |
| 86 | 20140403 | 전라남도 무안군 삼향읍 유교리 | 800 | 645 | 김혜경 | 20,640,000 | 32,000 |
| 87 | 20140403 | 전라남도 무안군 삼향읍 유교리 | 801 | 1510 | 김혜경 | 51,520,000 | 32,000 |
| 88 | 20140403 | 전라남도 무안군 삼향읍 유교리 | 802 | 1683 | 김혜경 | 35,006,400 | 20,800 |
| 89 | 20140403 | 전라남도 무안군 삼향읍 유교리 | 803 | 1590 | 김혜경 | 31,800,000 | 20,000 |
| 90 | 20101027 | 경상북도 청송군 현동면 도평리 | 산 79-1 | 180595 | 권혜경 | 25,644,490 | 142 |
| 합계 | | | | | | 23,573,205,277 원 | |

# 범죄일람표(1)

| 순번 | 일시 | 소재지 | 지번 | 면적 | 명의자 | 횡령금액 (취득명의 원시지자) | 비고 (평당 취득지가) |
|---|---|---|---|---|---|---|---|
| 1 | 20000113 | 충청남도 보령시 오천면 효자도리 | 411 | 3669 | 김혜경 | 14,235,720 | 3,880 |
| 2 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 3 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 4 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 5 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 6 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 7 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 8 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 9 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 10 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 11 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 12 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 13 | 20071214 | 서울특별시 강남구 역삼동 | 601-21 | 301.2 | 김혜경 | 1,159,620,000 | 3,850,000 |
| 14 | 20040726 | 경기도 평택시 안중읍 안중리 | 101-6 | 658 | 김혜경 | 78,302,000 | 119,000 |
| 15 | 20040726 | 경기도 평택시 안중읍 안중리 | 101-7 | 1124 | 김혜경 | 240,536,000 | 214,000 |
| 16 | 20040225 | 경기도 평택시 안중읍 안중리 | 산 81-1 | 7364 | 김혜경 | 927,864,000 | 126,000 |
| 17 | 20040827 | 경기도 평택시 안중읍 안중리 | 산 83-6 | 932 | 김혜경 | 101,184,000 | 102,000 |
| 18 | 20140402 | 경기도 평택시 안중읍 현화리 | 산 346-1 | 3967 | 김혜경 | 817,202,000 | 206,000 |
| 19 | 20111208 | 경기도 평택시 안중읍 현화리 | 산 369 | 1651 | 김혜경 | 652,145,000 | 395,000 |
| 20 | 20111205 | 경기도 평택시 안중읍 현화리 | 산 369-1 | 1691 | 김혜경 | 750,804,000 | 444,000 |
| 21 | 20130904 | 경기도 평택시 안중읍 현화리 | 산 377-7 | 1653 | 김혜경 | 206,625,000 | 125,000 |
| 22 | 20100917 | 경기도 평택시 안중읍 현화리 | 산 377-8 | 1653 | 김혜경 | 198,360,000 | 120,000 |
| 23 | 20090817 | 경기도 평택시 포승읍 만호리 | 271-21 | 1261 | 김혜경 | 535,925,000 | 425,000 |
| 24 | 20090817 | 경기도 평택시 포승읍 만호리 | 284-4 | 1321 | 김혜경 | 167,767,000 | 127,000 |
| 25 | 20020822 | 경기도 평택시 포승읍 만호리 | 284-8 | 662 | 김혜경 | 99,962,000 | 151,000 |
| 26 | 20120531 | 경기도 평택시 현덕면 화양리 | 521-1 | 1042 | 김혜경 | 182,350,000 | 175,000 |
| 27 | 20120531 | 경기도 평택시 현덕면 화양리 | 521-2 | 646 | 김혜경 | 57,041,800 | 88,300 |
| 28 | 20120531 | 경기도 평택시 현덕면 화양리 | 521-3 | 18 | 김혜경 | 545,400 | 30,300 |

EX-YOO-00050

# 확 인 서

대한민국 인천지방검찰청 검사인 본인, 정순신은 대한민국과 미합중국간에 1999. 12. 20. 발효된 범죄인인도조약에 의거 도피 범죄인 김필배를 미국으로부터 한국으로 인도받기 위하여 아래 사항을 확인함

## 1. 확인자 자격

1.1. 본인은 대한민국 법무부 산하 인천지방검찰청 검사임. 본인은 1995년 국가사법시험에 합격하여 2년간 대법원 산하 사법연수원에서 훈련을 받았으며, 1998년 동 연수원 수료와 동시에 대한민국에서 판사, 검사 또는 변호사로 활동할 수 있는 자격을 취득하였음. 2001년 대한민국 대통령에 의하여 검사로 임용되어 현재까지 근무하고 있음. 본인의 훈련과 경험 그리고 직책에 근거하여, 본인은 대한민국의 형사법과 형사절차에 익숙함. 본인은 현재 이 사건을 직접 담당하고 있는 주임검사로서 이 사건의 내용에 관하여 잘 알고 있음

1.2. 한국법상 검사는 수사를 주관하는 자로서 경찰의 도움 없이 독자적으로 범죄사건을 수사할 수도 있고, 경찰을 지휘하여 수사를 할 수도 있음. 수사가 종결되면 검사는 사건의 기소여부를 독점적으로 결정하고, 기소 후에는 공소유지를 담당하며, 마지막으로 확정된 판결을 집행함. 기소독점주의 원칙상 검사가 기소한 사건에 대해서만 법원이 재판절차를 진행할 수 있고, 통상 검사는 피의자의 신병을 확보하여 법원에 기소하고 있음. 그러나 이 사건은 현재 피의자의 신병을 확보하지 못하여 법원에 기소하지 못하고 있는 상태임

## 2. 김필배에 관한 사항

2.1. 김필배는 1938. 2. 9. 대한민국에서 출생한 남자로 대한민국 국민이며 대한민국내 주소지는 서울 성동구 독서당로 40길 37-0 102동 1301호임. 동인은 여권번호 'M31932534"의 대한민국 여권을 소지하고 있으며, 영문이름은 'PIL

EX-YOO-00051

2.2. 별첨 1.의 사진은 김필배가 주민등록증을 발급받기 위하여 해당 기관에 제출한 사진의 진정하고 정확한 사본임

2.3. 김필배는 2014. 4. 19. 미합중국으로 출국하였다가 현재까지 귀국하지 않고 있고 현재는 미합중국에 거주하고 있는 것으로 확인됨

# 3. 사건의 진행경과

## 3.1. 수사착수 배경

3.1.1. 2014. 4. 16. 대한민국 서해 진도 앞바다에서 침몰한 '세월호' 사건을 계기로 목포에 설치된 '합동수사본부'에서는 사고 당일 해당 선박의 운행에 있어서 선장 및 항해사의 과실은 물론 선박 소유회사인 (주)청해진해운의 선박 관리상 주의의무 위반여부에 대하여도 수사를 진행하였음

3.1.2. 위 수사과정에서 언론 및 (주)청해진해운의 모그룹인 세모에서 재직했던 관계자들은 '세월호 침몰사고'가 단순히 선장 등의 개인적 부주의에서 비롯된 것 뿐 아니라, ① (주)청해진해운 및 그 계열사 조직 특유의 불투명성, ② (주)청해진해운 및 그 계열사 운영 주체들의 무분별한 계열사 확장 욕구에서 빚어진 안전 불감증 등의 구조적인 문제에서 비롯된 '후진국형 안전사고'라고 규정하면서 재발방지를 위한 범정부적 대책마련을 촉구하였음

3.1.3. 이에 따라 교회 신도들을 상대로 상습사기 범행을 저질렀다가 1995년경 구속되어 징역 4년을 선고받은 세모그룹의 총수 유병언이 출소 후 얼마 지나지 않아 다시 자산 합계 약 5,600억 원 규모의 50여개 계열사를 거느린 그룹으로 재기한 배경에 의혹이 제기되었고, 금융감독원에 공시된 세모그룹 계열사들의 감사보고서, 세무결산 자료 등 공개된 자료를 분석한 결과, 유병언을 비롯한 그 일가족이 전문성이 없는 소수 측근 세력을 통해 불투명하고 폐쇄적으로 회사를 경영하면서 수시로 계열사 등의 재산을 횡령을 통

해 형성된 정황, 그러한 범행을 용이하게 하기 위해 피의자들 및 측근들 이해관계에 따라 적법한 의사결정 절차도 생략한 채 수시로 계열사를 부당 지원하거나 자기거래를 해왔던 것으로 의심되는 정황을 확인하여 본격적인 수사에 착수하게 되었음

## 3.2. 수사경과

3.2.1. 특별수사팀은 계열사의 회계감사를 한 회계사 김춘균, 박권종, (주)세모의 대표이사 고창환, (주)청해진해운의 대표이사 김한식, (주)다판다의 대표이사 송국빈, (주)천해지의 대표이사 변기춘, (주)아해의 대표이사 이재영, (주)노른자쇼핑의 대표이사 김경숙, 헤마토센트릭라이프의 대표 오경석, (주)아이원아이홀딩스의 감사 박승일, 다판다의 감사 김동환 등 관련자 70 명을 조사하였고, 각 계열사들의 금융정보분석원 회신자료, 각 계열사들이 유병언과 유병언의 가족들에게 지급한 자문료, 상표권사용료, 사진대금 거래내역 등을 확인하였음

3.2.2. 그 결과, 유병언, 유대균, 유혁기, 유섬나, 김필배, 김동환, 박승일, 고창환, 이재영, 변기춘 등은 공모하여 계열사들로 하여금 유병언, 유섬나, 유대균, 유혁기에게 컨설팅비, 상표권 사용비, 사진구입비 등의 각종 명목으로 매출 액의 일정비용을 임의로 지급하였고, 그로 인하여 계열사들의 수익구조가 나빠지게 된 사실을 확인하였음

3.2.3. 특별수사팀은 2014. 4. 30.부터 2014. 5. 8.까지 김필배의 딸 김연수에게 직접 출석요청서를 전달하며 미국 체류 중인 김필배에게 3차례 걸쳐 출석요청을 하였으나 출석하지 아니하였음

3.2.4. 이에 따라 특별수사팀은 2014. 5. 8. 김필배에 대하여 인천지방법원에 체포영장을 청구하여 같은 날 위 법원 판사 박성용으로부터 체포영장을 발부받았음. 별첨 2.는 판사 박성용이 발부한 체포영장의 진정하고 정확한 사본임

EX-YOO-00053

3.2.5. 현재 미국 국토안보수사국(HSI) 서울지부가 이 사건 수사에 협조하고 있음

## 4. 인도청구대상 범죄 및 관련 증거 자료

### 4.1. 인도청구대상 범죄

김필배의 범죄행위는 대한민국 특정경제범죄가중처벌등에관한법률 제3조 제1항 제1호, 형법 제355조 제1항(횡령)에 해당함. 김필배의 구체적인 범죄행위는 아래와 같음

4.1.1. 김필배는 2000. 9. 21.부터 2014. 3. 18.경까지 '상품(화장품, 식품, 의약품 등) 중개업' 등을 목적으로 하는 피해자인 주식회사 다판다(이하 '다판다'라 함)의 대표이사로 재직하는 한편 '다판다'의 지주회사인 주식회사 아이원아이홀딩스(이하 '아이원아이홀딩스'라 함) 대표이사를 겸직하면서, '다판다'의 공동 대표인 송국빈(구속 수사 중)과 함께 피해회사의 재산상 사무를 총괄하던 자로서, 실질적인 대주주인 유병언 및 그 일가에 비자금을 만들어 주기 위해, 송국빈과 공모하여 피해회사인 '다판다' 소유 자금 합계 7,199,783,200원을 횡령하였음. 구체적인 범행은 아래 4.1.2. ~ 4.1.5.와 같음

4.1.2. 김필배는 2007. 12. 1.경 서울 강남구 역삼동 798-3번지 소재 '다판다' 사무실에서, 당시 피해회사가 리스크 관리 등 경영자문을 상시적으로 받아야 할 필요가 없었고, 아이원아이홀딩스가 피해회사에 실질적인 도움이 될 수 있는 경영자문을 할 능력이 없다는 사실을 알고 있음에도, '아이원홀딩스'에 매달 7,000,000만 원을 지급하는 내용의 '경영자문용역계약'을 체결하고, 그 무렵 자문료 명목으로 피해회사 소유의 돈 7,000,000원을 아이원아이홀딩스 명의 우리은행 계좌로 송금해 준 것을 비롯하여, 그때부터 2014. 3.경까지 매달 7,000,000원씩 '아이원아이홀딩스'에 송금하는 방법으로 김필배가 업무상 보관하던 피해회사 소유의 돈 합계 499,545,440원을 횡령하였음

4.1.3. 김필배는 2011. 1. 3.경 '다판다' 사무실에서, 유병언이 피해회사의 경영과 관련하여 특별한 역할을 수행하지 않는다는 사실을 알면서도, 유병언에게

EX-YOO-00054

매달 15,000,000원을 지급하는 내용의 '고문위촉' 계약을 체결한 후, 그 무렵 고문료 명목으로 15,000,000 원을 유병언 명의 우리은행 계좌로 송금한 것을 비롯하여, 그때부터 2014. 3.경까지 매달 15,000,000원씩 유병언에게 송금함으로써, 피의자가 업무상 보관하던 피해회사의 돈 합계 570,000,000원을 횡령하였음

4.1.4. 김필배는 2000. 9.경 '다판다' 사무실에서, 피해회사를 설립하고 그 상호를 정함에 있어, 유대균이 상표등록한 '다판다'라는 호칭에 아무런 브랜드가치도 없고, 상표등록에 소요되는 비용은 약 300,000원에 불과하며, 얼마든지 다른 상호로 대체가능한 상호임에도 불구하고, 유대균과 '전용사용권 설정계약'(월 매출액의 0.75%)을 체결하고, 그 무렵 201,125,000원을 유대균 명의 우리은행 계좌로 지급한 것을 비롯하여 그때부터 2014. 4.경까지 유대균에게 상표권 사용료 명목의 돈을 지급하여, 피의자가 업무상 보관하던 피해회사 소유의 돈 합계 1,879,571,760원을 횡령하였음

4.1.5. 김필배는 2009. 4.경 '다판다' 사무실에서, '다판다'가 전국 수십 개의 지점과 대리점에서 각자 방문 판매 등을 통해 영업을 하고 있고, 본사가 주관하는 연 1~2회 정도의 대규모 판촉행사를 제외하고는 상시적인 영업 준비나 지원이 필요하지 않다는 사실을 알고 있음에도 불구하고, 주식회사 모래알디자인(대표, 유섬나, 이하 '모래알디자인이라 함)에게 매달 80,000,000원을 지급하는 내용의 '디자인개발용역계약'을 체결한 후, 그 무렵 용역비 명목으로 80,000,000 원을 유섬나 명의 농협 계좌로 지급해 준 것을 비롯하여 2004. 1.경부터 2013. 12.경까지 유섬나에게 디자인 컨설팅비를 지급함으로써, 피의자가 업무상 보관하던 피해회사 소유의 돈 합계 4,170,666,000원을 횡령하였음

## 4.2. 범죄사실에 대한 증거

김필배를 대한민국 형사법상 특정경제범죄가중처벌등에관한법률위반(횡령)죄로 기소하기에 충분한 증거가 확보되었음

EX-YOO-00055

4.2.1. 김춘균은 2014. 4. 26. 인천지방검찰청에서 검사 김정국에게 "유병언 일가
의 관계사 지배구조는 박승일, 김동환이 외부 조언을 받아 구성하였고, 유
혁기가 박승일을 총애하여 사석에서는 박승일을 건드리지 말라는 말까지
하였다.", "각 계열사들은 유병언의 지시에 따라 이런저런 명목으로 자금을
마련해 (주)아이원아이홀딩스를 통해 유병언의 일가에게 비자금을 마련해
주는데, 그 자금을 쉽게 마련하기 위해 지배구조를 개편한다. 박승일이 유
혁기와 함께 자주 해외에 나가는데, 그 이유는 해외자금을 담당하고 있기
때문이다. 매년 유대균이 사장인 SLPLUS에 컨설팅 및 상표권 비용으로,
유섬나가 이사로 있는 (주)모래알디자인에 디자인 비용으로, 유병언이 대표
로 있는 붉은머리오목눈이에 컨설팅 및 상표권 사용비용으로, 둘째 아들
유혁기가 사장으로 있는 키솔루션에 컨설팅 및 상표권 사용비용으로 매출
액의 몇%를 지급하는데, (주)다판자의 경우도 마찬가지로 매출액(약 500억)
의 2~3%를 그 비용으로 지급하다 보니 수익구조가 나빠지게 되었다.",
"(주)아이원아이홀딩스가 계열사에서 돈을 걷는 방식은 대기업의 감사팀
역할을 하면서 유병언의 사진전 등에 돈이 필요하며 박승일이 나서서 각
계열사 사장에게 연락해 돈을 걷고 있다."고 진술하였음

4.2.2. 변기춘은 2014. 4. 30. 인천지방검찰청에서 검사 이진호에게 "유혁기와 김
필배가 계열사들을 상대로 업무와 관련된 각종 지시를 하였고, 김필배, 김
한식, 박승일, 김동환이 계열사들에 대한 감사를 진행하여 유병언에게 보고
를 하였다."고 진술하였음

4.2.3. 임종욱은 2014. 4. 29. 인천지방검찰청 검사 홍성준에게 "다판다의 경리 직
원으로 근무하면서 김필배의 지시에 따라 자문료, 상표권사용료, 용역비 등
의 명목으로 유병언, 유대균, 유섬나에게 돈을 지급하였다."고 진술하였음

4.2.4. 이성환은 2014. 5. 3. 인천지방검찰청 검사 장인호에게 "다판다가 자문료,
상표권사용료 등을 모래알디자인, 아이원아이홀딩스에 지급한 사실이 있으
나 구체적인 경위는 알지 못한 채 김필배가 시키는대로 하였다."고 진술하
였음

EX-YOO-00056

4.2.5. 이영태는 2014. 5. 4. 인천지방검찰청 검사 홍성준에게 "김필배이 지시에 따라 다판다에서 물건을 판매할 때 모래알디자인에 용역을 주고 매월 8,000만원씩 지급하였지만 모래알디자인이 디자인과 관련하여 특별히 진행한 일은 없다."고 진술하였음

4.2.6. (주)아이원아이홀딩스, (주)다판다, (주)모래알디자인, 유병언, 유대균의 금융거래내역서 등에 의하면, (주)다판다가 유병언과 유병언의 일가의 계열사에 자문료, 상표권사용료, 용역비의 명목으로 돈을 지급한 내역이 있음

4.2.7. 위 변기춘, 임종욱, 이성환, 이영태의 진술은 대한민국 형사절차법이 규정한 절차에 따라 적법하게 이루어졌고, 그 내용은 문서로 작성되어 현재 본 사건의 수사를 담당하고 있는 인천지방검찰청에 보존되어 있음. (주)아이원아이홀딩스, (주)다판다, (주)모래알디자인, 유병언, 유대균의 금융거래내역서 등의 증거도 대한민국 형사절차법이 규정한 절차에 따라 적법하게 이루어졌으며 위 진술문서와 함께 보존되어 있음

## 5. 대한민국의 관계법령

5.1. 김필배가 범한 특정경제범죄가중처벌등에관한법률위반(횡령)죄의 내용과 관련법령은 다음과 같음

### 5.1.1. 횡령죄

**형법 제355조 제1항**

『타인의 재물을 보관하는 자가 그 재물을 횡령하거나 그 반환을 거부한 때에는 5년 이하의 징역 또는 1천500만원 이하의 벌금에 처한다.』

### 5.1.2. 특정경제범죄가중처벌등에관한법률위반(횡령)

**특정경제범죄가중처벌등에관한법률 제3조 제1항 제1호**

EX-YOO-00057

『① 「형법」 제347조(사기), 제350조(공갈), 제351조(제347조 및 제350조의 상습범만 해당한다), 제355조(횡령·배임) 또는 제356조(업무상의 횡령과 배임)의 죄를 범한 사람은 그 범죄행위로 인하여 취득하거나 제3자로 하여금 취득하게 한 재물 또는 재산상 이익의 가액이 5억원 이상일 때에는 다음 각 호의 구분에 따라 가중처벌한다.

1. 이득액이 50억원 이상일 때: 무기 또는 5년 이상의 징역』

5.1.3. 대한민국은 횡령죄로 인한 피해금액이 5억원 이상인 경우 특정경제범죄가 중처벌등에관한법률에 따라 가중처벌하고 있음

### 5.1.3. 공소시효

대한민국 형사소송법 제249조 제1항은 무기징역에 해당하는 범죄의 공소시효는 15년이며, 같은 법 제253조 제3항은 범인이 형사처벌을 면할 목적으로 국외에 있는 경우 그 기간 동안 공소시효는 정지된다고 규정하고 있음. 따라서 김필배에 대한 공소시효는 현재 완성되지 않았음

### 형사소송법 제249조 제1항

『① 공소시효는 다음 기간의 경과로 완성한다.

1. 사형에 해당하는 범죄에는 25년

2. 무기징역 또는 무기금고에 해당하는 범죄에는 15년

3. 장기 10년 이상의 징역 또는 금고에 해당하는 범죄에는 10년

4. 장기 10년 미만의 징역 또는 금고에 해당하는 범죄에는 7년

5. 장기 5년 미만의 징역 또는 금고, 장기 10년 이상의 자격정지 또는 다액 1만원 이상의 벌금에 해당하는 범죄에는 5년』

형사소송법 제253조 제3항

『범인이 형사처분을 면할 목적으로 국외에 있는 경우 그 기간동안 공소
시효는 정지된다.』

5.2. 이상의 법령은 현재 대한민국에서 전적으로 유효하고 김필배가 특정경제범
죄가중처벌등에관한법률위반(횡령)죄를 범하였다고 알려진 2008. 1.부터
2014. 3. 31. 사이의 시점에도 그러하였음

## 6. 체포영장

6.1. 앞에서 기술한 바와 같이 김필배에 대하여는 현재 특정경제범죄가중처벌등
에관한법률위반(횡령) 혐의로 체포영장이 발부되어 있음

6.2. 본건과 같이 피의자가 수사에 응하지 않고 도주하여 기소하기 곤란한 경우
에는 기소중지라는 중간처분을 하여 사건에 대한 수사를 일시 중단하고, 구
속영장이나 체포영장을 발부받아 피의자에 대한 소재수사 및 수배를 통하여
신병확보절차에 들어감. 따라서 이건과 같이 피의자의 소재불명으로 기소중
지되어 수배 중인 사건의 경우 법원에 대한 기소나 이를 근거로 한 재판 절
차가 진행되지 않아 사건기록에는 공소장 등 기소 관련 서류가 없음

6.3. 한국 형사소송법상 검사는 수사 도중 피의자가 죄를 범하였다고 의심할만한
상당한 이유가 있고, 정당한 이유없이 검사의 출석요구에 응하지 아니하거나
응하지 아니할 우려가 있는 때에는 관할 지방법원 판사에게 청구하여 체포
영장을 발부받아 피의자를 구금할 수 있음

6.4. 판사는 검사의 청구에 따라 피의자를 체포할만한 사유가 있다고 판단하는
경우 체포영장을 발부하게 되는데(형사소송법 제201조, 제201조의 2), 판사의
체포영장이 발부되었다는 사실은 바로 그 피의자가 영장 청구 범죄사실을
범하였다고 볼만한 확실한 이유가 있음을 판사도 인정하고 있는 것임

EX-YOO-00059

6.5. 인천지방법원 판사 박성용은 2014. 5. 8. 본인이 청구한 김필배에 대한 체포
영장을 발부하였고 그 유효기간은 2029. 3. 10. 까지임. 위 체포영장은 2029.
3. 10.까지 특정경제범죄가중처벌등에관한법률위반(횡령) 혐의로 김필배를 체
포할 수 있는 권한을 부여하는 사법문서이며, 인천지방법원 판사 박성용은
대한민국 법령에 의하여 체포영장을 발부할 수 있는 권한이 있음. 영장 원본
은 대한민국에서 절차를 위하여 수사기록에 편철되어 있음. 본인은 영장 원
본을 보았으며, 앞서 본 별첨 2.는 체포영장의 진정하고 정확한 사본임

7. 본인은 위 기재한 사실이 모두 진실임을 확인하며, 고의로 허위 사실을 기재하
였을 경우 대한민국 형법 제227조에 따라 허위공문서작성죄로 처벌받을 수 있
다는 사실을 인식하면서 본 확인서를 작성하였음

2014.   5.   14.

인천지방검찰청 검사 정순신 

첨부 1. 김필배 사진의 진정한 사본 1부.

   2. 김필배에 대한 체포영장의 진정한 사본 1부.

EX-YOO-00060


EX-YOO-00061



# 체 포 영 장

[통상]                                                               인천지방법원

| 영 장 번 호 | 2014-7385 | 죄 명 | 특정경제범죄가중처벌등에관한법률위반(횡령) |
|---|---|---|---|
| 피 의 자 | 성 명 　김 필 배 | 직 업 | 기타 |
| | 주민등록번호　　380209-1063620 | 국 적 | 한국 |
| | 주 거 | | |
| 청구한 검사 | 정 춘 신 | 청구일자 | 2014. 5. 8. 20:28 |
| 변 호 인 | | 유효기간 | 2029. 3. 10. 까지 |
| 범죄사실의 요지 | 별지 기재와 같다 | 인치할장소 | 인천지방검찰청 |
| 구 금 할 장 소 | 인천구치소 | | |

☑ 피의자는 정당한 이유 없이 수사기관의 출석요구에 응하지 아니하였다.

☐ 피의자는 정당한 이유 없이 수사기관의 출석요구에 응하지 아니할 우려가 있다.

☐ 피의자는 일정한 주거가 없다 (다액 50만 원 이하의 벌금, 구류 또는 과료에 해당하는 사건).

피의자가 별지 기재와 같은 죄를 범하였다고 의심할 만한 상당한 이유가 있고, 체포의 사유 및 체포의 필요가 있으므로 피의자를 체포한다.

유효기간이 경과하면 체포에 착수할 수 없고, 유효기간이 경과한 경우 또는 유효기간 내라도 체포의 필요가 없어진 경우에는 영장을 반환하여야 한다.

2014. 5. 8.

판 사 　박 성 용

| 체 포 일 시 | 20 . . . : | 체 포 장 소 | |
|---|---|---|---|
| 인 치 일 시 | 20 . . . : | 인 치 장 소 | |
| 구 금 일 시 | 20 . . . : | 구 금 장 소 | |
| 집행불능사유 | | | |
| 처리자의소속 관서, 관직 | | 처 리 자 서 명 날 인 | |

주 : 주민등록번호(외국인은 외국인등록번호, 위 번호들이 없거나 알 수 없는 때에는 생년월일 및 성별)

EX-YOO-00062

# 범 죄 사 실

## 1. 피의자 신분

피의자는 2000. 9. 21.부터 2014. 3. 18.경까지 '상품(화장품, 식품, 의약품 등) 중개업' 등을 목적으로 하는 피해자인 주식회사 다판다(이하 '다판다'라 함)의 대표이사로 재직하는 한편 '다판다'의 지주회사인 주식회사 아이원아이홀딩스 (이하 '아이원아이홀딩스'라 함) 대표이사를 겸직하면서, '다판다'의 공동 대표 인 송국빈(구속 수사 중)과 함께 피해회사의 재산상 사무를 총괄하던 자로서, 실질적인 대주주인 유병언 및 그 일가에 비자금을 만들어 주기 위해, 송국빈과 공모하여 아래와 같이 피해회사인 '다판다' 소유 자금 합계 7,199,783,200원을 횡 령하였다.

## 2. 범죄사실

### (가) 주식회사 아이원아이홀딩스에 대한 경영자문료 지급

피의자는 2007. 12. 1.경 서울 강남구 역삼동 798-3번지 소재 '다판다' 사무 실에서, 당시 피해회사가 리스크 관리 등 경영자문을 상시적으로 받아야 할 필요가 없었고, 아이원아이홀딩스가 피해회사에 실질적인 도움이 될 수 있는 경영자문을 할 능력이 없다는 사실을 알고 있음에도, '아이원홀딩스'에 매달 7,000,000만 원을 지급하는 내용의 '경영자문용역계약'을 체결하고, 그 무렵 자 문료 명목으로 피해회사 소유의 돈 7,000,000원을 아이원아이홀딩스 명의 우 리은행 계좌로 송금해 준 것을 비롯하여, 그때부터 2014. 3.경까지 별지 범

죄일람표 (1) 기재와 같이 매달 7,000,000원씩 '아이원아이홀딩스'에 송금하는 방법으로 피의자가 업무상 보관하던 피해회사 소유의 돈 합계 499,545,440원을 횡령하였다.

## (나) 유병언에 대한 고문료 지급

피의자는 2011. 1. 3.경 '다판다' 사무실에서, 유병언이 피해회사의 경영과 관련하여 특별한 역할을 수행하지 않는다는 사실을 알면서도, 유병언에게 매달 15,000,000원을 지급하는 내용의 '고문위촉' 계약을 체결한 후, 그 무렵 고문료 명목으로 15,000,000원을 유병언 명의 우리은행 계좌로 송금한 것을 비롯하여, 그때부터 2014. 3.경까지 별지 범죄일람표 (2) 기재와 같이 매달 15,000,000원씩 유병언에게 송금함으로써, 피의자가 업무상 보관하던 피해회사의 돈 합계 570,000,000원을 횡령하였다.

## (다) 유대균에 대한 상표권 사용료 지급

피의자는 2000. 9.경 '다판다' 사무실에서, 피해회사를 설립하고 그 상호를 정함에 있어, 유대균이 상표등록한 '다판다'라는 호칭에 아무런 브랜드가치도 없고, 상표등록에 소요되는 비용은 약 300,000원에 불과하며, 얼마든지 다른 상호로 대체가능한 상호임에도 불구하고, 유대균과 '전용사용권 설정 계약' (월 매출액의 0.75%)을 체결하고, 그 무렵 201,125,000원을 유대균 명의 우리은행 계좌로 지급한 것을 비롯하여 그때부터 2014. 4.경까지 별지 범죄일람표 (3)기재와 같이 유대균에게 상표권 사용료 명목의 돈을 지급하여, 피의자가 업무상 보관하던 피해회사 소유의 돈 합계 1,879,571,760원을 횡령하였다.

EX-YOO-00064

**(라) 유섬나에 대한 디자인컨설팅비 지급**

피의자는 2009. 4.경 '다판다' 사무실에서, '다판다'가 전국 수십 개의 지점과 대리점에서 각자 방문 판매 등을 통해 영업을 하고 있고, 본사가 주관하는 연 1~2회 정도의 대규모 판촉행사를 제외하고는 상시적인 영업 준비나 지원이 필요하지 않다는 사실을 알고 있음에도 불구하고, 주식회사 모래알디자인 (대표, 유섬나, 이하 '모래알디자인이라 함)에게 매달 80,000,000원을 지급하는 내용의 '디자인개발용역계약'을 체결한 후, 그 무렵 용역비 명목으로 80,000,000 원을 유섬나 명의 농협 계좌로 지급해 준 것을 비롯하여 2004. 1.경부터 2013. 12.경까지 별지 범죄일람표 (4) 기재와 같이 유섬나에게 디자인 컨설팅비를 지급함으로써, 피의자가 업무상 보관하던 피해회사 소유의 돈 합계 4,170,666,000원을 횡령하였다.

**(마) 유병언 등록 상표권 양수대금 지급**

피의자는 2010. 4. 9.경 위 다판다 사무실에서, 유병언이 등록해 둔 '위로만 써 올라가는 글', '내누운 들판에서' 등 총 12개의 상표가 재산상 가치가 없음에도 이를 양수하는 내용의 '상표권양수도계서'를 작성한 후, 그 대금조로 80,000,000원을 지급함으로써 피의자가 업무상 보관하던 피해회사의 돈 80,000,000원을 횡령하였다.

EX-YOO-00065

# 범죄일람표(1)

| | 일시 | 제공자 | 대표이사 | 수령자 | 피해금액<br>(부가세 포함) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 1 | 2007-12-24 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 2 | 2008-01-16 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 3 | 2008-02-15 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 4 | 2008-03-05 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 5 | 2008-04-02 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 6 | 2008-05-08 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 7 | 2008-06-03 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 8 | 2008-07-01 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 9 | 2008-08-11 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 10 | 2008-09-08 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 11 | 2008-10-07 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 12 | 2008-11-03 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 13 | 2008-12-10 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 14 | 2009-01-07 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 15 | 2009-02-16 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 16 | 2009-03-06 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 17 | 2009-04-02 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 18 | 2009-05-06 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 19 | 2009-06-02 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 20 | 2009-07-01 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 21 | 2009-08-31 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 22 | 2009-09-04 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 23 | 2009-10-07 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 24 | 2009-11-05 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 25 | 2009-12-01 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 26 | 2010-01-05 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 27 | 2010-02-02 | ㈜다판다 | 김필배<br>송국빈 | ㈜아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |

# 범죄일람표(1)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 피해금액<br>(부가세 제외) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 28 | 2010-03-03 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 29 | 2010-04-02 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 30 | 2010-05-03 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 31 | 2010-06-08 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 32 | 2010-07-05 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 33 | 2010-08-10 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 34 | 2010-09-02 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 35 | 2010-10-05 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 36 | 2010-11-04 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 37 | 2010-12-07 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 38 | 2011-01-07 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 39 | 2011-02-10 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 40 | 2011-03-09 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 6,363,636 | 경영자문용역료 | |
| 41 | 2011-04-11 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 42 | 2011-05-09 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 43 | 2011-06-09 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 44 | 2011-07-08 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 45 | 2011-08-10 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 46 | 2011-09-08 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 47 | 2011-10-10 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 48 | 2011-11-21 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 49 | 2011-12-07 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 50 | 2012-01-06 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 51 | 2012-02-07 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 52 | 2012-03-08 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 53 | 2012-04-05 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 54 | 2012-05-08 | ㈜다판다 | 김필배<br>송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |

EX-YOO-00067

# 범죄일람표(1)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 피해금액 (부가세 포함) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 55 | 2012-06-11 | ㈜다판다 | 김필배 송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 56 | 2012-07-12 | ㈜다판다 | 김필배 송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 57 | 2012-08-10 | ㈜다판다 | 김필배 송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 58 | 2012-09-06 | ㈜다판다 | 김필배 송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 59 | 2012-10-11 | ㈜다판다 | 김필배 송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 60 | 2012-11-09 | ㈜다판다 | 김필배 송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 61 | 2012-12-11 | ㈜다판다 | 김필배 송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 62 | 2013-01-10 | ㈜다판다 | 김필배 송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 63 | 2013-02-07 | ㈜다판다 | 김필배 송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 64 | 2013-03-11 | ㈜다판다 | 김필배 송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 65 | 2013-04-04 | ㈜다판다 | 김필배 송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 66 | 2013-05-06 | ㈜다판다 | 김필배 송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 67 | 2013-06-05 | ㈜다판다 | 김필배 송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 68 | 2013-07-18 | ㈜다판다 | 김필배 송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 69 | 2013-08-08 | ㈜다판다 | 김필배 송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 70 | 2013-09-06 | ㈜다판다 | 김필배 송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 71 | 2013-10-07 | ㈜다판다 | 김필배 송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 72 | 2013-11-08 | ㈜다판다 | 김필배 송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 73 | 2013-12-10 | ㈜다판다 | 김필배 송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 74 | 2014-02-06 | ㈜다판다 | 김필배 송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 75 | 2014-03-07 | ㈜다판다 | 김필배 송국빈 | (주)아이원아이홀딩스 | 7,000,000 | 경영자문용역료 | |
| 합 계 | | | | | 499,545,440 원 | | |

EX-YOO-00068

# 범죄일람표(2)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 피해금액<br>(부가세 별도) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 1 | 2011-10-31 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 60,000,000 | 고문자문료 | |
| 2 | 2011-11-30 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 60,000,000 | 고문자문료 | |
| 3 | 2011-12-30 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 60,000,000 | 고문자문료 | |
| 4 | 2012-01-31 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 5 | 2012-02-29 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 6 | 2012-03-31 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 7 | 2012-04-30 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 8 | 2012-05-30 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 9 | 2012-06-29 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 10 | 2012-07-31 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 11 | 2012-08-31 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 12 | 2012-09-30 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 13 | 2012-10-31 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 14 | 2012-11-30 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 15 | 2012-12-28 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 16 | 2013-01-31 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 17 | 2013-02-28 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 18 | 2013-03-29 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 19 | 2013-04-30 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 20 | 2013-05-31 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 21 | 2013-06-30 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 22 | 2013-07-31 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 23 | 2013-08-30 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 24 | 2013-09-30 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 25 | 2013-10-31 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 26 | 2013-11-29 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 27 | 2013-12-31 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |

EX-YOO-00069

# 범죄일람표(2)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 피해금액<br>(부가세 제외) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 28 | 2014-02-10 | ㈜다판다 | 강필배<br>송코빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 29 | 2014-02-28 | ㈜다판다 | 김필배<br>송국빈 | 붉은머리 오목눈이 | 15,000,000 | 고문자문료 | |
| 합 계 | | | | 570,000,000  원 | | | |



EX-YOO-00070

# 범죄일람표(3)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 피해금액<br>(투자세 제외) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 1 | 2002년 경 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 201,125,000 | 상표권사용료 | |
| 2 | 2003년경 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 172,719,000 | 상표권사용료 | |
| 3 | 2004년경 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 164,324,000 | 상표권사용료 | |
| 4 | 2005-01-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 6,306,570 | 상표권사용료 | |
| 5 | 2005-02-28 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 6,064,260 | 상표권사용료 | |
| 6 | 2005-03-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 8,058,590 | 상표권사용료 | |
| 7 | 2005-04-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 11,684,490 | 상표권사용료 | |
| 8 | 2005-05-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 51,279,140 | 상표권사용료 | |
| 9 | 2005-06-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 15,193,660 | 상표권사용료 | |
| 10 | 2005-07-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 7,364,000 | 상표권사용료 | |
| 11 | 2005-08-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 6,032,640 | 상표권사용료 | |
| 12 | 2005-09-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 9,256,220 | 상표권사용료 | |
| 13 | 2005-10-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 12,440,500 | 상표권사용료 | |
| 14 | 2005-11-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 27,230,780 | 상표권사용료 | |
| 15 | 2005-12-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 14,085,750 | 상표권사용료 | |
| 16 | 2006-01-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 5,893,280 | 상표권사용료 | |
| 17 | 2006-02-28 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 6,009,730 | 상표권사용료 | |
| 18 | 2006-03-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 10,423,490 | 상표권사용료 | |
| 19 | 2006-04-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 12,345,840 | 상표권사용료 | |
| 20 | 2006-05-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 51,202,620 | 상표권사용료 | |
| 21 | 2006-06-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 16,053,750 | 상표권사용료 | |
| 22 | 2006-07-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 8,056,100 | 상표권사용료 | |
| 23 | 2006-08-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 4,278,750 | 상표권사용료 | |
| 24 | 2006-09-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 18,061,300 | 상표권사용료 | |
| 25 | 2006-10-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 16,136,200 | 상표권사용료 | |
| 26 | 2006-11-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 27,123,660 | 상표권사용료 | |
| 27 | 2006-12-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 14,009,530 | 상표권사용료 | |

EX-YOO-00071

# 범죄일람표(3)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 피해금액<br>(부가세 제외) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 28 | 2007-01-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 9,299,960 | 상표권사용료 | |
| 29 | 2007-02-28 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 7,826,740 | 상표권사용료 | |
| 30 | 2007-03-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 8,653,760 | 상표권사용료 | |
| 31 | 2007-04-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 7,570,790 | 상표권사용료 | |
| 32 | 2007-05-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 26,391,010 | 상표권사용료 | |
| 33 | 2007-06-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 26,950,290 | 상표권사용료 | |
| 34 | 2007-07-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 6,663,490 | 상표권사용료 | |
| 35 | 2007-08-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 5,038,300 | 상표권사용료 | |
| 36 | 2007-09-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 6,536,150 | 상표권사용료 | |
| 37 | 2007-10-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 9,726,070 | 상표권사용료 | |
| 38 | 2007-11-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 10,895,440 | 상표권사용료 | |
| 39 | 2007-12-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 6,088,730 | 상표권사용료 | |
| 40 | 2008-01-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 12,153,580 | 상표권사용료 | |
| 41 | 2008-02-28 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 11,259,250 | 상표권사용료 | |
| 42 | 2008-03-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 8,732,640 | 상표권사용료 | |
| 43 | 2008-04-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 10,763,200 | 상표권사용료 | |
| 44 | 2008-05-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 32,223,400 | 상표권사용료 | |
| 45 | 2008-06-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 33,200,100 | 상표권사용료 | |
| 46 | 2008-07-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 12,585,200 | 상표권사용료 | |
| 47 | 2008-08-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 10,737,000 | 상표권사용료 | |
| 48 | 2008-09-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 10,285,800 | 상표권사용료 | |
| 49 | 2008-10-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 13,589,300 | 상표권사용료 | |
| 50 | 2008-11-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 7,944,100 | 상표권사용료 | |
| 51 | 2008-12-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 5,803,300 | 상표권사용료 | |
| 52 | 2009-01-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 11,644,900 | 상표권사용료 | |
| 53 | 2009-02-28 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 11,370,700 | 상표권사용료 | |
| 54 | 2009-03-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 7,177,300 | 상표권사용료 | |

EX-YOO-00072

# 범죄일람표(3)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 피해금액<br>(부가세 제외) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 55 | 2009-04-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 15,194,700 | 상표권사용료 | |
| 56 | 2009-05-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 24,484,700 | 상표권사용료 | |
| 57 | 2009-06-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 26,799,300 | 상표권사용료 | |
| 58 | 2009-07-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 5,792,000 | 상표권사용료 | |
| 59 | 2009-08-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 10,084,100 | 상표권사용료 | |
| 60 | 2009-09-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 15,887,300 | 상표권사용료 | |
| 61 | 2009-10-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 10,802,500 | 상표권사용료 | |
| 62 | 2009-11-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 10,916,500 | 상표권사용료 | |
| 63 | 2009-12-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 7,395,500 | 상표권사용료 | |
| 64 | 2010-01-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 11,801,000 | 상표권사용료 | |
| 65 | 2010-02-28 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 10,850,700 | 상표권사용료 | |
| 66 | 2010-03-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 11,595,600 | 상표권사용료 | |
| 67 | 2010-04-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 5,401,000 | 상표권사용료 | |
| 68 | 2010-05-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 17,967,200 | 상표권사용료 | |
| 69 | 2010-06-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 27,702,900 | 상표권사용료 | |
| 70 | 2010-07-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 5,754,900 | 상표권사용료 | |
| 71 | 2010-08-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 6,560,100 | 상표권사용료 | |
| 72 | 2010-09-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 5,163,800 | 상표권사용료 | |
| 73 | 2010-10-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 7,554,100 | 상표권사용료 | |
| 74 | 2010-11-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 9,864,200 | 상표권사용료 | |
| 75 | 2010-12-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 6,094,700 | 상표권사용료 | |
| 76 | 2011-01-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 8,320,400 | 상표권사용료 | |
| 77 | 2011-02-28 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 9,563,800 | 상표권사용료 | |
| 78 | 2011-03-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 7,989,800 | 상표권사용료 | |
| 79 | 2011-04-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 10,001,200 | 상표권사용료 | |
| 80 | 2011-05-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 22,527,700 | 상표권사용료 | |
| 81 | 2011-06-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 18,034,200 | 상표권사용료 | |

EX-YOO-00073

# 범죄일람표(3)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 피해금액<br>(부가세 포함) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 82 | 2011-07-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 4,452,300 | 상표권사용료 | |
| 83 | 2011-08-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 6,423,500 | 상표권사용료 | |
| 84 | 2011-09-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 8,823,300 | 상표권사용료 | |
| 85 | 2011-10-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 11,656,900 | 상표권사용료 | |
| 86 | 2011-11-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 8,929,700 | 상표권사용료 | |
| 87 | 2011-12-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 6,463,100 | 상표권사용료 | |
| 88 | 2012-01-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 6,883,000 | 상표권사용료 | |
| 89 | 2012-02-29 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 9,087,000 | 상표권사용료 | |
| 90 | 2012-03-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 7,447,900 | 상표권사용료 | |
| 91 | 2012-04-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 9,262,100 | 상표권사용료 | |
| 92 | 2012-05-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 29,241,100 | 상표권사용료 | |
| 93 | 2012-06-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 30,682,600 | 상표권사용료 | |
| 94 | 2012-07-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 7,830,400 | 상표권사용료 | |
| 95 | 2012-08-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 5,237,900 | 상표권사용료 | |
| 96 | 2012-09-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 9,990,600 | 상표권사용료 | |
| 97 | 2012-10-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 9,395,500 | 상표권사용료 | |
| 98 | 2012-11-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 6,452,700 | 상표권사용료 | |
| 99 | 2012-12-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 4,746,800 | 상표권사용료 | |
| 100 | 2013-01-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 7,036,900 | 상표권사용료 | |
| 101 | 2013-02-28 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 6,484,600 | 상표권사용료 | |
| 102 | 2013-03-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 7,233,800 | 상표권사용료 | |
| 103 | 2013-04-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 8,916,600 | 상표권사용료 | |
| 104 | 2013-05-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 27,879,000 | 상표권사용료 | |
| 105 | 2013-06-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 28,653,000 | 상표권사용료 | |
| 106 | 2013-07-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 3,280,400 | 상표권사용료 | |
| 107 | 2013-08-31 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 4,723,200 | 상표권사용료 | |
| 108 | 2013-09-30 | ㈜다판다 | 김필배<br>송국빈 | SLPLUS | 3,318,900 | 상표권사용료 | |

EX-YOO-00074

# 범죄일람표(3)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 피해금액<br>(부가세 제외) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 109 | 2013-10-31 | ㈜다판다 | 강원배<br>송국빈 | SLPLUS | 8,013,700 | 상표권사용료 | |
| 110 | 2013-11-30 | ㈜다판다 | 강원배<br>송국빈 | SLPLUS | 7,471,000 | 상표권사용료 | |
| 111 | 2013-12-31 | ㈜다판다 | 강원배<br>송국빈 | SLPLUS | 5,376,300 | 상표권사용료 | |
| 112 | 2014-02-11 | ㈜다판다 | 강원배<br>송국빈 | SLPLUS | 5,214,230 | 상표권사용료 | |
| 113 | 2014-03-11 | ㈜다판다 | 강원배<br>송국빈 | SLPLUS | 5,456,480 | 상표권사용료 | |
| 합 계 | | | | 1,879,571,760　원 | | | |



# 범죄일람표(4)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 피해금액 (부가세 제외) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 1 | 2004년경 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 45,000,000 | 디자인컨설팅료 | |
| 2 | 2005년경 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 60,000,000 | 디자인컨설팅료 | |
| 3 | 2006년경 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 60,000,000 | 디자인컨설팅료 | |
| 4 | 2007년경 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 60,000,000 | 디자인컨설팅료 | |
| 5 | 2008년경 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 60,000,000 | 디자인컨설팅료 | |
| 6 | 2009년경 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 18,666,000 | 디자인컨설팅료 | |
| 7 | 2009-04-30 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 3,000,000 | 디자인컨설팅료 | |
| 8 | 2009-05-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 3,000,000 | 디자인컨설팅료 | |
| 9 | 2009-06-30 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 3,000,000 | 디자인컨설팅료 | |
| 10 | 2009-07-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 3,000,000 | 디자인컨설팅료 | |
| 11 | 2009-08-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 3,000,000 | 디자인컨설팅료 | |
| 12 | 2009-09-30 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 3,000,000 | 디자인컨설팅료 | |
| 13 | 2009-10-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 3,000,000 | 디자인컨설팅료 | |
| 14 | 2009-11-30 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 3,000,000 | 디자인컨설팅료 | |
| 15 | 2009-12-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 3,000,000 | 디자인컨설팅료 | |
| 16 | 2010-01-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 17 | 2010-02-28 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 18 | 2010-03-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 19 | 2010-04-30 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 20 | 2010-05-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 21 | 2010-06-30 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 22 | 2010-07-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 23 | 2010-08-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 24 | 2010-09-30 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 25 | 2010-10-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 26 | 2010-11-30 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 27 | 2010-12-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |

EX-YOO-00076

# 범죄일람표(4)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 피해금액 (부가세 포함) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 28 | 2011-01-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 29 | 2011-02-28 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 30 | 2011-03-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 31 | 2011-04-30 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 32 | 2011-05-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 33 | 2011-06-30 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 34 | 2011-07-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 35 | 2011-08-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 36 | 2011-09-30 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 37 | 2011-10-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 38 | 2011-11-30 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 39 | 2011-12-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 40 | 2012-01-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 41 | 2012-02-29 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 42 | 2012-03-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 43 | 2012-04-30 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 44 | 2012-05-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 45 | 2012-06-30 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 46 | 2012-07-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 47 | 2012-08-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 48 | 2012-09-30 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 49 | 2012-10-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 50 | 2012-11-30 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 51 | 2012-12-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 52 | 2013-01-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 53 | 2013-02-28 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 54 | 2013-03-31 | ㈜다판다 | 김필배 송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |

EX-YOO-00077

# 범죄일람표(4)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 피해금액<br>(부가세 포함) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 55 | 2013-04-30 | ㈜다판다 | 김필배<br>송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 56 | 2013-05-31 | ㈜다판다 | 김필배<br>송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 57 | 2013-06-30 | ㈜다판다 | 김필배<br>송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 58 | 2013-07-31 | ㈜다판다 | 김필배<br>송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 59 | 2013-08-31 | ㈜다판다 | 김필배<br>송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 60 | 2013-09-30 | ㈜다판다 | 김필배<br>송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 61 | 2013-10-31 | ㈜다판다 | 김필배<br>송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 62 | 2013-11-30 | ㈜다판다 | 김필배<br>송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 63 | 2013-12-31 | ㈜다판다 | 김필배<br>송국빈 | 모래알디자인 | 80,000,000 | 디자인컨설팅료 | |
| 합 계 | | | | 4,170,666,000 | 원 | | |

EX-YOO-00078