

# CERTIFICATE TO BE ATTACHED TO DOCUMENTARY
## EVIDENCE ACCOMPANYING REQUISITIONS IN
### THE UNITED STATES FOR EXTRADITION
### AMERICAN FOREIGN SERVICE

04-08-2015
Place and Date *(mm-dd-yyyy)*

I, Roberto Powers      Consul General
     Name      Title

of the United States of America at    Seoul, Korea

hereby certify that the annexed papers, being    supporting documents

proposed to be used upon an application for the extradition from the United States of America

Hyukkee Yoo

charged with the crime of    violating the Tax Fraud Act

alleged to have been committed in    Republic of Korea

are properly and legally authenticated so as to entitle them to be received in evidence for similar purposes by

the tribunal of    Republic of Korea

as required by Title 18, United States Code, Section 3190.

In witness whereof I hereunto sign my name and cause my seal of office to be affixed

this    8th    day of    April 2015
     Month and Year

*Roberto* (signature)
Signature

Roberto Powers, Consul General
Type Name and Title of Certifying Officer
of the United States of America.

DS-36
04-2007

EX-YOO-S2-00001



**MINISTRY OF JUSTICE**
Republic of Korea

미합중국 법무부장관 귀하

## 유혁기에 대한 범죄인인도청구 추가서류

한민국 법무부장관 본인 황교안은,

1. 한민국을 대표하여 대한민국정부와 미합중국정부간 범죄인인도조약에 따라,
조 범처벌법위반 혐의의 유혁기가 대한민국의 법률에 의하여 처리될 수 있도록
대 민국에 인도하여 줄 것을 청구합니다.

2. 인 유혁기에 대한 범죄인인도청구를 위한 추가서류로서 본 문서를 봉인한
후 하고 대한민국 법무부장관의 관인을 날인함으로써 대한민국정부에 의하여
인증 서류임을 확인합니다.

대한민국 서울

2015년 4월 6일

대한민국 법무부장관 황교안

대리 국제형사과장 정진우

# 확 인 서

대한민국 인천지방검찰청 검사인 본인, 정순신은 대한민국과 미합중국간에 1999. 12. 20. 발효된 범죄인인도조약에 의거 도피 범죄인 유혁기를 미국으로부터 한국으로 인도받기 위하여 아래 사항을 추가로 확인함

## 1. 인도청구대상 범죄 추가

### 1.1. 인도청구대상 범죄

1.1.1. 대한민국 조세범처벌법 제3조 제1항에 의하면, 사기나 그 밖의 부정한 행위로써 3억원 미만의 조세를 포탈한 경우 2년 이하의 징역 또는 포탈세액의 2배 이하에 상당하는 벌금에 처하게 되고, 대한민국 특정범죄가중처벌등에관한법률 제8조 제1호에 의하면, 조세범처벌법 제3조 제1항에 따른 포탈세액이 연간 10억원 이상인 경우 무기 또는 5년 이상의 징역에 처하게 됩니다.

### 1.2. '(주)새천년'의 법인세포탈

1.2.1. 세모그룹 회장 유병언은 1997.경 (주)세모가 부도로 인하여 법정관리를 받게 되자, (주)세모가 보유한 조선사업부를 인수하기 위해 2003. 1. (주)새천년을 설립한 다음, (주)새천년의 지분을 자신의 측근 이강세(30%), 이재옥(35%), 이승기(35%) 명의로 보유하고, 위 이강세를 (주)새천년의 대표이사로 직접 선임하였으며, (주)새천년은 2003. ~ 2005. 세모그룹 계열사 (주)천해지의 지분 70.1%를 인수하여 보유하였는데, (주)천해지는 2005. (주)세모의 조선사업부를 법원 경매를 통해 인수하였습니다.

1.2.1.1. (주)새천년 주식 30%를 보유한 이강세는 (주)새천년의 대표이사였지만 회사 경영에 아무런 권한 없이 그저 유병언의 지시에 따라 회사를 운영하였고, (주)새천년 주식 각 35%씩을 보유한 이재옥, 이승기는 (주)새천년의 경영에 참여조차 하지 아니한 차명주주에 불과하였습니다.

EX-YOO-S2-00003

1.2.2. 이후 유병언은 2007. 10. 세모그룹 계열사들을 효과적으로 지배하기 위해 (주)아이원아이홀딩스를 지주회사로 설립하고, 스스로 공식적인 직함이나 주식을 보유하지 아니한 채 (주)아이원아이홀딩스의 지분 44%를 자녀 유혁기 (19.44%), 유대균(19.44%), 유섬나(2.57%), 유상나(2.57%)를 통해 보유하면서, (주)아이원아이홀딩스 대표이사 김필배로부터 계열사 운영상황을 보고받고 필요한 사항을 직접 지시하는 방법으로 (주)아이원아이홀딩스를 통해 세모그룹 계열사들을 운영하였고, 유혁기는 유병언 회장에 이어 세모그룹의 2인자로서, 유병언과 함께 (주)아이원아이홀딩스를 통해 세모그룹에 지배적인 영향력을 행사하였습니다.

1.2.3. 대한민국 법인세법 시행령 제87조 제1항 제2호, 제4호는 법인이 주주와 그 친족을 통해 다른 법인에 지배적인 영향력을 행사하는 경우를 특수관계인으로 보고 있으며, 국세기본법 시행령 제1조의2 제4항은 법인의 발행주식총수 또는 출자총액의 30%이상을 출자한 자는 법인의 경영에 지배적인 영향력을 행사하는 것으로 규정하고 있습니다.

1.2.4. 결국 유병언은 위 법인세법 시행령 등에 따라 자신이 100% 지분을 보유한 (주)세천년 뿐 아니라 (주)아이원아이홀딩스의 경영에도 지배적인 영향력을 행사하고 있었으므로 (주)세천년과 (주)아이원아이홀딩스는 특수관계인에 해당합니다.

1.3. 한편 법인세법 시행령 제35조 제2호에 의하면, 법인이 특수관계인 외의 자에게 정당한 사유 없이 자산을 정상가액보다 낮은 가액으로 양도하는 경우에는 정상가액의 70%금액과 양도가액의 차액을 법인세 부과기준이 되는 '소득금액'에 포함시키게 되나, 법인세법 제52조 제1항에 의하면, 법인이 특수관계인과의 거래로 인하여 법인세의 부담을 부당하게 감소하게 되면 부당하게 감소한 부분을 '소득금액'에 포함할 수 있고, 법인세법 시행령 제88조 제1항 제3호는 자산을 시가보다 낮은 금액으로 양도하게 되면 조세의 부담을 부당하게 감소시킨 것으로 인정하고 있습니다.

EX-YOO-S2-00004

1.3.1. 따라서 특수관계에 있는 (주)새천년과 (주)아이원아이홀딩스 사이에 자산을 시가보다 낮은 금액으로 양도하는 경우, 조세의 부담을 부당하게 감소시킨 경우에 해당하고, 이러한 경우에는 법인세의 부과기준이 되는 '소득금액'은 정상가액의 70%금액과 양도가액의 차액이 아니라 정상가액과 양도가액의 차액으로 정하여야 합니다.

1.3.2. 그럼에도 불구하고 2006.부터 (주)천해지의 기업가치가 상승하게 되자, 유혁기는 유병언, 유대균 및 (주)새천년의 대표이사 이강세와 함께, (주)새천년이 보유한 (주)천해지의 경영권과 주식 전부를 (주)아이원아이홀딩스에 저가로 매각하면서 법인세를 포탈하기로 공모하였습니다.

1.3.3. 이에 따라 유혁기는 유병언, 유대균, 이강세와 함께 2008. 3. 5. (주)새천년이 보유한 (주)천해지의 지분 70.1% 및 경영권을 주식액면가(1주당 5,000원)인 5,600,000,000원에 (주)아이원아이홀딩스로 양도하는 '주식매매 및 경영권이전 계약'을 체결하고, (주)아이원아이홀딩스는 같은 날 계약금 560,000,000원, 2008. 3. 21. 잔금 5,040,000,000원을 (주)새천년에 각각 지급하였습니다.

1.3.4.. 이후 유혁기는 유병언 등과 함께 2008. 11. 7. 국세청에 (주)새천년의 법인세를 신고함에 있어, 위 거래에 관하여는 (주)천해지 주식의 정상가액 14,781,760,000원(1주당 13,198원)의 70%인 10,347,232,000원과 양도가액 5,600,000,000원의 차액인 4,746,560,000원을 소득금액으로 신고하였습니다.

1.3.5. 결국 유혁기는 (주)천해지 주식의 정상가액과 양도가액의 차액 9,181,760,000원 [14,781,760,000원(정상가액) - 5,600,000,000원(양도가액)]을 소득금액으로 신고하여야 함에도 불구하고, 위와 같이 4,746,560,000원[10,347,232,000원(정상가액의 70%) - 5,600,000,000원(양도가액)]만 신고함으로써 (주)새천년의 법인세 1,108,800,000원 [4,435,200,000원 X 25%(2008년도 법인세 세율)]을 포탈하였습니다.

## 2. 유혁기 혐의 입증 자료

2.1. 유혁기의 각 범죄에 대한 증거로는 다음과 같은 증거들이 있습니다.

EX-YOO-S2-00005

2.2. 서울지방국세청 조사4국 조사2과에서 세무조사를 담당하는 조성인은 2014. 5. 11. 인천지방검찰청에서 검사 박광현에게 "유병언은 (주)천해지의 주식 70.1%를 보유한 (주)새천년의 주식을 이강세, 이재옥, 이승기 명의로 차명 보유하고 있고, 유병언의 자녀들이 (주)아이원아이홀딩스의 주식 44% 이상을 보유하고 있으므로 실제 위 두 법인의 소유자였음에도 불구하고 이를 속이고 (주)아이원아이홀딩스에 시가에 훨씬 못 미치는 액면가로 저가 양도하여 11억원 상당의 법인세를 포탈하였습니다.", "(주)새천년이 보유하고 있던 (주)천해지의 주식 70%를 아들들이 최대주주로 있는 회사에 헐값에 매각하고 경영권을 승계하는 과정에서 법인세를 포탈한 것이고 이러한 과정에서 (주)아이원아이홀딩스의 대주주 유혁기, 유대균이 함께 공모한 것입니다."라고 진술하였습니다.

2.3. 2004년 3월 31일부터 2005년 7월 20일까지 (주)새천년의 대표이사로 재직한 신제직은 2014. 5. 2. 서울지방국세청 조사4국 조사2과에서 조사관 조성인에게 "(주)새천년의 주주는 몇 명 안되는 것으로 알고 있지만 주식은 모두 유병언 회장의 소유라고 생각합니다. 다른 주주들은 모두 명의상 주주일 뿐 회사 운영상황을 체크한 사실이 없고, 오히려 새천년의 경영과 관련하여 유병언에게 구두로 보고를 하였습니다. 예를 들면 회사에 의료기기에 대한 생산허가를 식약청으로부터 받았을 때 회장님에게 그러한 사항을 구두로 보고했습니다."라고 진술하였습니다.

2.4. 2003년 1월 23일부터 2011년 3월 2일까지 (주)새천년의 대표이사로 재직한 이강세는 2014. 5. 3. 서울지방국세청 조사4국 조사2과에서 조사관 조성인에게 "유병언 회장이 (주)세모의 부장 이재영을 통해 저에게 회사를 하나 만들어 법정관리 중이던 (주)세모의 조선사업부를 인수하기 위한 준비를 하라고 전달하였고, 저는 2003년도에 (주)새천년의 대표이사로 취임하였지만 월급 150만원 정도를 받는 바지사장에 불과하였고, 제가 (주)새천년의 주식 30%, 이재옥과 이승기가 각각 35%를 보유하고 있지만 모두 유병언 회장의 주식입니다. 저와 이재옥, 이승기는 인감증명서와 주민등록등본, 도장을 이재영 부장에게 전달하여 주주로 이름을 올렸습니다.", "(주)새천년은 2003. ~ 2005. (주)천해

EX-YOO-S2-00006

지의 지분을 취득하고, (주)천해지는 2005. 법원 경매를 통해 (주)세모의 조선
사업부를 인수하였습니다. (주)천해지가 (주)세모의 조선사업부를 인수할 수
있도록 (주)세모 임직원들이 다른 업체들의 입찰참여를 막기 위해 노력하기도
하였습니다."

2.5. 2007년 10월 1일부터 2014년 3월 17일까지 (주)아이원아이홀딩스의 대표이사
로 재직한 김필배는 2014. 11. 26. 인천지방검찰청에서 검사 박광현에게 "(주)
아이원아이홀딩스는 유병언 회장이 실질적으로 운영하는 세모그룹 계열사
(주)천해지 등을 지배하는 지주회사로 유병언 회장의 자식들인 유대균과 유혁
기가 각각 19.44%, 유상나와 유섬나가 각각 2.57%의 지분을 보유하고 있습니
다.", "유병언의 회장이 실질적으로 운영하는 (주)천해지 등 계열사를 효과적
으로 관리감독하기 위해 유병언 회장의 지시에 따라 (주)아이원아이홀딩스를
설립하였습니다.", "(주)아이원아이홀딩스는 세모그룹 회장인 유병언의 지시에
따라 운영하였고, 저는 부회장으로 호칭되었는데, 저는 세모그룹 계열사들의
중요한 사안에 대해 유병언 회장에게 직접 보고를 하고 지시를 받아 계열사
사장들에게 전달하는 식으로 (주)아이원아이홀딩스를 운영하였습니다."라고
진술하였습니다.

2.6. 2007년 12월 27일부터 2014년 3월 17일까지 (주)아이원아이홀딩스의 이사로
재직한 박승일은 2014. 8. 5. 인천지방검찰청에서 검사 김정국에게 "유병언
회장이 세모 그룹에 공식적인 직함을 가지고 있거나 주식을 가지고 있지 않
지만 실제적으로는 회장으로서 그룹을 운영하고 있습니다. 유병언 회장이 김
필배 부회장을 통하여 계열사의 사장, 임원들에 대한 인사권을 행하고 있습
니다.", "(주)아이원아이홀딩스가 설립된 무렵 세모그룹의 권력서열은 유병언
회장 → 유혁기 → 김필배 순서였고, 김필배도 저에게 유병언 회장과 유혁기
의 지시를 받아 일을 한다고 하였습니다."라고 진술하였습니다.

2.7. 유혁기의 범죄사실을 입증할 증거로 위와 같은 관련자들 진술과 함께 (주)아이
원아이홀딩스와의 주식매매 및 경영권이전계약서, 주식양도대금 입금자료, (주)
천해지의 명의개서 및 주권배서 대장, (주)천해지에 대한 비상장주식평가조서,

EX-YOO-S2-00007

세금계산서합계표 등이 있습니다.

## 3. 대한민국의 관계법령

3.1. 유혁기가 범한 조세범처벌법위반죄, 특정범죄가중처벌등에관한법률위반(조세)죄의 관련 법령은 다음과 같습니다.

3.2. 조세범처벌법 제3조 제1항

『사기나 그 밖의 부정한 행위로써 조세를 포탈하거나 조세의 환급·공제를 받은 자는 2년 이하의 징역 또는 포탈세액, 환급·공제받은 세액(이하 "포탈세액 등"이라 한다)의 2배 이하에 상당하는 벌금에 처한다.』

3.3. 특정범죄가중처벌등에관한법률 제8조 제1항 제1호

『「조세범 처벌법」 제3조제1항, 제4조 및 제5조, 「지방세기본법」 제129조 제1항에 규정된 죄를 범한 사람은 다음 각 호의 구분에 따라 가중처벌한다.
  1. 포탈하거나 환급받은 세액 또는 징수하지 아니하거나 납부하지 아니한 세액(이하 "포탈세액등"이라 한다)이 연간 10억원 이상인 경우에는 무기 또는 5년 이상의 징역에 처한다.

## 4. 공소시효

4.1. 유혁기가 (주)새천년의 법인세 1,108,800,000원을 포탈한 혐의는 특정범죄가중처벌등에관한법률 제8조 제1항 제1호에 따라 무기징역 또는 5년 이상의 징역형에 처하도록 되어 있고, 형사소송법 제249조 제1항 제2호에 의하면 이러한 경우 공소시효는 15년이며, 형사소송법 제253조 제3항은 범인이 형사처벌을 면할 목적으로 국외에 있는 경우 그 기간 동안 공소시효는 정지된다고 규정하고 있으므로 위 범죄사실에 대한 공소시효는 현재 완성되지 않았습니다.

&lt;형사소송법 제249조 제1항&gt;

『공소시효는 다음 기간의 경과로 완성한다.
  1. 사형에 해당하는 범죄에는 25년

EX-YOO-S2-00008

2. 무기징역 또는 무기금고에 해당하는 범죄에는 15년

3. 장기 10년 이상의 징역 또는 금고에 해당하는 범죄에는 10년

4. 장기 10년 미만의 징역 또는 금고에 해당하는 범죄에는 7년

5. 장기 5년 미만의 징역 또는 금고, 장기 10년 이상의 자격정지 또는 다액 1만원 이상의 벌금에 해당하는 범죄에는 5년』

<형사소송법 제253조 제3항>

『범인이 형사처분을 면할 목적으로 국외에 있는 경우 그 기간동안 공소시효는 정지된다.』

4.2. 이상의 법령은 현재 대한민국에서 전적으로 유효하고 유혁기가 특정범죄가중처벌등에관한법률위반(조세)죄를 범하였다고 알려진 2008. 11.경 시점에도 그러하였습니다.


5. 체포영장

5.1. 유혁기에 대하여는 현재 특정범죄가중처벌등에관한법률위반(조세) 혐의로 체포영장이 발부되어 있습니다.

5.2. 본건과 같이 피의자가 수사에 응하지 않고 도주하여 기소하기 곤란한 경우에는 기소중지라는 중간처분을 하여 사건에 대한 수사를 일시 중단하고, 구속영장이나 체포영장을 발부받아 피의자에 대한 소재수사 및 수배를 통하여 신병확보 절차에 들어갑니다.

5.3. 따라서 이건과 같이 피의자의 소재불명으로 기소중지되어 수배 중인 사건의 경우 법원에 대한 기소나 이를 근거로 한 재판 절차가 진행되지 않아 사건기록에는 공소장 등 기소 관련 서류가 없습니다.

5.4. 대한민국 형사소송법상 검사는 수사 도중 피의자가 죄를 범하였다고 의심할만한 상당한 이유가 있고, 정당한 이유없이 검사의 출석요구에 응하지 아니하거나 응하지 아니할 우려가 있는 때에는 관할 지방법원 판사에게 청구하여 체포영장을 발부받아 피의자를 구금할 수 있습니다.

EX-YOO-S2-00009

5.5. 판사는 검사의 청구에 따라 피의자를 체포할만한 사유가 있다고 판단하는 경우 체포영장을 발부하게 되는데(형사소송법 제201조, 제201조의2), 판사의 체포영장이 발부되었다는 사실은 바로 그 피의자가 영장청구 범죄사실을 범하였다고 볼만한 확실한 이유가 있음을 판사도 인정하고 있는 것입니다.

5.6. 인천지방법원 판사 안동범은 2015. 1. 20. 기존의 특정경제범죄가중처벌등에관한법률위반(횡령) 범죄사실에다가 본건 범죄사실을 추가한 체포영장을 새로 발부하였고, 그 유효기간은 2029. 3. 30.까지 입니다. 위 체포영장은 2029. 3. 30.까지 유혁기를 체포할 수 있는 권한을 부여하는 사법문서이며, 인천지방법원 판사 안동범은 대한민국 법령에 의하여 체포영장을 발부할 수 있는 권한이 있습니다.

5.7. 영장 원본은 대한민국에서 절차를 진행하기 위하여 수사기록에 편철되어 있고, 본인은 영장 원본을 직접 보았으며, 첨부문서는 체포영장의 진정하고 정확한 사본입니다.

6. **본인은 위 기재한 사실이 모두 진실임을 확인하며, 고의로 허위 사실을 기재하였을 경우 대한민국 형법 제227조에 따라 허위공문서작성죄로 처벌받을 수 있다는 사실을 인식하면서 본 확인서를 작성하였음.**

2015. 1. 21.

인 천 지 방 검 찰 청 검 사 정순신  (인)

첨부 : 유혁기에 대한 체포영장의 진정한 사본 1부.

EX-YOO-S2-00010



# 체 포 영 장

**【통상】**

인천지방법원

| 영 장 번 호 | 2015-995 | | 죄 명 | 특정경제범죄가중처벌등에관한법률위반(횡령) 등 등 |
|---|---|---|---|---|
| 피 의 자 | 성 명 | 유 혁 기 | 직 업 | 기타 |
| | 주민등록번호 | 721110-1691825 | 국 적 | 한국 |
| | 주 거 | 소재 불명 | | |
| 청구한 검사 | 홍 상 철 | | 청구일자 | 2015. 1. 20. 11:38 |
| 변 호 인 | | | 유효기간 | 2029. 3. 30. 까지 |
| 범죄사실의 요지 | 별지 기재와 같다 | | 인치할장소 | 인천지방검찰청 |
| 구 금 할 장 소 | 인천구치소 | | | |

| | |
|---|---|
| ☑ 피의자는 정당한 이유 없이 수사기관의 출석요구에 응하지 아니하였다. | 피의자가 별지 기재와 같은 죄를 범하였다고 의심할 만한 상당한 이유가 있고, 체포의 사유 및 체포의 필요가 있으므로 피의자를 체포한다. |
| ☐ 피의자는 정당한 이유 없이 수사기관의 출석요구에 응하지 아니할 우려가 있다. | 유효기간이 경과하면 체포에 착수할 수 없고, 유효기간이 경과한 경우 또는 유효기간 내라도 체포의 필요가 없어진 경우에는 영장을 반환하여야 한다. |
| ☐ 피의자는 일정한 주거가 없다 (다액 50만 원 이하의 벌금, 구류 또는 과료에 해당하는 사건). | 2015. 1. 20. 판 사 안 홍 걸 |

| 체 포 일 시 | 20 . . : | 체 포 장 소 | |
|---|---|---|---|
| 인 치 일 시 | 20 . . : | 인 치 장 소 | |
| 구 금 일 시 | 20 . . : | 구 금 장 소 | |
| 집행불능사유 | | | |
| 처리자의소속 관 서, 관 직 | | 처 리 자 서 명 날 인 | |

주 : 주민등록번호(외국인은 외국인등록번호, 위 번호들이 없거나 알 수 없는 때에는 생년월일 및 성별)

EX-YOO-S2-00011

# 범 죄 사 실

■ 특정경제범죄가중처벌등에관한법률위반(횡령)

1. 피의자의 신분

    피의자는 기독교복음침례회를 이끄는 유병언의 아들로, 주식회사 아이원아이홀딩스(이하 '아이원아이홀딩스'라 약칭)의 지분 19.44%을 보유하면서, 위 회사를 통해 그 계열사인 (주)트라이곤코리아, (주)국제영상, (주)다판다, (주)온지구, (주)아해, (주)문진미디어, (주)천해지, (주)청해진해운, (주)세모, (주)클리앙, (주)새무리, (주)호진기업, (주)소쿠리상사 등을 경영하는 자로서, 2005. 11. 28.경 서울 강남구 청담동 69-3 1층에 '키솔루션'이라는 개인사업자를 등록한 후, 사실은 각 계열사에 경영자문을 하거나 아래와 같이 각 계열사 대표이사들과 공모하여 '경영자문료' 등 명목으로 돈을 인출하여 개인적으로 영득하였다.

2. 범죄사실

    가. 피해자 주식회사 세모(이하 '세모'라 약칭)에 대한 특정경제범죄가중처벌등에관한법률위반(횡령)

    피의자는 '세모' 소유의 자금을 업무상 보관하는 위 회사 대표이사 고창환과 공모하여, 2010. 3.경 인천 부평구 십정동 558-10, 565-3에 있는 '세모' 사무실에서, 당시 피해회사가 리스크 관리 등 경영자문을 상시적으로 받아야 할 필요가 없었고, 피의자가 운영하는 키솔루션은 피해회사에 실질적인 도움이 될 수 있는 경영자문을 할 능력이 없었으며, 실제로 별다른 경영자문을 한 사실이 없음에도 불구하고, 피해회사로부터 매달 25,000,000원을 지급받는 내용의 '경영자문용역계약'을 체결하고, 그 무렵 자문료 명목으로 25,000,000원을 피의자 명의 우리은행 계좌로 지급받는 것을 비롯하여, 그때부터 2014. 3.경까지 별지 범죄일람표 (1) 기재와 같이 매달 25,000,000원씩을 지급받아 피해회사 소유의 돈 합계

EX-YOO-S2-00012

1,225,000,000원을 횡령하였다.

　나. 피해자 주식회사 모래알디자인(이하 '모래알디자인'이라 약칭)에 대한 특정경제가중처벌등에관한법률위반(횡령)

　피의자는 '모래알디자인' 소유의 돈을 업무상 보관하는 위 회사 대표이사 유섭나와 공모하여, 2010. 4.경 서울 강남구 삼성동 4-4에 있는 '모래알디자인' 사무실에서, 당시 피해회사가 리스크 관리 등 경영자문을 상시적으로 받아야 할 필요가 없었고, 피의자가 운영하는 키솔루션은 피해회사에 실질적인 도움이 될 수 있는 경영자문을 할 능력이 없었으며, 피의자가 '모래알디자인'에 경영자문을 한 사실이 없음에도 '경영자문료' 명목으로 30,000,000원을 받은 것을 비롯하여, 위 일시경부터 2013. 12.경까지 별지 범죄일람표 (2) 기재와 같이 '경영자문료' 명목으로 매달 20,000,000원 또는 30,000,000원씩 지급받는 방법으로 피해회사 소유의 돈 합계 990,000,000원을 지급받아 이를 횡령하였다.

　다. 피해자 주식회사 아해(이하 '아해'라 약칭)에 대한 특정경제범죄가중처벌등에관한법률위반(횡령)

　피의자는 피해회사인 '아해'의 돈을 업무상 보관하는 위 회사 대표이사 이재영과 공모하여, 2009. 1.경 '아해' 사무실에서, 약 10년전부터 피해회사가 사용해오던 '아해'라는 상호에 대하여 상표등록한 후 피해회사 월 매출액의 월 매출액의 0.8%~1.6%를 상표권 사용료로 받는 계약서를 작성한 후 그 무렵 9,499,200원을 지급받은 것을 비롯하여, 위 일시경부터 2013. 12.경까지 별지 범죄일람표 (3)기재와 같이 피해회사로부터 같은 명목으로 합계 5,346,311,045원을 지급받아 이를 횡령하였다.

　라. 피해자 주식회사 온나라쇼핑(이하 '온나라쇼핑')에 대한 업무상횡령

피의자는 피해회사인 '온나라쇼핑' 소유의 자금을 업무상 보관하는 위 회사 대표이사 변기춘과 공모하여, 2009. 1.경 '온나라쇼핑' 사무실에서, 피해회사를 설립하고 그 상호를 정함에 있어, 피의자가 상표 등록한 '온나라쇼핑'라는 호칭에 아무런 브랜드가치도 없고, 상표등록에 소요되는 비용은 약 300,000원에 불과하며, 얼마든지 다른 상호로 대체가능한 상호임에도 불구하고, 피의자는 변기춘과 '전용사용권 설정 계약'을 체결하고, 그 무렵 8,514,430원을 지급받은 것을 비롯하여 위 일시경부터 2011. 12.경까지 별지 범죄일람표 (4)기재와 같이 도합 328,436,704원을 지급받아 이를 횡령하였다.

마. 주식회사 천해지(이하 '천해지')에 대한 특정경제범죄가중처벌에관한법률위반(횡령)

(1) 상표사용료 관련 횡령

피의자는 피해회사 '천해지' 소유의 돈을 업무상 보관하는 위 회사 대표이사 변기춘과 공모하여, 2008. 1.경 '천해지' 사무실에서, 피해회사를 설립하고 그 상호를 정함에 있어, 피의자가 상표 등록한 '천해지'라는 호칭에 아무런 브랜드가치도 없고, 상표등록에 소요되는 비용은 약 300,000원에 불과하며, 얼마든지 다른 상호로 대체가능한 상호임에도 불구하고, 위 상표사용에 대한 대가로 '천해지' 매출의 1.0 ~1.5%를 받는 내용의 계약을 체결한 후, 그 무렵 피해회사로부터 18,898,710원을 지급받은 것을 비롯하여 그 무렵부터 2010. 6.경까지 별지 범죄일람표 (5)기재와 같이 합계 1,235,426,771원을 지급받아 이를 횡령하였다.

(2) 고문료 명목 횡령

피의자는 위 변기춘과 공모하여, 2011. 2.경 '천해지' 사무실에서, 피해회사의 경영과 관련하여 특별한 역할을 수행하지 않으면서 그 무렵 피

EX-YOO-S2-00014

해회사로부터 고문료 명목으로 20,000,000 원을 지급받은 것을 비롯하여, 위 일시경부터 2011. 11.경까지 별지 범죄일람표 (6) 기재와 같이 매달 20,000,000원씩 합계 200,000,000원을 지급 받아 이를 횡령하였다.

(3) 사진 구입 선급금 명목 횡령



피의자는 아버지인 유병언 회장이 촬영한 사진을 베르사이유 궁전에서 전시하기 위해 필요한 비용 등 거액의 돈이 필요해지자 (주)천해지 회사 자금을 인출하기로 마음먹었다.

이에 피의자는 (주)천해지 대표이사인 변기춘과 공모하여 2013. 3.경 '천해지' 사무실에서, 유병언 회장의 사진 작품이 교회 신도들 및 계열사 외에 경매 시장에서 매매가 이루어진 적이 없어 시장 가격을 정할 수 없을 정도로 사진 가치가 그다지 높지 않음에도 불구하고, 마치 유병언 회장의 사진을 고가에 구입하기로 계약한 후 선급금을 미리 지급하는 것처럼 형식을 취해 피해 회사로부터 피의자가 대표로 있는 미국 법인 AHAE PRESS INC로 1,656,598,080원을 지급받은 것을 비롯하여 그 무렵부터 2013. 12.경까지 별지 범죄일람표 (7)기재와 같이 합계 19,862,077,987원을 지급받아 이를 횡령하였다.

■ 특정범죄가중처벌등에관한법률위반(조세)

피의자는 세모그룹 회장 유병언의 차남으로서 유병언이 세모그룹을 실질적으로 지배하기 위해 설립한 지주회사인 (주)아이원아이홀딩스의 지분 19.44%를 보유한 채 세모그룹 경영에 지배적인 영향력을 행사하는 자이고, 유병언은 법정관리 중인 (주)세모의 조선사업부를 인수하기 위해 2003.경 설립한 (주)새천년의 지분 100%를 이강세(30%), 이개옥(35%), 이승기(35%)의 명의로 보유하고, 2007. 10. 위 (주)아이원아이홀딩스를 설립하여 자녀 유대균(19.44%), 유혁기(19.44%), 유섬나(2.57%), 유상나

(2.57%) 명의로 지분 44%를 보유한 채 (주)아이원아이홀딩스를 통해 세 모그룹 경영에 지배적인 영향력을 행사한 자이다.

유병언이 지배적인 영향력을 행사하고 있는 (주)새천년, (주)아이원아이홀딩스는 법인세법 시행령 제87조 제1항 제2호, 제4호에 따라 상호 특수관계인에 해당하므로 (주)새천년이 (주)아이원아이홀딩스에 사산을 시가보다 낮은 금액으로 양도하는 경우, 시가와 양도금액의 차액 모두를 법인세의 과세표준이 되는 소득금액에 포함시켜 신고하여야 한다. 

그럼에도 불구하고 피의자는 위 유병언, (주)새천년의 대표이사 이강세와 함께 (주)새천년이 지분 70.1%를 보유하고 있던 (주)천해지의 기업가치가 상승하자, (주)새천년이 보유한 (주)천해지의 지분을 (주)아이원아이홀딩스에 저가로 양도하면서 (주)새천년과 (주)아이원아이홀딩스가 마치 특수관계인이 아닌 것처럼 가장하여 법인세법 시행령 제35조 제2호에 따라 시가의 70%금액과 양도금액의 차액을 소득금액으로 신고하는 방법으로 (주)새천년의 법인세를 포탈하기로 공모하였다.

이에 따라 피의자는 2008. 3. 5. (주)새천년이 보유한 (주)천해지의 지분 70.1% 및 경영권을 시가 14,781,760,000원(1주당 13,198원)보다 낮은 주식액면가(1주당 5,000원)인 5,600,000,000원에 (주)아이원아이홀딩스로 양도하는 '주식매매 및 경영권이전계약'을 체결하고, (주)아이원아이홀딩스는 같은 날 계약금 560,000,000원, 2008. 3. 21. 잔금 5,040,000,000원을 (주)새천년에 각각 지급하고, 2008. 11. 7. 국세청에 (주)새천년의 법인세를 신고함에 있어 사실은 특수관계인 사이의 거래에 해당하므로 시가 14,781,760,000원과 양도금액 5,600,000,000원의 차액 9,181,760,000원을 소득금액으로 신고하여 함에도 불구하고 위 이강세, 이재옥, 이승기가 (주)새천년의 실제 대주주여서 마치 (주)새천년이 (주)아이원아이홀딩스와 특수관계가 아닌 것처럼 가장하여 시가의 70%금액인 10,347,232,000원과 양도금액 5,600,000,000원의 차액인 4,746,560,000원을 소득금액으로 축소

EX-YOO-S2-00016

신고하였다.

　이로써 피의자는 유병언, 이강세 등과 공모하여 위와 같이 사기나 그 밖의 부정한 행위로 (주)새천년의 2008과세년도 법인세 1,108,800,000원 [4,435,200,000원(9,181,760,000원 - 4,746,560,000원) x 25%]을 포탈하였다.

# 범죄일람표(1)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액 (부가세 제외) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 1 | 2010-03-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 2 | 2010-04-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 3 | 2010-05-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 4 | 2010-06-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 5 | 2010-07-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 6 | 2010-08-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 7 | 2010-09-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 8 | 2010-11-01 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 9 | 2010-11-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 10 | 2010-12-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 11 | 2011-01-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 12 | 2011-02-28 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 13 | 2011-03-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 14 | 2011-04-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 15 | 2011-05-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 16 | 2011-06-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 17 | 2011-07-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 18 | 2011-08-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 19 | 2011-09-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 20 | 2011-10-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 21 | 2011-11-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 22 | 2011-12-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 23 | 2012-01-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 24 | 2012-02-29 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 25 | 2012-03-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 26 | 2012-04-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 27 | 2012-05-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 28 | 2012-06-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 29 | 2012-07-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |

# 범죄일람표(1)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액<br>(부가세 포함) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 30 | 2012-08-31 | ㈜세모 | 고창환 | 키솔루션 | 25,030,000 | 경영자문용역료 | |
| 31 | 2012-09-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 32 | 2012-10-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 33 | 2012-11-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 34 | 2012-12-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 35 | 2013-01-31 | ㈜세모 | 고창환 | 키솔루션 | 25,030,000 | 경영자문용역료 | |
| 36 | 2013-02-28 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 37 | 2013-03-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 38 | 2013-04-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 39 | 2013-05-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 40 | 2013-06-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 41 | 2013-07-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 42 | 2013-08-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 43 | 2013-09-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 44 | 2013-01-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 45 | 2013-11-30 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 46 | 2013-12-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 47 | 2014-01-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 48 | 2014-02-29 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 49 | 2014-03-31 | ㈜세모 | 고창환 | 키솔루션 | 25,000,000 | 경영자문용역료 | |
| 합 계 | | | | | 1,225,000,000 원 | | |

EX-YOO-S2-00019

# 범죄일람표(2)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액 (부가세 제외) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 1 | 2010-04-30 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 30,000,000 | 경영자문용역료 | |
| 2 | 2010-05-31 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 30,000,000 | 경영자문용역료 | |
| 3 | 2010-06-30 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 30,000,000 | 경영자문용역료 | |
| 4 | 2010-07-31 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 30,000,000 | 경영자문용역료 | |
| 5 | 2010-08-31 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 30,000,000 | 경영자문용역료 | |
| 6 | 2010-09-30 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 30,000,000 | 경영자문용역료 | |
| 7 | 2010-10-30 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 30,000,000 | 경영자문용역료 | |
| 8 | 2010-11-30 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 30,000,000 | 경영자문용역료 | |
| 9 | 2010-12-31 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 30,000,000 | 경영자문용역료 | |
| 10 | 2011-01-31 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 11 | 2011-02-28 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 12 | 2011-03-31 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 13 | 2011-04-30 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 14 | 2011-05-31 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 15 | 2011-06-30 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 16 | 2011-07-31 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 17 | 2011-08-31 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 18 | 2011-09-30 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 19 | 2011-10-31 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 20 | 2011-11-30 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 21 | 2011-12-31 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 22 | 2012-01-31 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 23 | 2012-02-29 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 24 | 2012-03-31 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 25 | 2012-04-30 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 26 | 2012-05-31 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 27 | 2012-06-30 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 28 | 2012-07-31 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 29 | 2012-08-31 | ㈜모래알디자인 | 유성나 하명화 | 키솔루션 | 20,000,000 | 경영자문용역료 | |

EX-YOO-S2-00020

# 범죄일람표(2)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액<br>(부가세 포함) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 30 | 2012-09-30 | ㈜모래알디자인 | 유섬나<br>하명회 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 31 | 2012-10-31 | ㈜모래알디자인 | 유섬나<br>하명회 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 32 | 2012-11-30 | ㈜모래알디자인 | 유섬나<br>하명회 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 33 | 2012-12-31 | ㈜모래알디자인 | 유섬나<br>하명회 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 34 | 2013-01-31 | ㈜모래알디자인 | 유섬나<br>하명회 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 35 | 2013-02-28 | ㈜모래알디자인 | 유섬나<br>하명회 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 36 | 2013-03-31 | ㈜모래알디자인 | 유섬나<br>하명회 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 37 | 2013-04-30 | ㈜모래알디자인 | 유섬나<br>하명회 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 38 | 2013-05-31 | ㈜모래알디자인 | 유섬나<br>하명회 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 39 | 2013-06-30 | ㈜모래알디자인 | 유섬나<br>하명회 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 40 | 2013-07-31 | ㈜모래알디자인 | 유섬나<br>하명회 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 41 | 2013-08-31 | ㈜모래알디자인 | 유섬나<br>하명회 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 42 | 2013-09-30 | ㈜모래알디자인 | 유섬나<br>하명회 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 43 | 2013-10-31 | ㈜모래알디자인 | 유섬나<br>하명회 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 44 | 2013-11-30 | ㈜모래알디자인 | 유섬나<br>하명회 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 45 | 2013-12-31 | ㈜모래알디자인 | 유섬나<br>하명회 | 키솔루션 | 20,000,000 | 경영자문용역료 | |
| 합 계 | | | | | 990,000,000 | 원 | |

EX-YOO-S2-00021

# 범죄일람표(3)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액 (부가세 포함) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 1 | 2009-01-30 | ㈜아해 | 이성환 이재영 | 키솔루션 | 9,499,300 | 상표권사용료 | |
| 2 | 2009-02-27 | ㈜아해 | 이성환 이재영 | 키솔루션 | 5,685,600 | 상표권사용료 | |
| 3 | 2009-03-31 | ㈜아해 | 이성환 이재영 | 키솔루션 | 52,638,400 | 상표권사용료 | |
| 4 | 2009-04-30 | ㈜아해 | 이성환 이재영 | 키솔루션 | 52,902,300 | 상표권사용료 | |
| 5 | 2009-05-30 | ㈜아해 | 이성환 이재영 | 키솔루션 | 49,325,300 | 상표권사용료 | |
| 6 | 2009-06-30 | ㈜아해 | 이성환 이재영 | 키솔루션 | 59,522,600 | 상표권사용료 | |
| 7 | 2009-07-31 | ㈜아해 | 이강세 이재영 | 키솔루션 | 65,986,900 | 상표권사용료 | |
| 8 | 2009-08-31 | ㈜아해 | 이강세 이재영 | 키솔루션 | 74,332,910 | 상표권사용료 | |
| 9 | 2009-09-30 | ㈜아해 | 이강세 이재영 | 키솔루션 | 85,358,950 | 상표권사용료 | |
| 10 | 2009-10-30 | ㈜아해 | 이강세 이재영 | 키솔루션 | 82,482,640 | 상표권사용료 | |
| 11 | 2009-11-30 | ㈜아해 | 이강세 이재영 | 키솔루션 | 75,699,660 | 상표권사용료 | |
| 12 | 2009-12-31 | ㈜아해 | 이강세 이재영 | 키솔루션 | 65,440,520 | 상표권사용료 | |
| 13 | 2010-01-30 | ㈜아해 | 이강세 이재영 | 키솔루션 | 20,057,030 | 상표권사용료 | |
| 14 | 2010-02-27 | ㈜아해 | 이강세 이재영 | 키솔루션 | 34,552,840 | 상표권사용료 | |
| 15 | 2010-03-31 | ㈜아해 | 이강세 이재영 | 키솔루션 | 98,678,620 | 상표권사용료 | |
| 16 | 2010-04-30 | ㈜아해 | 이강세 이재영 | 키솔루션 | 113,957,210 | 상표권사용료 | |
| 17 | 2010-05-31 | ㈜아해 | 이강세 이재영 | 키솔루션 | 108,965,880 | 상표권사용료 | |
| 18 | 2010-06-30 | ㈜아해 | 이강세 이재영 | 키솔루션 | 119,595,560 | 상표권사용료 | |
| 19 | 2010-07-30 | ㈜아해 | 이강세 이재영 | 키솔루션 | 91,733,660 | 상표권사용료 | |
| 20 | 2010-08-31 | ㈜아해 | 이강세 이재영 | 키솔루션 | 57,267,790 | 상표권사용료 | |
| 21 | 2010-09-30 | ㈜아해 | 이강세 이재영 | 키솔루션 | 68,926,360 | 상표권사용료 | |
| 22 | 2010-10-29 | ㈜아해 | 이강세 이재영 | 키솔루션 | 82,505,320 | 상표권사용료 | |
| 23 | 2010-11-30 | ㈜아해 | 이강세 이재영 | 키솔루션 | 92,307,510 | 상표권사용료 | |
| 24 | 2010-12-31 | ㈜아해 | 이강세 이재영 | 키솔루션 | 67,285,320 | 상표권사용료 | |
| 25 | 2011-01-31 | ㈜아해 | 이강세 이재영 | 키솔루션 | 28,773,000 | 상표권사용료 | |
| 26 | 2011-02-28 | ㈜아해 | 이강세 이재영 | 키솔루션 | 37,015,000 | 상표권사용료 | |
| 27 | 2011-03-31 | ㈜아해 | 이강세 이재영 | 키솔루션 | | 상표권사용료 | |
| 28 | 2011-04-29 | ㈜아해 | 이강세 이재영 | 키솔루션 | | 상표권사용료 | |
| 29 | 2011-05-31 | ㈜아해 | 이강세 이재영 | 키솔루션 | 94,288,300 | 상표권사용료 | |

EX-YOO-S2-00022

# 범죄일람표(3)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액 (부가세 포함) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 30 | 2011-06-29 | ㈜아해 | 이강세<br>이재영 | 키슬루션 | 125,344,540 | 상표권사용료 | |
| 31 | 2011-07-29 | ㈜아해 | 이강세<br>이재영 | 키슬루션 | 97,473,630 | 상표권사용료 | |
| 32 | 2011-08-31 | ㈜아해 | 이강세<br>이재영 | 키슬루션 | 95,052,150 | 상표권사용료 | |
| 33 | 2011-09-30 | ㈜아해 | 이강세<br>이재영 | 키슬루션 | 118,644,650 | 상표권사용료 | |
| 34 | 2011-10-31 | ㈜아해 | 이강세<br>이재영 | 키슬루션 | 117,824,120 | 상표권사용료 | |
| 35 | 2011-11-30 | ㈜아해 | 이강세<br>이재영 | 키슬루션 | 112,252,300 | 상표권사용료 | |
| 36 | 2011-12-30 | ㈜아해 | 이강세<br>이재영 | 키슬루션 | 105,125,510 | 상표권사용료 | |
| 37 | 2012-01-31 | ㈜아해 | 이강세<br>이재영 | 키슬루션 | 32,865,670 | 상표권사용료 | |
| 38 | 2012-02-29 | ㈜아해 | 이강세<br>이재영 | 키슬루션 | 54,586,090 | 상표권사용료 | |
| 39 | 2012-03-31 | ㈜아해 | 이강세<br>이재영 | 키슬루션 | 99,416,630 | 상표권사용료 | |
| 40 | 2012-04-30 | ㈜아해 | 이강세<br>이재영 | 키슬루션 | 126,176,930 | 상표권사용료 | |
| 41 | 2012-05-31 | ㈜아해 | 이재영<br>황원주 | 키슬루션 | 153,315,540 | 상표권사용료 | |
| 42 | 2012-06-30 | ㈜아해 | 이재영<br>황원주 | 키슬루션 | 152,717,850 | 상표권사용료 | |
| 43 | 2012-07-31 | ㈜아해 | 이재영<br>황원주 | 키슬루션 | 88,316,150 | 상표권사용료 | |
| 44 | 2012-08-31 | ㈜아해 | 이재영<br>황원주 | 키슬루션 | 71,302,970 | 상표권사용료 | |
| 45 | 2012-09-30 | ㈜아해 | 이재영<br>황원주 | 키슬루션 | 109,726,550 | 상표권사용료 | |
| 46 | 2012-11-12 | ㈜아해 | 이재영<br>황원주 | 키슬루션 | 117,211,055 | 상표권사용료 | |
| 47 | 2012-11-30 | ㈜아해 | 이재영<br>황원주 | 키슬루션 | 117,887,270 | 상표권사용료 | |
| 48 | 2012-12-31 | ㈜아해 | 이재영<br>황원주 | 키슬루션 | 67,798,940 | 상표권사용료 | |
| 49 | 2013-01-31 | ㈜아해 | 이재영<br>황원주 | 키슬루션 | 29,444,940 | 상표권사용료 | |
| 50 | 2013-02-28 | ㈜아해 | 이재영<br>황원주 | 키슬루션 | 96,207,690 | 상표권사용료 | |
| 51 | 2013-03-31 | ㈜아해 | 이재영<br>황원주 | 키슬루션 | 104,114,570 | 상표권사용료 | |
| 52 | 2013-04-00 | ㈜아해 | 이재영<br>황원주 | 키슬루션 | 135,741,050 | 상표권사용료 | |
| 53 | 2013-05-3 | ㈜아해 | 이재영<br>황원주 | 키슬루션 | 148,537,230 | 상표권사용료 | |
| 54 | 2013-06-30 | ㈜아해 | 이재영<br>황원주 | 키슬루션 | 134,883,300 | 상표권사용료 | |
| 55 | 2013-07-31 | ㈜아해 | 이재영<br>황원주 | 키슬루션 | 96,969,170 | 상표권사용료 | |
| 56 | 2013-08-30 | ㈜아해 | 이재영<br>황원주 | 키슬루션 | 97,998,400 | 상표권사용료 | |
| 57 | 2013-09-30 | ㈜아해 | 이재영<br>황원주 | 키슬루션 | 28,848,710 | 상표권사용료 | |
| 58 | 2013-10-31 | ㈜아해 | 이재영<br>황원주 | 키슬루션 | 110,602,120 | 상표권사용료 | |

# 범죄일람표(3)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액<br>(부가세 포함) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 59 | 2013-11-30 | ㈜아해 | 이재영<br>황원주 | 키솔루션 | 131,752,960 | 상표권사용료 | |
| 60 | 2013-12-31 | ㈜아해 | 이재영<br>황원주 | 키솔루션 | 151,053,575 | 상표권사용료 | |
| 합 계 | | | | | 5,346,311,045 원 | | |



EX-YOO-S2-00024

# 범죄일람표(4)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액 (부가세 차감) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 1 | 2009-01-31 | ㈜온나라 | 변기춘 | 키솔루션 | 8,514,430 | 상표권사용료 | |
| 2 | 2009-02-28 | ㈜온나라 | 변기춘 | 키솔루션 | 8,387,180 | 상표권사용료 | |
| 3 | 2009-03-31 | ㈜온나라 | 변기춘 | 키솔루션 | 10,049,271 | 상표권사용료 | |
| 4 | 2009-04-30 | ㈜온나라 | 변기춘 | 키솔루션 | 8,911,148 | 상표권사용료 | |
| 5 | 2009-05-31 | ㈜온나라 | 변기춘 | 키솔루션 | 8,944,341 | 상표권사용료 | |
| 6 | 2009-06-30 | ㈜온나라 | 변기춘 | 키솔루션 | 9,369,197 | 상표권사용료 | |
| 7 | 2009-07-31 | ㈜온나라 | 변기춘 | 키솔루션 | 9,339,334 | 상표권사용료 | |
| 8 | 2009-08-31 | ㈜온나라 | 변기춘 | 키솔루션 | 9,194,022 | 상표권사용료 | |
| 9 | 2009-09-30 | ㈜온나라 | 변기춘 | 키솔루션 | 11,251,062 | 상표권사용료 | |
| 10 | 2009-10-31 | ㈜온나라 | 변기춘 | 키솔루션 | 10,081,781 | 상표권사용료 | |
| 11 | 2009-11-30 | ㈜온나라 | 변기춘 | 키솔루션 | 11,411,741 | 상표권사용료 | |
| 12 | 2009-12-31 | ㈜온나라 | 변기춘 | 키솔루션 | 11,631,725 | 상표권사용료 | |
| 13 | 2010-01-31 | ㈜온나라 | 변기춘 | 키솔루션 | 11,077,274 | 상표권사용료 | |
| 14 | 2010-02-28 | ㈜온나라 | 변기춘 | 키솔루션 | 9,646,549 | 상표권사용료 | |
| 15 | 2010-03-31 | ㈜온나라 | 변기춘 | 키솔루션 | 11,053,410 | 상표권사용료 | |
| 16 | 2010-04-30 | ㈜온나라 | 변기춘 | 키솔루션 | 11,104,935 | 상표권사용료 | |
| 17 | 2010-05-31 | ㈜온나라 | 변기춘 | 키솔루션 | 11,336,950 | 상표권사용료 | |
| 18 | 2010-06-30 | ㈜온나라 | 변기춘 | 키솔루션 | 11,248,907 | 상표권사용료 | |
| 19 | 2010-07-31 | ㈜온나라 | 변기춘 | 키솔루션 | 10,724,209 | 상표권사용료 | |
| 20 | 2010-08-31 | ㈜온나라 | 변기춘 | 키솔루션 | 10,668,041 | 상표권사용료 | |
| 21 | 2010-09-30 | ㈜온나라 | 변기춘 | 키솔루션 | 9,475,317 | 상표권사용료 | |
| 22 | 2010-10-31 | ㈜온나라 | 변기춘 | 키솔루션 | 10,402,170 | 상표권사용료 | |
| 23 | 2010-11-30 | ㈜온나라 | 변기춘 | 키솔루션 | 9,953,442 | 상표권사용료 | |
| 24 | 2010-12-31 | ㈜온나라 | 변기춘 | 키솔루션 | 9,386,467 | 상표권사용료 | |
| 25 | 2011-01-31 | ㈜온나라 | 변기춘 | 키솔루션 | 9,159,435 | 상표권사용료 | |
| 26 | 2011-02-28 | ㈜온나라 | 변기춘 | 키솔루션 | 5,892,324 | 상표권사용료 | |
| 27 | 2011-03-31 | ㈜온나라 | 변기춘 | 키솔루션 | 8,322,828 | 상표권사용료 | |
| 28 | 2011-04-30 | ㈜온나라 | 변기춘 | 키솔루션 | 6,747,377 | 상표권사용료 | |
| 29 | 2011-05-31 | ㈜온나라 | 변기춘 | 키솔루션 | 7,476,739 | 상표권사용료 | |

EX-YOO-S2-00025

# 범죄일람표(4)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 월평균금액 (부가세 포함) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 30 | 2011-06-30 | ㈜온나라 | 변기춘 | 키솔루션 | 7,234,6[?]6 | 상표권사용료 | |
| 31 | 2011-07-31 | ㈜온나라 | 변기춘 | 키솔루션 | 7,261,819 | 상표권사용료 | |
| 32 | 2011-08-31 | ㈜온나라 | 변기춘 | 키솔루션 | 6,729,200 | 상표권사용료 | |
| 33 | 2011-09-30 | ㈜온나라 | 변기춘 | 키솔루션 | 7,064,049 | 상표권사용료 | |
| 34 | 2011-10-31 | ㈜온나라 | 변기춘 | 키솔루션 | 6,179,764 | 상표권사용료 | |
| 35 | 2011-11-30 | ㈜온나라 | 변기춘 | 키솔루션 | 6,690,896 | 상표권사용료 | |
| 36 | 2011-12-31 | ㈜온나라 | 변기춘 | 키솔루션 | 6,619,761 | 상표권사용료 | |
| 합 계 | | | | | 328,436,704 원 | | |

EX-YOO-S2-00026

# 범죄일람표(5)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액<br>(부가세 제외) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 1 | 2008-01-31 | ㈜천해지 | 신재직 | 키솔루션 | 18,696,710 | 상표권사용료 | |
| 2 | 2008-02-29 | ㈜천해지 | 신재직 | 키솔루션 | 18,095,193 | 상표권사용료 | |
| 3 | 2008-03-31 | ㈜천해지 | 신재직 | 키솔루션 | 22,695,580 | 상표권사용료 | |
| 4 | 2008-04-30 | ㈜천해지 | 신재직 | 키솔루션 | 21,061,470 | 상표권사용료 | |
| 5 | 2008-05-31 | ㈜천해지 | 신재직 | 키솔루션 | 27,193,951 | 상표권사용료 | |
| 6 | 2008-06-30 | ㈜천해지 | 신재직 | 키솔루션 | 20,423,502 | 상표권사용료 | |
| 7 | 2008-07-31 | ㈜천해지 | 신재직 | 키솔루션 | 26,326,392 | 상표권사용료 | |
| 8 | 2008-08-31 | ㈜천해지 | 신재직 | 키솔루션 | 20,492,939 | 상표권사용료 | |
| 9 | 2008-09-30 | ㈜천해지 | 신재직 | 키솔루션 | 22,261,413 | 상표권사용료 | |
| 10 | 2008-10-31 | ㈜천해지 | 신재직 | 키솔루션 | 23,884,376 | 상표권사용료 | |
| 11 | 2008-11-30 | ㈜천해지 | 신재직 | 키솔루션 | 32,453,666 | 상표권사용료 | |
| 12 | 2008-12-31 | ㈜천해지 | 신재직 | 키솔루션 | 30,485,612 | 상표권사용료 | |
| 13 | 2009-01-31 | ㈜천해지 | 신재직 | 키솔루션 | 48,111,860 | 상표권사용료 | |
| 14 | 2009-02-28 | ㈜천해지 | 신재직 | 키솔루션 | 50,410,799 | 상표권사용료 | |
| 15 | 2009-03-31 | ㈜천해지 | 신재직 | 키솔루션 | 60,586,197 | 상표권사용료 | |
| 16 | 2009-04-30 | ㈜천해지 | 신재직 | 키솔루션 | 58,348,572 | 상표권사용료 | |
| 17 | 2009-05-31 | ㈜천해지 | 신재직 | 키솔루션 | 54,578,526 | 상표권사용료 | |
| 18 | 2009-06-30 | ㈜천해지 | 신재직 | 키솔루션 | 64,037,212 | 상표권사용료 | |
| 19 | 2009-07-31 | ㈜천해지 | 신재직 | 키솔루션 | 59,809,228 | 상표권사용료 | |
| 20 | 2009-08-31 | ㈜천해지 | 신재직 | 키솔루션 | 53,707,361 | 상표권사용료 | |
| 21 | 2009-09-30 | ㈜천해지 | 신재직 | 키솔루션 | 63,522,070 | 상표권사용료 | |
| 22 | 2009-10-31 | ㈜천해지 | 신재직 | 키솔루션 | 55,962,550 | 상표권사용료 | |
| 23 | 2009-11-30 | ㈜천해지 | 신재직 | 키솔루션 | 64,268,927 | 상표권사용료 | |
| 24 | 2009-12-31 | ㈜천해지 | 신재직 | 키솔루션 | 57,077,373 | 상표권사용료 | |
| 25 | 2010-01-31 | ㈜천해지 | 신재직 | 키솔루션 | 52,757,894 | 상표권사용료 | |
| 26 | 2010-02-28 | ㈜천해지 | 신재직 | 키솔루션 | 35,157,177 | 상표권사용료 | |
| 27 | 2010-03-31 | ㈜천해지 | 신재직 | 키솔루션 | 51,080,582 | 상표권사용료 | |
| 28 | 2010-04-30 | ㈜천해지 | 신재직 | 키솔루션 | 45,387,278 | 상표권사용료 | |
| 29 | 2010-05-31 | ㈜천해지 | 신재직 | 키솔루션 | 36,268,932 | 상표권사용료 | |

EX-YOO-S2-00027

# 범죄일람표(5)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액<br>(부가세 제외) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 30 | 2010-06-30 | ㈜현해지 | 신재직 | 키솔루션 | 33,678,445 | 상표권사용료 | |
| 합계 | | | | 1,235,426,771 원 | | | |



EX-YOO-S2-00028

# 범죄일람표(6)

| 순번 | 일시 | 제공자 | 대표이사 | 수령자 | 횡령금액 (부가세 포함) | 명목 | 비고 |
|---|---|---|---|---|---|---|---|
| 1 | 2011-02-25 | ㈜천해지 | 변기춘 | 유혁기 | 20,000,000 | 고문자문료 | |
| 2 | 2011-03-25 | ㈜천해지 | 변기춘 | 유혁기 | 20,000,000 | 고문자문료 | |
| 3 | 2011-04-21 | ㈜천해지 | 변기춘 | 유혁기 | 20,000,000 | 고문자문료 | |
| 4 | 2011-05-24 | ㈜천해지 | 변기춘 | 유혁기 | 20,000,000 | 고문자문료 | |
| 5 | 2011-06-22 | ㈜천해지 | 변기춘 | 유혁기 | 20,000,000 | 고문자문료 | |
| 6 | 2011-07-22 | ㈜천해지 | 변기춘 | 유혁기 | 20,000,000 | 고문자문료 | |
| 7 | 2011-08-24 | ㈜천해지 | 변기춘 | 유혁기 | 20,000,000 | 고문자문료 | |
| 8 | 2011-09-21 | ㈜천해지 | 변기춘 | 유혁기 | 20,000,000 | 고문자문료 | |
| 9 | 2011-10-20 | ㈜천해지 | 변기춘 | 유혁기 | 20,000,000 | 고문자문료 | |
| 10 | 2011-11-22 | ㈜천해지 | 변기춘 | 유혁기 | 20,000,000 | 고문자문료 | |
| 합 계 | | | | | 200,000,000  원 | | |

별지(7)

# 범 죄 일 람 표 (7)

| 순번 | 일시 | 계정과목 | 금액 | 적요 |
|---|---|---|---|---|
| 1 | 2013-03-27 | 선급금 | 1,656,598,080 | AHAE PRESS 사진구입 |
| 2 | 2013-04-23 | 선급금 | 685,374,652 | AHAE PRESS 사진구입 |
| 3 | 2013-04-25 | 선급금 | 700,000,000 | AHAE PRESS 사진구입 |
| 4 | 2013-04-25 | 선급금 | 299,091,725 | AHAE PRESS 사진구입 |
| 5 | 2013-05-24 | 선급금 | 790,290,933 | AHAE PRESS 사진구입 |
| 6 | 2013-05-24 | 선급금 | 5,000 | AHAE PRESS 사진구입 |
| 7 | 2013-05-31 | 선급금 | 314,315,268 | AHAE PRESS 사진구입 |
| 8 | 2013-06-07 | 선급금 | 1,113,651,704 | AHAE PRESS 사진구입 |
| 9 | 2013-06-21 | 선급금 | 1,000,000,000 | AHAE PRESS 사진구입 |
| 10 | 2013-06-21 | 선급금 | 581,561,566 | AHAE PRESS 사진구입 |
| 11 | 2013-07-12 | 선급금 | 500,539,850 | AHAE PRESS 사진구입 |
| 12 | 2013-07-19 | 선급금 | 626,008,934 | AHAE PRESS 사진구입 |
| 13 | 2013-07-19 | 선급금 | 47,236,932 | AHAE PRESS 사진구입 |
| 14 | 2013-07-25 | 선급금 | 813,514,580 | AHAE PRESS 사진구입 |
| 15 | 2013-07-26 | 선급금 | 111,403,702 | AHAE PRESS 사진구입 |
| 16 | 2013-07-26 | 선급금 | 188,598,824 | AHAE PRESS 사진구입 |
| 17 | 2013-07-26 | 선급금 | 32,914,674 | AHAE PRESS 사진구입 |
| 18 | 2013-08-09 | 선급금 | 979,549,035 | AHAE PRESS 사진구입 |
| 19 | 2013-08-09 | 선급금 | 338,055,959 | AHAE PRESS 사진구입 |
| 20 | 2013-08-09 | 선급금 | 267,759,76. | AHAE PRESS 사진구입 |
| 21 | 2013-08-23 | 선급금 | 1,685,261,8.. | AHAE PRESS 사진구입 |
| 22 | 2013-09-06 | 선급금 | 1,095,051,4.. | AHAE PRESS 사진구입 |
| 23 | 2013-09-24 | 선급금 | ...8,84..'.5. | AHAE PRESS 사진구입 |
| 24 | 2013-09-30 | 선급금 | 535,05..'.5. | AHAE PRESS 사진구입 |
| 25 | 2013-10-07 | 선급금 | 600,650,876 | AHAE PRESS 사진구입 |
| 26 | 2013-10-17 | 선급금 | 509,534,17. | AHAE PRESS 사진구입 |

EX-YOO-S2-00030

# 범 죄 일 람 표 (7)

| 27 | 2013-10-28 | 선급금 | 105,016,992 | AHAE PRESS 사진구입 |
|---|---|---|---|---|
| 28 | 2013-10-28 | 선급금 | 41,979,008 | AHAE PRESS 사진구입 |
| 29 | 2013-10-29 | 선급금 | 212,890,963 | AHAE PRESS 사진구입 |
| 30 | 2013-10-29 | 선급금 | 161,628,542 | AHAE PRESS 사진구입 |
| 31 | 2013-10-29 | 선급금 | 131,338,916 | AHAE PRESS 사진구입 |
| 32 | 2013-11-07 | 선급금 | 88,019,975 | AHAE PRESS 사진구입 |
| 33 | 2013-11-07 | 선급금 | 7,391,280 | AHAE PRESS 사진구입 |
| 34 | 2013-11-07 | 선급금 | 171,855,800 | AHAE PRESS 사진구입 |
| 35 | 2013-11-21 | 선급금 | 156,989,532 | AHAE PRESS 사진구입 |
| 36 | 2013-11-21 | 선급금 | 106,371,948 | AHAE PRESS 사진구입 |
| 37 | 2013-11-22 | 선급금 | 106,441,958 | AHAE PRESS 사진구입 |
| 38 | 2013-12-11 | 선급금 | 370,572,219 | AHAE PRESS 사진구입 |
| 39 | 2013-12-11 | 선급금 | 261,334,030 | AHAE PRESS 사진구입 |
| 40 | 2013-12-11 | 선급금 | 63,930,030 | AHAE PRESS 사진구입 |
| 41 | 2013-12-11 | 선급금 | 40,706,030 | AHAE PRESS 사진구입 |
| 42 | 2013-12-16 | 선급금 | 21,670,030 | AHAE PRESS 사진구입 |
| 43 | 2013-12-23 | 선급금 | 894,982,649 | AHAE PRESS 사진구입 |
| 44 | 2013-12-24 | 선급금 | 744,156,260 | AHAE PRESS 사진구입 |
| 합 계 19,862,077,987원 | | | | |

EX-YOO-S2-00031



# MINISTRY OF JUSTICE
Republic of Korea

Attorney General
Department of Justice
United States of America

## Supplemental Record of Case for YOO Hyukkee

On behalf of the Korean Government, I, HWANG Kyo-Ahn, the Korean Minister of Justice,

1. hereby request, pursuant to the Extradition Treaty between the Government of the Republic of Korea and the Government of the United States of America, the extradition of YOO Hyukkee who is accused of violating the Tax Fraud Act so that this case can be prosecuted in accordance with the relevant laws of the Republic of Korea.

2. hereby confirm that the Korean Government certifies this supplemental document for the extradition of YOO Hyukkee by sealing, signing and impressing the official seal of the Korean Minister of Justice on this document.

Seoul, Republic of Korea

April 6, 2015

HWANG Kyo-Ahn
Minister
(Seal of the Minister of Justice)

JUNG Jinwoo
Director, International Criminal Affairs Division
(Duly Authorized by the Minister)

# STATEMENT OF CONFIRMATION

I, JEONG Soon Shin, Prosecutor of the Incheon District Prosecutors' Office ("Incheon DPO") in Korea hereby certify the following supplemental information in support of the request for the extradition of YOO Hyuk Kee from the United States of America to the Republic of Korea pursuant to the Extradition Treaty between the Republic of Korea and the United States of America, which became effective on December 20, 1999.

## 1. ADDITION OF EXTRADITABLE CRIMES

1.1. Extraditable Crime

1.1.1. According to Article 3(1) of the Tax Fraud Act, any person who evades a tax less than 300 million won by fraud or other unlawful means shall be punished by imprisonment for not more than two years or by a fine equivalent to not more than double the amount of tax evaded. When the amount of tax evaded in a way specified in Article 3(1) of the Tax Fraud Act is annually not less than one billion won, the person shall be punished by imprisonment for life or by imprisonment for not less than five years pursuant to Article 8 Subparagraph 1 of the Act on the Aggravated Punishment, Etc. of Specific Crimes.

1.2. Evasion of Corporate Tax by Saecheonnyeon Co., Ltd. ("Saecheonnyeon")

1.2.1. Around 1997, Semo Co., Ltd. ("Semo") went bankrupt and was put under court receivership. Then, YOO Byung Eyn, the Chairman of Semo Group, established Saecheonnyeon in

I

EX-YOO-S2-00033

January 2003 for the purpose of acquiring the shipbuilding business unit from Semo. He held the Saecheonnyeon shares under borrowed names of LEE Gang-se (30%), LEE Jae-ok (35%), and LEE Seung-gi (35%), and appointed aforementioned LEE Gang-se as the CEO of Saecheonnyeon. From 2003 to 2005, Saecheonnyeon obtained 70.1% of the shares of Chonhaiji Co., Ltd. ("Chonhaiji"), one of the affiliate companies of Semo Group, and Chonhaiji acquired the shipbuilding business unit at court auction in 2005.

1.2.1.1. As the CEO of Saecheonnyeon, LEE Gang-se held 30% of the company shares, but did not have any authority to manage the company. He just followed the directions of YOO Byung Eyn when it came to the company management. LEE Jae-ok and LEE Seung-gi, who held 35% of the Saecheonnyeon shares respectively, did not even engage in the company management, but they just lent their names to be shareholders in name only.

1.2.2. In October 2007, YOO Byung Eyn established a holding company, the-so-named I-One-I Holdings Co., Ltd. ("I-One-I Holdings"), for an effective control over affiliate companies of Semo Group. Without any official title or shares in I-One-I Holdings, YOO Byung Eyn was still the de facto owner of 44% of the company by having shares through his children YOO Hyuk Kee (19.44%), YOO Dae Kyoon (19.44%), YOO Chong Somena (2.57%), and YOO Sang Na (2.57%). In addition, YOO Byung Eyn meddled in operation of affiliate companies of Semo Group by receiving reports from KIM Pil Bae, the CEO of I-One-I Holdings, and giving him

2

EX-YOO-S2-00034

instructions if necessary. YOO Hyuk Kee was second to YOO Byung Eyn in Semo Group, exercising controlling influence on Semo Group through I-One-I Holdings with YOO Byung Eyn.

1.2.3. According to Article 87(1)2 and 87(1)4 of the Enforcement Decree of the Corporate Tax Act, a corporation which exercises real influence over the operation of another corporation through its stockholders and their relatives shall be regarded as having a special relationship with the latter. According to Article 1-2(4) of the Enforcement Decree of the Framework Act on National Taxes, a person who invests 30/100 or more of the total number of outstanding stocks or the total amount of investments in a corporation shall be regarded as exercising a controlling influence on the management of the corporation.

1.2.4. According to the above provisions of the Enforcement Decree of the Corporate Tax Act, etc., YOO Byung Eyn exercised a controlling influence on the management of I-One-I Holdings as well as Saecheonnyeon where he had 100% shares. Therefore, it should be deemed that Saecheonnyeon and I-One-I Holdings had a special relationship with each other.

1.3. Meanwhile, according to Article 35 Subparagraph 2 of the Enforcement Decree of the Corporate Tax Act, when a corporation transfers assets to a person other than a person with a special relationship at a price below the normal price without any reasonable cause, the difference between 70% of the normal price and the transfer price shall be the amount of income with which the corporate tax

3

EX-YOO-S2-00035

is calculated. However, according to Article 52(1) of the Corporate Tax Act, when a domestic corporation unjustly reduces the tax burden in transactions with a person having a special relationship, the amount of tax unjustly reduced may be included in the amount of income. According to Article 88(1)3 of the Enforcement Decree of the Corporate Tax Act, when assets are transferred at a price below the market price, it shall be deemed that the tax burden has been unjustly reduced.

1.3.1. Therefore, when assets are transferred between Saecheonnyeon and I-One-I Holdings, having a special relationship, at a price below the market price, it shall be deemed that the two companies have unjustly reduced the tax burden. In this case, the amount of income with which the corporate tax is calculated shall be the difference between the normal price and the transfer price, not between 70% of the normal price and the transfer price.

1.3.2. In spite of such, when the corporate value of Chonhaiji started rising in 2006, YOO Hyuk Kee conspired with YOO Byung Eyn, YOO Dae Kyoon and CEO LEE Gang-se of Saecheonnyeon to evade paying corporate taxes by having Saecheonnyeon sell all shares and control of Chonhaiji to I-One-I Holdings at a low price.

1.3.3. On March 5, 2008, YOO Hyuk Kee, together with YOO Byung Eyn, YOO Dae Kyoon and LEE Gang-se, signed a 'Stock Purchase and Control Transfer Agreement' which states that 70.1% of the Chonhaiji shares and its control held by Saecheonnyeon shall be transferred to I-One-I Holdings for

4

EX-YOO-S2-00036

KRW 5,600,000,000 which is the face value of the shares (KRW 5,000 per share). I-One-I Holdings paid Saecheonnyeon the earnest money of KRW 560,000,000 on the same day and the remaining balance of KRW 5,040,000,000 on March 21, 2008.

1.3.4. On November 7, 2008, when filing a corporate tax return with the National Tax Service, YOO Hyuk Kee, together with YOO Byung Eyn, etc. reported KRW 4,746,560,000 which is the difference between 70% of the normal price of Chonhaiji shares (KRW 10,347,232,000 - 70% of the normal price which is KRW 14,781,760,000 or KRW 13,198 per share) and the transfer price (KRW 5,600,000,000) as the amount of income.

1.3.5. As such, YOO Hyuk Kee evaded the corporate tax of Saecheonnyeon amounting to KRW 1,108,800,000 [KRW 4,435,200,000 X 25% (corporate tax rate for 2008)] by underreporting the income as KRW 4,746,560,000 [KRW 10,347,232,000 (70% of the normal price) - KRW 5,600,000,000 (transfer price)], although he should have reported KRW 9,181,760,000, the difference between the normal price and the transfer price [KRW 14,781,760,000 (normal price) - KRW 5,600,000,000 (transfer price)] as the amount of income.

## 2. RELEVANT EVIDENCE

2.1. The evidence to prove each charge against YOO Hyuk Kee is as follows.

5

EX-YOO-S2-00037

2.2. On May 11, 2014, at the Incheon DPO, JO Seong-in who is in charge of tax investigation in the Investigation Division 2 under the Investigation Bureau 4 of Seoul Regional Tax Office made a statement to Prosecutor PARK Gwang-hyeon as follows:

"YOO Byung Eyn held the shares of Saecheonnyeon which owned 70.1% of the Chonhaiji shares, under the borrowed names of LEE Gang-se, LEE Jae-ok, and LEE Seung-gi. In addition, his children held over 44% of the I-One-I Holdings shares. Therefore, YOO Byung Eyn was the de facto owner of the above two companies. However, concealing the above fact, he transferred the shares to I-One-I Holdings at a far lower price than the market price and evaded paying corporate taxes that amount to KRW 1,100,000,000."

"When selling 70% of the Chonhaiji shares held by Saecheonnyeon at a giveaway price to the company where his sons were large shareholders and transferring control over the company, he evaded paying corporate taxes, and YOO Hyuk Kee and YOO Dae Kyoon, the large shareholders of I-One-I Holdings, also conspired in this process."

2.3. On May 2, 2014, at the office of Investigation Division 2 under the Investigation Bureau 4 of Seoul Regional Tax Office, SHIN Jae-jik, who served as the CEO of Saecheonnyeon from March 31, 2004 to July 20, 2005, made a statement to investigator JO Seong-in as follows:

"There are a few shareholders in Saecheonnyeon, but I think all the shares are actually owned by Chairman YOO Byung Eyn. Others are shareholders in name only and they

6

have never checked the operation of the company. Rather, they made a verbal report on business matters of Saecheonnyeon to YOO Byung Eyn. For example, when the company got approval of manufacturing medical equipment from the Ministry of Food and Drug Safety, they made a verbal report to the Chairman."

2.4. On May 3, 2014, at the office of Investigation Division 2 under the Investigation Bureau 4 of Seoul Regional Tax Office, LEE Gang-se, who served as the CEO of Saecheonnyeon from January 23, 2003 to March 2, 2011, made a statement to Investigator JO Seong-in as follows:

"Chairman YOO Byung Eyn had General Manager LEE Jae-yeong of Semo tell me to establish a company to acquire the shipbuilding business unit of Semo which had been put under court receivership. I was appointed the CEO of Saecheonnyeon in 2003, but I was the CEO in name only who was paid just KRW 1,500,000 a month. I have 30% of the Saecheonnyeon shares while LEE Jae-ok and LEE Seung-gi, each holds 35% of the shares; however, all of the shares are actually owned by YOO Byung Eyn. I, LEE Jae-ok and LEE Seung-gi handed over the certificates of registered seal, certified copies of the resident registration and seals to General Manager LEE Jae-yeong so as to have our names put on the list of shareholders."

"From 2003 to 2005, Saecheonnyeon bought Chonhaiji shares and Chonhaiji acquired the shipbuilding business unit of Semo at a court auction in 2005. At that time, executives and employees of Semo kept other companies from joining

EX-YOO-S2-00039

the bidding so as to make sure Chonhaiji acquires the shipbuilding business unit of Semo."

2.5. On November 26, 2014, at the Incheon DPO, KIM Pil Bae, who served as the CEO of I-One-I Holdings from October 1, 2007 to March 17, 2014, made a statement to Prosecutor PARK Gwang-hyeon as follows:

"I-One-I Holdings is the holding company of the affiliate companies under Semo Group such as Chonhaiji which is actually operated by YOO Byung Eyn. The shares of I-One-I Holdings are held by his children, YOO Dae Kyoon (19.44%), YOO Hyuk Kee (19.44%), YOO Sang Na (2.57%) and YOO Chong Somena (2.57%)."

"I followed the directions of YOO Byung Eyn, Chairman of Semo Group, when it came to operation of I-One-I Holdings. I was addressed as Vice Chairman. I reported important matters of the affiliate companies under Semo Group directly to Chairman YOO Byung Eyn, and received directions from him and delivered his messages to the CEOs of affiliate companies."

2.6. On August 5, 2014, at the Incheon DPO, PARK Seung-il, who served as the Director of I-One-I Holdings from December 27, 2007 to March 17, 2014, made a statement to prosecutor KIM Jeong-guk as follows:

"Although YOO Byung Eyn did not hold any official title or shares in Semo Group, he operated the company as Chairman in reality. Chairman YOO Byung Eyn wielded his power to appoint CEOs and executives of affiliate companies through Vice Chairman KIM Pil Bae."

8

EX-YOO-S2-00040

"Around the time when I-One-I Holdings was established, the three highest ranking persons in Semo Group were YOO Byung Eyn, YOO Hyuk Kee and KIM Pil Bae in a hierarchical order. KIM Pil Bae told me he could do something only upon direction of YOO Byung Eyn and YOO Hyuk Kee."

2.7. Above statements by relevant persons, a stock purchase and control transfer agreement with I-One-I Holdings, documents showing that the payments for stocks were deposited, a certificate of title holder change and endorsement of stock certificate of Chonhaiji, a report on the valuation of unlisted stocks of Chonhaiji, sum tables of tax invoices, etc. are the evidence to prove criminal charges against YOO Hyuk Kee.

## 3. APPLICABLE LAW OF KOREA

3.1. The laws applicable to the crimes of violations of the *Tax Fraud Act* and the Act on the Aggravated Punishment, Etc. of Specific Crimes (Tax) are as follows:

3.2. Article 3(1) of the Tax Fraud Act

Any person who evades a tax, obtains a tax refund or deduction by fraud or other unlawful means shall be punished by imprisonment for not more than two years or by a fine equivalent to not more than double the amount of tax evaded, refunded or deducted (hereinafter referred to as "amount of tax evaded, etc.").

3.3. Article 8(1)1 of the Act on the Aggravated Punishment, Etc. of Specific Crimes

9

EX-YOO-S2-00041

Any person who commits a crime as provided in Article 3(1), 4 and 5 of the *Tax Fraud Act* and Article 129(1) of the *Local Tax Act* shall be punished aggravatingly as follows:

1. Where the amount of tax which is evaded, refunded, not collected or not paid (hereinafter referred to as "evaded tax amount, etc.") is annually not less than one billion won, the person shall be punished by imprisonment for life or by imprisonment for not less than five years.

## 4. STATUTE OF LIMITATIONS

4.1. According to Article 8(1)1 of the Act on the Aggravated Punishment, Etc. of Specific Crimes, YOO Hyuk Kee is punishable with imprisonment for life or imprisonment for not less than five years for evading corporate taxes that amount to KRW 1,108,800,000 of Saecheonnyeon. Article 249(1)2 of the Criminal Procedure Act states that the statute of limitations for the crime shall toll after fifteen years, and Article 253(3) of the Criminal Procedure Act states that the limitation period shall be suspended during the period, for which an offender stays abroad for the purpose of escaping the criminal punishment. <Article 249(1) of the Criminal Procedure Act>

The prescription for public prosecution shall expire after lapse of the following terms.

1. Twenty five years for crimes punishable with death penalty;

EX-YOO-S2-00042

2. Fifteen years for crimes punishable with imprisonment without prison labor for life or imprisonment for life;

3. Ten years for crimes punishable with imprisonment or imprisonment without prison labor for a maximum term of ten years or more;

4. Seven years for crimes punishable with imprisonment or imprisonment without prison labor for a maximum term of less than ten years;

5. Five years for crimes punishable with imprisonment or imprisonment without prison labor for a maximum term of less than five years, or suspension of qualifications for a maximum term of not less than ten years, or a fine of not less than ten thousand won

<Article 253(3) of the Criminal Procedure Act>

The statute of limitations shall be suspended during the period, for which an offender stays abroad for the purpose of escaping the criminal punishment.

4.2. The aforementioned laws are currently in effect in Korea and were also effective around November 2008 when YOO Hyuk Kee allegedly violated the Act on the Aggravated Punishment, Etc. of Specific Crimes (Tax).

## 5. ARREST WARRANT

5.1. An arrest warrant has been issued for YOO Hyuk Kee on charges of the violation of the Act on the Aggravated Punishment, Etc. of Specific Crimes (Tax).

5.2. When a suspect fails to appear in accordance with the summons and flees as in this case, the prosecutor suspends

11

EX-YOO-S2-00043

the investigation and does not indict the suspect but attempts to arrest the suspect by requesting the court to issue an arrest warrant or detention warrant first so as to locate the suspect's whereabouts or by adding him to the wanted list

5.3. Therefore, when the prosecutor suspends the indictment and put the suspect on the wanted list as a suspect's whereabouts is not located, neither indictment nor trial proceeds so that there is no document available related to the indictment in case records.

5.4. Under the Criminal Procedure Act of the Republic of Korea, the prosecutor can request a relevant district judge to issue an arrest warrant to detain the suspect if there are reasonable grounds to believe that the suspect committed the crime and if the suspect refuses or is likely to refuse the prosecutor's summons to appear without any reasonable cause.

5.5. The judge, upon request by a prosecutor, will issue an arrest warrant only when it is determined that the request provides reasonable grounds for an arrest pursuant to Article 201 and Article 201-2 of the Criminal Procedure Act. For this reason, the fact that an arrest warrant has been issued reflects that the judge is also convinced there are solid reasons to believe that the suspect committed the crime as described in the arrest warrant.

5.6. On January 20, 2015, Judge AN Dong-beom of the Incheon District Court issued a new arrest warrant for YOO Hyuk Kee on charges of this crime in addition to the violation

12

of the Act on the Aggravated Punishment, Etc. of Specific Economic Crimes (Embezzlement), and it will expire on March 30, 2029. The above warrant of arrest is a judicial document authorizing the arrest of YOO Hyuk Kee by March 30, 2029 and Judge AN Dong-beom of the Incheon District Court is authorized to issue a warrant of arrest pursuant to the Korean law.

5.7. The original arrest warrant is kept in the investigation file of this case for relevant criminal procedures in Korea. I have reviewed the original and confirm that the attached document is a genuine and exact copy of the arrest warrant.

6. I hereby certify that the aforementioned are all true to my knowledge. I am submitting this statement of confirmation, being well-aware that I may be punished for falsely producing official documents pursuant to Article 227 of the Criminal Act of Korea.

2015. 1. .

Respectfully submitted by

Prosecutor JEONG Soon Shin

Incheon District Prosecutors' Office

Attachment: 1 genuine copy of arrest warrant for YOO Hyuk Kee

EX-YOO-S2-00045

# Warrant of Arrest

| Warrant No. | 2015-995 | Criminal Offense | Violation of the Act on the Aggravated Punishment Etc. of Specific Economic Crimes (Embezzlement), Etc. |
|---|---|---|---|

| Suspect | Name | YOO Hyuk Kee | Occupation | Others |
|---|---|---|---|---|
| | Resident Registration # | 721110-1691825 | Nationality | Korean |
| | Address | Unknown | | |

| Prosecutor | HONG Sang-cheol | Date of Application | 2015. 1. 20.   11:38 |
|---|---|---|---|
| Defense Attorney | | Date of Expiry | 2029. 3. 30 |
| Facts of Crime | See Enclosure | Place of Custody | Incheon District Prosecutors' Office |
| Place of Detention | Incheon Detention Center | | |

■ The suspect failed to attend in accordance with the summons served on him/her without a plausible reason.

☐ The suspect may fail to attend in accordance with the summons served on him/her, without a plausible reason.

☐ The suspect has no fixed address (for crimes resulting in a fine not exceeding KRW 500,000, detention, or a minor fine).

As there is sufficient reason to believe that the defendant has committed the offense(s) set out in the attachment and there is ground for his/her arrest, the defendant shall be arrested and brought to court. If this warrant is not enforced on or before the date of expiry, it shall no longer be enforceable and the warrant shall be returned.

2015. 1. 20.

Judge AN Dong-beom (*sealed*)

| Date of Arrest | | Place of Arrest | |
|---|---|---|---|
| Date of Custody | | Place of Custody | |
| Date of Detention | | Place of Detention | |
| Reasons for Failed Execution | | | |
| Office/Title of Person in Charge | | Signature of Person in Charge | |

# Facts of Crime

■ **Violation of** *the Act on the Aggravated Punishment Etc. of Specific Economic Crimes* **(Embezzlement)**

## 1. Information on the Suspect

Suspect YOO Hyuk Kee is the son of YOO Byung Eyn who is leading the Evangelical Baptist Church.   Holding 19.44% of the I-One-I Holdings Co., Ltd.'s shares (hereinafter referred to as 'I-One-I Holdings'), YOO Hyuk Kee has managed its affiliate companies such as Trigon Korea Co., Ltd., Gookje Yeongsang Co., Ltd., Dapanda Co., Ltd., Onzigoo Co., Ltd., Ahae Co., Ltd., Moonjin Media Co., Ltd., Chonhaiji Co., Ltd., Chonghaejin Marine Co., Ltd., Semo Co., Ltd., Clien Co., Ltd., Saemoori Co., Ltd., Hojin Co., Ltd., and Socuri Co., Ltd.   Then, around November 28, 2005, YOO Hyuk Kee registered a private company named '*Key Solution*' located at 1F 69-3 Cheongdam-dong, Gangnam-gu, Seoul, and then provided business consulting to each affiliate company so as to acquire 'business consulting fees' personally in conspiracy with the CEOs of affiliate companies.

## 2. Facts of Crime

### A. Violation of *the Act on the Aggravated Punishment Etc. of Specific Economic Crimes* (Embezzlement) against victim Semo Co., Ltd. ('Semo')

Around March 2010, at the office of 'Semo' located at 558-10 and 565-3 Sipjeong-dong, Bupyeong-gu, Incheon, YOO Hyuk Kee conspired with CEO GO Chang-hwan of 'Semo' who was keeping the company funds for business purposes to sign a 'Business Consulting Service Contract' stating to the effect that KRW 25,000,000 should be paid by the victim company every month, even though the victim did not require regular

business consulting for risk management, etc. and Key Solution managed by YOO Hyuk Kee was neither capable of offering business consulting service nor did it actually provide practical business consulting. Around that time, YOO Hyuk Kee received KRW 25,000,000 as a consulting fee into his Woori Bank account. Moreover, from then on until March 2014, YOO Hyuk Kee took KRW 25,000,000 every month as listed in the attached Accounts of Crime (1), thereby embezzling a total of KRW 1,225,000,000 from the victim company.

B. **Violation of** *the Act on the Aggravated Punishment Etc. of Specific Economic Crimes* **(Embezzlement) against victim Moreal Design Inc. ('Moreal Design')**

Around April 2010, at the office of 'Moreal Design' located at 4-4 Samsung-dong, Gangnam-gu, Seoul, YOO Hyuk Kee conspired with CEO YOO Chong Somena of 'Moreal Design' who was keeping the company funds for business purposes to have the victim company pay him KRW 30,000,000 as a 'business consulting fee', even though the victim company did not require regular business consulting for risk management, etc. and Key Solution managed by YOO Hyuk Kee was neither capable of offering business consulting nor did it actually provide business consulting to 'Moreal Design'. Moreover, from then on until December 2013, YOO Hyuk Kee received KRW 20,000,000 or KRW 30,000,000 every month as a 'business consulting fee' as listed in the attached Accounts of Crime (2), thereby embezzling a total of KRW 990,000,000 from the victim company.

C. **Violation of** *the Act on the Aggravated Punishment Etc. of Specific Economic Crimes* **(Embezzlement) against victim Ahae Co., Ltd. ('Ahae')**

Around January 2009, at the office of 'Ahae', suspect YOO Hyuk Kee conspired with

EX-YOO-S2-00048

CEO LEE Jae-yeong of 'Ahae' who was keeping the company funds for business purposes to draw up a contract stating to the effect that the victim company should pay 0.8%~1.6% of its monthly revenue to the suspect as a royalty payment for its trademark. Beforehand, YOO Hyuk Kee registered the trademark of Ahae which had been used by the victim company for about ten years. Then, YOO Hyuk Kee received KRW 9,499,200, and from then on until December 2013, he took and embezzled a total of KRW 5,346,311,045 under the same pretext from the victim company as listed in the attached Accounts of Crime (3).

D. **Occupational embezzlement against victim Onnara Shopping Co., Ltd. ('Onnara Shopping')**

Around January 2009, at the office of 'Onnara Shopping', YOO Hyuk Kee conspired with CEO BYEON Gi-chun of victim 'Onnara Shopping' who was keeping the company funds for business purposes to sign an 'Exclusive License Contract' for the trademark of 'Onnara Shopping' registered by the suspect, even though there is no brand value in the name, the trademark registration fee is about KRW 300,000 only and the name is quite replaceable. Then, YOO Hyuk Kee received KRW 8,514,430 from the victim, and from then on until December 2011, YOO Hyuk Kee received and embezzled a total of KRW 328,436,704 as listed in the attached Accounts of Crime (4).

E. **Violation of *the Act on the Aggravated Punishment Etc. of Specific Economic Crimes* (Embezzlement) against victim Chonhaiji Co., Ltd. ('Chonhaiji')**

(1) **Embezzlement of Trademark Royalties**

Around January 2008, at the office of 'Chonhaiji', YOO Hyuk Kee conspired with CEO BYEON Gi-chun of 'Chonhaiji' who was keeping the company funds for business

purposes to sign a contract stating to the effect that the victim company should pay 1.0%~1.5% of its revenue for using the trademark of 'Chonhaiji' registered by the suspect, even though there is no brand value in the name, the trademark registration fee is about KRW 300,000 only and the name is quite replaceable. Then, YOO Hyuk Kee received KRW 18,898,710 from the victim, and from then on until June 2010, YOO Hyuk Kee received and embezzled a total of KRW 1,235,426,771 as listed in the attached Accounts of Crime (5).

### (2) Embezzlement of Advisory Fees

Around February 2011, at the office of 'Chonhaiji', suspect YOO Hyuk Kee conspired with above BYEON Gi-chun to receive KRW 20,000,000 from the victim as an advisory fee even though he did not play any special role concerning the management of the victim company, and from then on until November 2011, YOO Hyuk Kee received a monthly payment of KRW 20,000,000, thereby embezzling a total of KRW 200,000,000 as listed in the attached Accounts of Crime (6).

### (3) Embezzlement of Advance Payments for Photographs

As YOO Hyuk Kee needed a significant sum of money to exhibit photographs taken by his father YOO Byung Eyn at Chateau de Versailles, he decided to withdraw company funds from Chonhaiji Co., Ltd.

Around March 2013, at the office of 'Chonhaiji', YOO Hyuk Kee conspired with CEO BYEON Gi-chun of 'Chonhaiji' to have KRW 1,656,598,080 paid by the victim to a company in the US named *Ahae Press Inc.* represented by YOO Hyuk Kee as an advance payment for his father's photographs as if the victim had signed a contract to buy his photographs at a high price, even though his photographs were as valueless as to have its

EX-YOO-S2-00050

market price determined since they were never put up for sale at auction other than among his church members and affiliate companies. From that time on until December 2013, YOO Hyuk Kee received and embezzled a total of KRW 19,862,077,987 as listed in the attached Accounts of Crime (7).


■ **Violation of *the Act on the Aggravated Punishment Etc. of Specific Crimes* (Tax)**

As the second son of YOO Byung Eyn, Chairman of Semo Group, YOO Hyuk Kee held 19.44 % of shares of I-One-I Holdings, a holding company established by YOO Byung Eyn to exercise effective control over Semo Group, and exerted a controlling influence over the management of Semo. Around 2003, YOO Byung Eyn established Saecheonnyeon for the purpose of acquiring the shipbuilding business unit from Semo which had been put under court receivership and held the Saecheonnyeon shares under borrowed names of LEE Gang-se (30%), LEE Jae-ok (35%), and LEE Seung-gi (35%). In October 2007, YOO Byung Eyn established above I-One-I Holdings and held 44 % of its shares under borrowed names of his children, YOO Dae Kyoon (19.44%), YOO Hyuk Kee (19.44%), YOO Chong Somena (2.57%), and YOO Sang Na (2.57%) and exerted a controlling influence over the management of Semo.

According to Article 87(1)2 and 87(1)4 of the *Enforcement Decree of the Corporate Tax Act*, Saecheonnyeon and I-One-I Holdings under the controlling influence exerted by YOO Byung Eyn are deemed to have a special relationship; therefore, if Saecheonnyeon transfers assets to I-One-I Holdings at a price below the market price, the company should report the difference between the normal price and the transfer price as the amount of income with which the corporate tax is calculated.

EX-YOO-S2-00051

In spite of such, when the corporate value of Chonhaiji started to rise, YOO Hyuk Kee conspired with YOO Byung Eyn and CEO LEE Gang-se of Saecheonnyeon to evade paying corporate taxes by having Saecheonnyeon transfer its 70.1 % of the Chonhaiji shares to I-One-I Holdings at a price below the market price and pretending as if there was no special relationship between Saecheonnyeon and I-One-I Holdings, thereby reporting the difference between 70 % of the normal price and the transfer price as the amount of income, pursuant to Article 35 Subparagraph 2 of the *Enforcement Decree of the Corporate Tax Act.*

As such, on March 5, 2008, YOO Hyuk Kee signed a 'Stock Purchase and Control Transfer Agreement' which states that 70.1% of the Chonhaiji shares and its control held by Saecheonnyeon shall be transferred to I-One-I Holdings at KRW 5,600,000,000, the face value which is worth KRW 5,000 per share, thereby at the price below that market price of KRW 14,781,760,000 (KRW 13,198 per share); and I-One-I Holdings paid Saecheonnyeon the earnest money of KRW 560,000,000 on the same day and the remaining balance of KRW 5,040,000,000 on March 21, 2008. On November 7, 2008, when filing a corporate tax return on behalf of Saecheonnyeon with the National Tax Service, YOO Hyuk Kee was supposed to report KRW 9,181,760,000, which is the difference between the normal price of KRW 14,781,760,000 and the transfer price of KRW 5,600,000,000 as the amount of income since Saecheonnyeon and I-One-I Holdings had a special relationship. In spite of such, LEE Gang-se, LEE Jae-ok and LEE Seung-gi, the de facto large shareholders pretended as if Saecheonnyeon had no special relationship with I-One-I Holdings and underreported the amount of income as KRW 4,746,560,000, which is the difference between KRW 10,347,232,000, 70 % of the normal price and KRW 5,600,000,000, the transfer price.

EX-YOO-S2-00052

As such, YOO Hyuk Kee, together with YOO Byung Eyn and LEE Gang-se, evaded the corporate tax imposed on Saecheonnyeon that amounts to KRW 1,108,800,000 [KRW 4,435,200,000 (KRW 9,181,760,000 − KRW 4,746,560,000) X 25 %] for the tax year 2008 by the aforementioned fraud or other unlawful acts.

EX-YOO-S2-00053

# ACCOUNTS OF CRIME (1)

| NO. | DATE | PAYER | CEO | RECIPIENT | AMOUNT OF EMBEZZLEMENT (Excluding VAT) | DETAILS | REMARKS |
|---|---|---|---|---|---|---|---|
| 1 | 2010-03-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 2 | 2010-04-30 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 3 | 2010-05-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 4 | 2010-06-30 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 5 | 2010-07-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 6 | 2010-08-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 7 | 2010-09-30 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 8 | 2010-11-01 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 9 | 2010-11-30 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 10 | 2010-12-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 11 | 2011-01-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 12 | 2011-02-28 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 13 | 2011-03-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 14 | 2011-04-30 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 15 | 2011-05-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 16 | 2011-06-30 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 17 | 2011-07-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 18 | 2011-08-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 19 | 2011-09-30 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 20 | 2011-10-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 21 | 2011-11-30 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 22 | 2011-12-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 23 | 2012-01-31 | Semo Co., Ltd | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 24 | 2012-02-29 | Semo Co., Ltd | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |

EX-YOO-S2-00054

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | 2012-03-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 26 | 2012-04-30 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 27 | 2012-05-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 28 | 2012-06-30 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 29 | 2012-07-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 30 | 2012-08-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 31 | 2012-09-30 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 32 | 2012-10-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 33 | 2012-11-30 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 34 | 2012-12-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 35 | 2013-01-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 36 | 2013-02-28 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 37 | 2013-03-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 38 | 2013-04-30 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 39 | 2013-05-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 40 | 2013-06-30 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 41 | 2013-07-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 42 | 2013-08-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 43 | 2013-09-30 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 44 | 2013-01-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 45 | 2013-11-30 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 46 | 2013-12-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 47 | 2014-01-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 48 | 2014-02-29 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| 49 | 2014-03-31 | Semo Co., Ltd. | GO Chang-hwan | Key Solution | 25,000,000 | Business Consulting Service Fee | |
| Total | | | KRW 1,225,000,000 | | | | |

EX-YOO-S2-00055

# ACCOUNTS OF CRIME (2)

| NO. | DATE | PAYER | CEO | RECIPIENT | AMOUNT OF EMBEZZLEMENT (Excluding VAT) | DETAILS | REMARKS |
|---|---|---|---|---|---|---|---|
| 1 | 2010-04-30 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 30,000,000 | Business Consulting Service Fee | |
| 2 | 2010-05-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 30,000,000 | Business Consulting Service Fee | |
| 3 | 2010-06-30 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 30,000,000 | Business Consulting Service Fee | |
| 4 | 2010-07-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 30,000,000 | Business Consulting Service Fee | |
| 5 | 2010-08-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 30,000,000 | Business Consulting Service Fee | |
| 6 | 2010-09-30 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 30,000,000 | Business Consulting Service Fee | |
| 7 | 2010-10-30 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 30,000,000 | Business Consulting Service Fee | |
| 8 | 2010-11-30 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 30,000,000 | Business Consulting Service Fee | |
| 9 | 2010-12-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 30,000,000 | Business Consulting Service Fee | |
| 10 | 2011-01-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 11 | 2011-02-28 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 12 | 2011-03-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 13 | 2011-04-30 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 14 | 2011-05-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 15 | 2011-06-30 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 16 | 2011-07-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 17 | 2011-08-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |

EX-YOO-S2-00056

| | | | hwa | | | | |
|---|---|---|---|---|---|---|---|
| 18 | 2011-09-30 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 19 | 2011-10-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 20 | 2011-11-30 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 21 | 2011-12-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 22 | 2012-01-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 23 | 2012-02-29 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 24 | 2012-03-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 25 | 2012-04-30 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 26 | 2012-05-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 27 | 2012-06-30 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 28 | 2012-07-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 29 | 2012-08-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 30 | 2012-09-30 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 31 | 2012-10-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 32 | 2012-11-30 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 33 | 2012-12-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 34 | 2013-01-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |

EX-YOO-S2-00057

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 35 | 2013-02-28 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 36 | 2013-03-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 37 | 2013-04-30 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 38 | 2013-05-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 39 | 2013-06-30 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 40 | 2013-07-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 41 | 2013-08-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 42 | 2013-09-30 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 43 | 2013-10-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 44 | 2013-11-30 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| 45 | 2013-12-31 | Moreal Design Inc. | YOO Chong Somena HA Myeong-hwa | Key Solution | 20,000,000 | Business Consulting Service Fee | |
| Total | | | | **KRW 990,000,000** | | | |

EX-YOO-S2-00058

# ACCOUNTS OF CRIME (3)

| NO. | DATE | PAYER | CEO | RECIPIENT | AMOUNT OF EMBEZZLEMENT (Excluding VAT) | DETAILS | REMARKS |
|---|---|---|---|---|---|---|---|
| 1 | 2009-01-30 | Ahae Co., Ltd. | LEE Seong-hwan LEE Jae-yeong | Key Solution | 9,499,200 | Trademark royalty | |
| 2 | 2009-02-27 | Ahae Co., Ltd. | LEE Seong-hwan LEE Jae-yeong | Key Solution | 18,685,600 | Trademark royalty | |
| 3 | 2009-03-31 | Ahae Co., Ltd. | LEE Seong-hwan LEE Jae-yeong | Key Solution | 52,638,400 | Trademark royalty | |
| 4 | 2009-04-30 | Ahae Co., Ltd. | LEE Seong-hwan LEE Jae-yeong | Key Solution | 62,902,300 | Trademark royalty | |
| 5 | 2009-05-30 | Ahae Co., Ltd. | LEE Seong-hwan LEE Jae-yeong | Key Solution | 49,325,900 | Trademark royalty | |
| 6 | 2009-06-30 | Ahae Co., Ltd. | LEE Seong-hwan LEE Jae-yeong | Key Solution | 59,522,800 | Trademark royalty | |
| 7 | 2009-07-31 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 65,986,900 | Trademark royalty | |
| 8 | 2009-08-31 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 74,332,910 | Trademark royalty | |
| 9 | 2009-09-30 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 85,358,950 | Trademark royalty | |
| 10 | 2009-10-30 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 82,482,640 | Trademark royalty | |
| 11 | 2009-11-30 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 75,699,660 | Trademark royalty | |
| 12 | 2009-12-31 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 65,440,520 | Trademark royalty | |
| 13 | 2010-01-30 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 20,057,030 | Trademark royalty | |
| 14 | 2010-02-27 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 34,552,840 | Trademark royalty | |
| 15 | 2010-03-31 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 98,678,620 | Trademark royalty | |
| 16 | 2010-04-30 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 113,957,210 | Trademark royalty | |
| 17 | 2010-05-31 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 108,965,880 | Trademark royalty | |
| 18 | 2010-06-30 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 119,595,560 | Trademark royalty | |
| 19 | 2010-07-30 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 91,733,660 | Trademark royalty | |
| 20 | 2010-08-31 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 57,267,790 | Trademark royalty | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | 2010-09-30 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 68,928,360 | Trademark royalty |
| 22 | 2010-10-29 | Ahae Co., Ltd | LEE Gang-se LEE Jae-yeong | Key Solution | 88,509,320 | Trademark royalty |
| 23 | 2010-11-30 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 92,307,510 | Trademark royalty |
| 24 | 2010-12-31 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 67,265,320 | Trademark royalty |
| 25 | 2011-01-31 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 28,770,020 | Trademark royalty |
| 26 | 2011-02-28 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 37,212,960 | Trademark royalty |
| 27 | 2011-03-31 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 86,113,660 | Trademark royalty |
| 28 | 2011-04-29 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 119,011,700 | Trademark royalty |
| 29 | 2011-05-31 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 114,268,060 | Trademark royalty |
| 30 | 2011-06-29 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 125,344,540 | Trademark royalty |
| 31 | 2011-07-29 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 97,473,630 | Trademark royalty |
| 32 | 2011-08-31 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 95,052,150 | Trademark royalty |
| 33 | 2011-09-30 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 118,644,650 | Trademark royalty |
| 34 | 2011-10-31 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 117,824,120 | Trademark royalty |
| 35 | 2011-11-30 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 112,252,300 | Trademark royalty |
| 36 | 2011-12-30 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 105,125,510 | Trademark royalty |
| 37 | 2012-01-31 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 32,865,670 | Trademark royalty |
| 38 | 2012-02-29 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 54,586,090 | Trademark royalty |
| 39 | 2012-03-31 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 99,416,630 | Trademark royalty |
| 40 | 2012-04-30 | Ahae Co., Ltd. | LEE Gang-se LEE Jae-yeong | Key Solution | 126,176,930 | Trademark royalty |
| 41 | 2012-05-31 | Ahae Co., Ltd. | LEE Jae-yeong HWANG Won-ju | Key Solution | 153,315,540 | Trademark royalty |
| 42 | 2012-06-30 | Ahae Co., Ltd. | LEE Jae-yeong HWANG Won-ju | Key Solution | 152,717,850 | Trademark royalty |
| 43 | 2012-07-31 | Ahae Co., Ltd | LEE Jae-yeong HWANG Won-ju | Key Solution | 88,316,150 | Trademark royalty |

EX-YOO-S2-00060

| 44 | 2012-08-31 | Ahae Co., Ltd. | LEE Jae-yeong HWANG Won-ju | Key Solution | 71,302,970 | Trademark royalty | |
|----|-----------|----------------|----------------------------|--------------|------------|-------------------|---|
| 45 | 2012-09-30 | Ahae Co., Ltd. | LEE Jae-yeong HWANG Won-ju | Key Solution | 109,726,550 | Trademark royalty | |
| 46 | 2012-11-12 | Ahae Co., Ltd. | LEE Jae-yeong HWANG Won-ju | Key Solution | 117,211,055 | Trademark royalty | |
| 47 | 2012-11-30 | Ahae Co., Ltd. | LEE Jae-yeong HWANG Won-ju | Key Solution | 117,887,270 | Trademark royalty | |
| 48 | 2012-12-31 | Ahae Co., Ltd. | LEE Jae-yeong HWANG Won-ju | Key Solution | 67,798,940 | Trademark royalty | |
| 49 | 2013-01-31 | Ahae Co., Ltd. | LEE Jae-yeong HWANG Won-ju | Key Solution | 29,444,940 | Trademark royalty | |
| 50 | 2013-02-28 | Ahae Co., Ltd. | LEE Jae-yeong HWANG Won-ju | Key Solution | 96,207,690 | Trademark royalty | |
| 51 | 2013-03-31 | Ahae Co., Ltd. | LEE Jae-yeong HWANG Won-ju | Key Solution | 104,114,570 | Trademark royalty | |
| 52 | 2013-04-30 | Ahae Co., Ltd. | LEE Jae-yeong HWANG Won-ju | Key Solution | 135,741,050 | Trademark royalty | |
| 53 | 2013-05-31 | Ahae Co., Ltd. | LEE Jae-yeong HWANG Won-ju | Key Solution | 140,537,280 | Trademark royalty | |
| 54 | 2013-06-30 | Ahae Co., Ltd. | LEE Jae-yeong HWANG Won-ju | Key Solution | 134,883,620 | Trademark royalty | |
| 55 | 2013-07-31 | Ahae Co., Ltd. | LEE Jae-yeong HWANG Won-ju | Key Solution | 95,969,170 | Trademark royalty | |
| 56 | 2013-08-30 | Ahae Co., Ltd. | LEE Jae-yeong HWANG Won-ju | Key Solution | 97,998,480 | Trademark royalty | |
| 57 | 2013-09-30 | Ahae Co., Ltd. | LEE Jae-yeong HWANG Won-ju | Key Solution | 99,694,710 | Trademark royalty | |
| 58 | 2013-10-31 | Ahae Co., Ltd. | LEE Jae-yeong HWANG Won-ju | Key Solution | 116,803,180 | Trademark royalty | |
| 59 | 2013-11-30 | Ahae Co., Ltd. | LEE Jae-yeong HWANG Won-ju | Key Solution | 131,752,960 | Trademark royalty | |
| 60 | 2013-12-31 | Ahae Co., Ltd. | LEE Jae-yeong HWANG Won-ju | Key Solution | 151,053,570 | Trademark royalty | |
| Total | | | | KRW | 5,346,311,045 | | |

EX-YOO-S2-00061

# ACCOUNTS OF CRIME (4)

| NO. | DATE | PAYER | CEO | RECIPIENT | AMOUNT OF EMBEZZLEMENT (Excluding VAT) | DETAILS | REMARKS |
|---|---|---|---|---|---|---|---|
| 1 | 2009-01-31 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 8,514,430 | Trademark royalty | |
| 2 | 2009-02-28 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 8,387,180 | Trademark royalty | |
| 3 | 2009-03-31 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 10,049,271 | Trademark royalty | |
| 4 | 2009-04-30 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 8,911,148 | Trademark royalty | |
| 5 | 2009-05-31 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 8,944,341 | Trademark royalty | |
| 6 | 2009-06-30 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 9,369,197 | Trademark royalty | |
| 7 | 2009-07-31 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 9,339,334 | Trademark royalty | |
| 8 | 2009-08-31 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 9,194,022 | Trademark royalty | |
| 9 | 2009-09-30 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 11,251,062 | Trademark royalty | |
| 10 | 2009-10-31 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 10,081,781 | Trademark royalty | |
| 11 | 2009-11-30 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 11,411,741 | Trademark royalty | |
| 12 | 2009-12-31 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 11,631,725 | Trademark royalty | |
| 13 | 2010-01-31 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 11,077,274 | Trademark royalty | |
| 14 | 2010-02-28 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 9,646,549 | Trademark royalty | |
| 15 | 2010-03-31 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 11,053,410 | Trademark royalty | |
| 16 | 2010-04-30 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 11,104,935 | Trademark royalty | |
| 17 | 2010-05-31 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 11,336,950 | Trademark royalty | |
| 18 | 2010-06-30 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 11,248,907 | Trademark royalty | |
| 19 | 2010-07-31 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 10,724,209 | Trademark royalty | |
| 20 | 2010-08-31 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 10,668,041 | Trademark royalty | |
| 21 | 2010-09-30 | Onnara Shopping Co., Ltd | BYEON Gi-chun | Key Solution | 9,475,317 | Trademark royalty | |
| 22 | 2010-10-31 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 10,402,170 | Trademark royalty | |
| 23 | 2010-11-30 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 9,953,442 | Trademark royalty | |

| 24 | 2010-12-31 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 9,386,467 | Trademark royalty | |
|----|------------|---------------------------|---------------|--------------|-----------|-------------------|---|
| 25 | 2011-01-31 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 9,153,436 | Trademark royalty | |
| 26 | 2011-02-28 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 5,693,324 | Trademark royalty | |
| 27 | 2011-03-31 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 8,382,828 | Trademark royalty | |
| 28 | 2011-04-30 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 6,747,077 | Trademark royalty | |
| 29 | 2011-05-31 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 7,476,739 | Trademark royalty | |
| 30 | 2011-06-30 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 7,234,918 | Trademark royalty | |
| 31 | 2011-07-31 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 7,281,819 | Trademark royalty | |
| 32 | 2011-08-31 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 6,729,200 | Trademark royalty | |
| 33 | 2011-09-30 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 7,084,049 | Trademark royalty | |
| 34 | 2011-10-31 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 6,179,764 | Trademark royalty | |
| 35 | 2011-11-30 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 6,690,886 | Trademark royalty | |
| 36 | 2011-12-31 | Onnara Shopping Co., Ltd. | BYEON Gi-chun | Key Solution | 6,619,761 | Trademark royalty | |
| Total | | | | KRW | 328,436,704 | | |

EX-YOO-S2-00063

# ACCOUNTS OF CRIME (5)

| NO. | DATE | PAYER | CEO | RECIPIENT | AMOUNT OF EMBEZZLEMENT (Excluding VAT) | DETAILS | REMARKS |
|---|---|---|---|---|---|---|---|
| 1 | 2008-01-31 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 18,898,710 | Trademark royalty | |
| 2 | 2008-02-29 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 19,065,190 | Trademark royalty | |
| 3 | 2008-03-31 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 22,695,580 | Trademark royalty | |
| 4 | 2008-04-30 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 21,061,470 | Trademark royalty | |
| 5 | 2008-05-31 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 27,193,951 | Trademark royalty | |
| 6 | 2008-06-30 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 20,423,502 | Trademark royalty | |
| 7 | 2008-07-31 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 26,326,392 | Trademark royalty | |
| 8 | 2008-08-31 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 20,492,939 | Trademark royalty | |
| 9 | 2008-09-30 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 22,261,413 | Trademark royalty | |
| 10 | 2008-10-31 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 23,884,376 | Trademark royalty | |
| 11 | 2008-11-30 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 32,453,666 | Trademark royalty | |
| 12 | 2008-12-31 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 30,486,812 | Trademark royalty | |
| 13 | 2009-01-31 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 48,111,860 | Trademark royalty | |
| 14 | 2009-02-28 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 50,410,799 | Trademark royalty | |
| 15 | 2009-03-31 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 60,588,197 | Trademark royalty | |
| 16 | 2009-04-30 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 58,348,572 | Trademark royalty | |
| 17 | 2009-05-31 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 54,578,526 | Trademark royalty | |
| 18 | 2009-06-30 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 64,037,212 | Trademark royalty | |
| 19 | 2009-07-31 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 59,809,228 | Trademark royalty | |
| 20 | 2009-08-31 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 53,707,361 | Trademark royalty | |
| 21 | 2009-09-30 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 63,522,079 | Trademark royalty | |
| 22 | 2009-10-31 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 58,962,850 | Trademark royalty | |
| 23 | 2009-11-30 | Chonhaiji Co., Ltd | SIN Jae-jik | Key Solution | 64,268,957 | Trademark royalty | |

| 24 | 2009-12-31 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 57,277,573 | Trademark royalty | |
|---|---|---|---|---|---|---|---|
| 25 | 2010-01-31 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 52,761,859 | Trademark royalty | |
| 26 | 2010-02-28 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 35,350,717 | Trademark royalty | |
| 27 | 2010-03-31 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 51,082,683 | Trademark royalty | |
| 28 | 2010-04-30 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 45,397,219 | Trademark royalty | |
| 29 | 2010-05-31 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 38,288,632 | Trademark royalty | |
| 30 | 2010-06-30 | Chonhaiji Co., Ltd. | SIN Jae-jik | Key Solution | 33,678,446 | Trademark royalty | |
| Total | | | | KRW | 1,235,426,771 | | |

EX-YOO-S2-00065

# ACCOUNTS OF CRIME (6)

| NO. | DATE | PAYER | CEO | RECIPIENT | AMOUNT OF EMBEZZLEMENT (Excluding VAT) | DETAILS | REMARKS |
|---|---|---|---|---|---|---|---|
| 1 | 2011-02-25 | Chonhaiji Co., Ltd. | BYEON Gi-chun | YOO Hyuk Kee | 20,000,000 | Advisory fee | |
| 2 | 2011-03-25 | Chonhaiji Co., Ltd. | BYEON Gi-chun | YOO Hyuk Kee | 20,000,000 | Advisory fee | |
| 3 | 2011-04-21 | Chonhaiji Co., Ltd. | BYEON Gi-chun | YOO Hyuk Kee | 20,000,000 | Advisory fee | |
| 4 | 2011-05-24 | Chonhaiji Co., Ltd. | BYEON Gi-chun | YOO Hyuk Kee | 20,000,000 | Advisory fee | |
| 5 | 2011-06-22 | Chonhaiji Co., Ltd. | BYEON Gi-chun | YOO Hyuk Kee | 20,000,000 | Advisory fee | |
| 6 | 2011-07-22 | Chonhaiji Co., Ltd. | BYEON Gi-chun | YOO Hyuk Kee | 20,000,000 | Advisory fee | |
| 7 | 2011-08-24 | Chonhaiji Co., Ltd. | BYEON Gi-chun | YOO Hyuk Kee | 20,000,000 | Advisory fee | |
| 8 | 2011-09-21 | Chonhaiji Co., Ltd. | BYEON Gi-chun | YOO Hyuk Kee | 20,000,000 | Advisory fee | |
| 9 | 2011-10-20 | Chonhaiji Co., Ltd. | BYEON Gi-chun | YOO Hyuk Kee | 20,000,000 | Advisory fee | |
| 10 | 2011-11-22 | Chonhaiji Co., Ltd. | BYEON Gi-chun | YOO Hyuk Kee | 20,000,000 | Advisory fee | |
| Total | | | | KRW 200,000,000 | | | |

EX-YOO-S2-00066

# ACCOUNTS OF CRIME (7)

| NO. | DATE | TITLE OF ACCOUNT | AMOUNT | DETAILS |
|---|---|---|---|---|
| 1 | 2013-03-27 | Advance Payment | 1,656,598,080 | Photographs purchased by AHAE PRESS |
| 2 | 2013-04-23 | Advance Payment | 685,374,652 | Photographs purchased by AHAE PRESS |
| 3 | 2013-04-25 | Advance Payment | 700,000,000 | Photographs purchased by AHAE PRESS |
| 4 | 2013-04-25 | Advance Payment | 299,091,725 | Photographs purchased by AHAE PRESS |
| 5 | 2013-05-24 | Advance Payment | 790,290,933 | Photographs purchased by AHAE PRESS |
| 6 | 2013-05-24 | Advance Payment | 5,000 | Photographs purchased by AHAE PRESS |
| 7 | 2013-05-31 | Advance Payment | 314,315,268 | Photographs purchased by AHAE PRESS |
| 8 | 2013-06-07 | Advance Payment | 1,113,651,704 | Photographs purchased by AHAE PRESS |
| 9 | 2013-06-21 | Advance Payment | 1,000,000,000 | Photographs purchased by AHAE PRESS |
| 10 | 2013-06-21 | Advance Payment | 581,561,566 | Photographs purchased by AHAE PRESS |
| 11 | 2013-07-12 | Advance Payment | 500,539,850 | Photographs purchased by AHAE PRESS |
| 12 | 2013-07-19 | Advance Payment | 626,008,934 | Photographs purchased by AHAE PRESS |
| 13 | 2013-07-19 | Advance Payment | 47,236,932 | Photographs purchased by AHAE PRESS |
| 14 | 2013-07-25 | Advance Payment | 813,514,580 | Photographs purchased by AHAE PRESS |
| 15 | 2013-07-26 | Advance Payment | 111,403,702 | Photographs purchased by AHAE PRESS |
| 16 | 2013-07-26 | Advance Payment | 188,598,824 | Photographs purchased by AHAE PRESS |
| 17 | 2013-07-26 | Advance Payment | 329,814,674 | Photographs purchased by AHAE PRESS |
| 18 | 2013-08-09 | Advance Payment | 979,549,055 | Photographs purchased by AHAE PRESS |
| 19 | 2013-08-09 | Advance Payment | 338,055,955 | Photographs purchased by AHAE PRESS |
| 20 | 2013-08-09 | Advance Payment | 267,759,760 | Photographs purchased by AHAE PRESS |
| 21 | 2013-08-23 | Advance Payment | 1,683,201,831 | Photographs purchased by AHAE PRESS |
| 22 | 2013-09-05 | Advance Payment | 1,095,051,425 | Photographs purchased by AHAE PRESS |
| 23 | 2013-09-24 | Advance Payment | 398,541,155 | Photographs purchased by AHAE PRESS |

EX-YOO-S2-00067

| 24 | 2013-09-30 | Advance Payment | 539,051,170 | Photographs purchased by AHAE PRESS |
|---|---|---|---|---|
| 25 | 2013-10-07 | Advance Payment | 600,050,876 | Photographs purchased by AHAE PRESS |
| 26 | 2013-10-17 | Advance Payment | 515,534,174 | Photographs purchased by AHAE PRESS |
| 27 | 2013-10-28 | Advance Payment | 105,016,992 | Photographs purchased by AHAE PRESS |
| 28 | 2013-10-28 | Advance Payment | 41,979,008 | Photographs purchased by AHAE PRESS |
| 29 | 2013-10-29 | Advance Payment | 212,890,963 | Photographs purchased by AHAE PRESS |
| 30 | 2013-10-29 | Advance Payment | 161,628,542 | Photographs purchased by AHAE PRESS |
| 31 | 2013-10-29 | Advance Payment | 131,338,916 | Photographs purchased by AHAE PRESS |
| 32 | 2013-11-07 | Advance Payment | 88,019,975 | Photographs purchased by AHAE PRESS |
| 33 | 2013-11-07 | Advance Payment | 7,391,280 | Photographs purchased by AHAE PRESS |
| 34 | 2013-11-07 | Advance Payment | 171,855,800 | Photographs purchased by AHAE PRESS |
| 35 | 2013-11-21 | Advance Payment | 156,989,532 | Photographs purchased by AHAE PRESS |
| 36 | 2013-11-21 | Advance Payment | 106,371,948 | Photographs purchased by AHAE PRESS |
| 37 | 2013-11-22 | Advance Payment | 106,441,958 | Photographs purchased by AHAE PRESS |
| 38 | 2013-12-11 | Advance Payment | 370,572,219 | Photographs purchased by AHAE PRESS |
| 39 | 2013-12-11 | Advance Payment | 261,334,030 | Photographs purchased by AHAE PRESS |
| 40 | 2013-12-11 | Advance Payment | 63,930,030 | Photographs purchased by AHAE PRESS |
| 41 | 2013-12-11 | Advance Payment | 40,706,030 | Photographs purchased by AHAE PRESS |
| 42 | 2013-12-16 | Advance Payment | 21,670,030 | Photographs purchased by AHAE PRESS |
| 43 | 2013-12-23 | Advance Payment | 894,982,649 | Photographs purchased by AHAE PRESS |
| 44 | 2013-12-24 | Advance Payment | 744,156,260 | Photographs purchased by AHAE PRESS |
| | | Total   KRW 19,862,077,987 | | |

EX-YOO-S2-00068