

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 22, 2020

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      **Re:**    *In re Extradition of Hyuk Kee Yoo*, **20 Mag. 2252**

Dear Judge McCarthy:

      The extradition complaint in the above-referenced case was originally filed under seal.  On July 22, 2020, the fugitive, Hyuk Kee Yoo, was arrested.  As a result, the Government respectfully requests that the Court unseal the complaint.

                Respectfully submitted,

                AUDREY STRAUSS
                Acting United States Attorney

        By:    /s/ Derek Wikstrom         
                Derek Wikstrom
                Assistant United States Attorney
                Tel:  (914) 993-1946

SO ORDERED:

HONORABLE LISA MARGARET SMITH
UNITED STATES MAGISTRATE JUDGE