# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
### 300 QUARROPAS STREET
### WHITE PLAINS, NEW YORK 10601
### 914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

IN THE MATTER
OF THE
EXTRADITION OF
HYUK KEE LEE

**SCHEDULING NOTICE**

20 MJ 2252 (LMS)

-------------------------------------------------------x

TO ALL PARTIES:

     The Court has scheduled hearing in this matter for Wednesday, July 22, 2020, 3:45 PM, before Magistrate Judge Lisa Margaret Smith. Members of the press and public may call the same number, but will not be permitted to speak during the conference. To access the teleconference, please follow these directions: (1) Dial the Meeting Number: (855) 268-7844; (2) Enter the Access Code: 32091812#; and (3) Enter the PIN: 9921299#. Should legal counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4130.

     Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted

entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary

by the court.


Dated: July 22, 2020
      White Plains, New York

SO ORDERED:

_____

Hon. Lisa Margaret Smith
U.S.M.J.