UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Hyuk Kee Yoo

                              Defendant(s).

20 mj 2252 (LMS)

-----------------------------------------------------------X

Defendant __Hyuk Kee Yoo__ hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or __X__ teleconferencing:

__X__ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

__Hyuk Kee Yoo__ (signed by Judge with your permission)  __Paul PCJL__
Defendant's Signature                                    Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Hyuk Kee Yoo__                                         __Paul Shechtman__
Print Defendant's Name                                   Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__7/22/2020__                                            __Lisa Margaret Smith__
Date                                                     U.S. District Judge/U.S. Magistrate
Judge