UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF<br>THE EXTRADITION OF<br>HYUK KEE YOO<br>a/k/a "Hyukkee Yoo"<br>a/k/a "Keith Yoo" | Case No.: 20-mj-2252<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of the Court and all parties of record

    I am admitted practice in this court, and I appear in this case as counsel for Defendant Hyuk Kee Yoo and request that all pleadings and other filings regarding this matter be served upon the undersigned at the office address and e-mail address listed below.

Dated:    July 22, 2020
              New York, NY

                                            BRACEWELL LLP

                                            /s/ Paul Shechtman
                                            Paul Shechtman
                                            1251 Avenue of the Americas, 49th Floor
                                            New York, NY 10020
                                            (212) 508-6100
                                            paul.shechtman@bracewell.com

                                            *Attorneys for Defendant Hyuk Kee Yoo*