# BRACEWELL

August 10, 2020

**VIA ECF**

Magistrate Judge Judith C. McCarthy
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:   <u>In re Extradition of Hyuk Kee Yoo, No. 20 Mag. 2252</u>

Dear Judge McCarthy:

With the government's consent, I write to seek additional time in the above-captioned extradition case.  At present, the schedule calls for our motion to dismiss to be submitted on August 17; the government to submit its response on September 4; and our reply is due on September 14.  The proposed modification would move those dates to September 21, October 13, and October 26, respectively.  The additional time will allow us to translate certain documents into Korean and to engage Korean counsel, and should allow both sides to sharpen the issues for the Court.

Respectfully submitted,

/s/ Paul Shechtman

Paul Shechtman

**Paul Shechtman**
Partner

T: +1.212.508.6107      F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com      bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC