Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno:  Derek Wikstrom, Tel: 914-993-1946

# UNITED STATES DISTRICT COURT

for the

## Southern District of New York

| | | |
|---|---|---|
| In the Matter of the Extradition of Hyuk Kee Yoo, a/k/a "Hyukkee Yoo," a/k/a "Keith Yoo" | ) ) ) ) ) ) | Case No.  20 MAG 2252 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Hyuk Kee Yoo, a/k/a "Hyukkee Yoo," a/k/a "Keith Yoo"                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment     ☐ Information      ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition     ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 3184 -- extradition of a fugitive from a foreign country

Date:     02/27/2020

*Issuing officer's signature*

City and state:     White Plains, NY

Hon. Paul E. Davison, USMJ
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  2/27/20 , and the person was arrested on *(date)*  7/22/20 at *(city and state)*  Vauls Ridge, NJ |
| Date:  7/22/20                                   *Arresting officer's signature* |
|                                   DUSM Jorge Betancur   *Printed name and title* |

In995237