# BRACEWELL

September 9, 2020

**VIA ECF**

Magistrate Judge Judith C. McCarthy
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:   <u>In re Extradition of Hyuk Kee Yoo, No. 20 Mag. 2252</u>

Dear Judge McCarthy:

With the consent of the government, I write to request an additional adjournment -- of two weeks -- for the filing of our pre-hearing submission for Mr. Yoo. The time is needed to translate various documents from Korean to English and to engage a Korean law expert. If acceptable to the Court, the new schedule would be: Yoo initial submission, October 5 (moved from September 21); government response, October 27 (moved from October 13); Yoo reply, November 9 (moved from October 26). We are working diligently to prepare a comprehensive submission, but there is a great deal of material, much of it in Korean, to review.

Respectfully submitted,

/s/ Paul Shechtman

Paul Shechtman

**Paul Shechtman**
Partner

T: +1.212.508.6107    F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com        bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC