# BRACEWELL

September 9, 2020

VIA ECF

Magistrate Judge Judith C. McCarthy
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    <u>In re Extradition of Hyuk Kee Yoo, No. 20 Mag. 2252</u>

Dear Judge McCarthy:

      With the consent of the government, I write to request an additional adjournment -- of two weeks -- for the filing of our pre-hearing submission for Mr. Yoo. The time is needed to translate various documents from Korean to English and to engage a Korean law expert. If acceptable to the Court, the new schedule would be: Yoo initial submission, October 5 (moved from September 21); government response, October 27 (moved from October 13); Yoo reply, November 9 (moved from October 26). We are working diligently to prepare a comprehensive submission, but there is a great deal of material, much of it in Korean, to review.

Respectfully submitted,

/s/ Paul Shechtman

Paul Shechtman

**SO ORDERED:**
Application granted. Defendant's initial submission is due October 5, 2020; the Government's response is due October 27, 2020; and the Defendant's reply, if any, is due November 9, 2020.

_____  9-9-2020
JUDITH C. McCARTHY
United States Magistrate Judge

**Paul Shechtman**
Partner

T: +1.212.508.6107    F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com    bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC