**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN THE MATTER OF
THE EXTRADITION OF
HYUK KEE YOO
a/k/a "Hyukkee Yoo"
a/k/a "Keith Yoo"

Case No.: 7:20-mj-02252-JCM

**NOTICE OF APPEARANCE**

To: The Clerk of the Court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for Defendant Hyuk Kee Yoo and request that all pleadings and other filings regarding this matter be served upon the undersigned at the office address and e-mail address listed below.

Dated: New York, New York
       September 22, 2020

ZUCKERMAN SPAEDER LLP

By: /s/ Shawn P. Naunton
    Shawn P. Naunton
485 Madison Avenue, 10th Floor
New York, New York 10022
Tel: (212) 704-9600
E-mail: snaunton@zuckerman.com

*Attorneys for Defendant Hyuk Kee Yoo*

1