# BRACEWELL

September 30, 2020

**VIA ECF**

Magistrate Judge Judith C. McCarthy
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:     In re Extradition of Hyuk Kee Yoo, No. 20 Mag. 2252

Dear Judge McCarthy:

I represent Keith Yoo in this extradition proceeding. I write now to request permission to file an oversized brief (39 pages) in support of Mr. Yoo's motion to dismiss South Korea's extradition request. The issues here are complicated -- a statute of limitations claim and a claim that probable cause is lacking for all seven of the alleged embezzlements. Our brief, I believe, is written concisely, but the arguments require additional space for a proper explication. I have spoken to the government (AUSA Derek Wikstrom), and it does not oppose this request.

Respectfully submitted,

/s/ Paul Shechtman

Paul Shechtman
Partner

**Paul Shechtman**
Partner

T: +1.212.508.6107     F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com          bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC