# BRACEWELL

September 30, 2020

VIA ECF

Magistrate Judge Judith C. McCarthy
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    <u>In re Extradition of Hyuk Kee Yoo, No. 20 Mag. 2252</u>

Dear Judge McCarthy:

      I represent Keith Yoo in this extradition proceeding. I write now to request permission to file an oversized brief (39 pages) in support of Mr. Yoo's motion to dismiss South Korea's extradition request. The issues here are complicated -- a statute of limitations claim and a claim that probable cause is lacking for all seven of the alleged embezzlements. Our brief, I believe, is written concisely, but the arguments require additional space for a proper explication. I have spoken to the government (AUSA Derek Wikstrom), and it does not oppose this request.

      Respectfully submitted,

      /s/ Paul Shechtman

      Paul Shechtman
      Partner

**SO ORDERED:**
Application granted.

_____  9-30-2020
JUDITH C. McCARTHY
United States Magistrate Judge

Paul Shechtman
Partner

T: +1.212.508.6107       F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com        bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC