**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN THE MATTER OF<br>THE EXTRADITION OF<br>HYUK KEE YOO<br>a/k/a "Hyukkee Yoo"<br>a/k/a "Keith Yoo" | Case No.: 7:20-mj-02252-JCM<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and the supporting documents submitted therewith, defendant Yoo Hyuk Kee ("Keith Yoo") will move this Court, at a date and time to be determined by the Court, for an order dismissing the request of South Korea to certify Keith Yoo as extraditable.

Dated:  New York, New York
October 5, 2020

Respectfully submitted,

BRACEWELL LLP

/s/ Paul Shechtman
Paul Shechtman
1251 Avenue of the Americas
49th Floor
New York, NY 10020
212-508-6107
paul.shechtman@bracewell.com

ZUCKERMAN SPAEDER LLP
Shawn Naunton
485 Madison Avenue
10th Floor
New York, NY 10022
646-746-8655
snaunton@zuckerman.com

Attorneys for Defendant Keith Yoo