# TRANSLATION CERTIFICATION

Date: September 30, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Korean

To:

- English

The documents are designated as:
- Sworn Statement of Professor Sang Hoon Han

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li

YONSEI LAW SCHOOL
Prof. Dr. Sang Hoon HAN
262 Seongsan-no, Seodaemun-gu,
Seoul 120-749, Korea
TEL: (82-2) 2123-5998 FAX: (82-2) 2123-8644
E-mail: han2004@yonsei.ac.kr
http://lawschool.yonsei.ac.kr

연세대학교 법학전문대학원
법과대학
교수 한 상 훈
120-749 서울특별시 서대문구 성산로 262
전화 : (02) 2123-5998
전송 : (02) 2123-8644

Sworn Statement

Sang Hoon Han, being duly sworn, deposes and says:

1. I am a professor of law at Yonsei University Law School where I have taught criminal law since March 2004. I obtained my undergraduate, graduate, and doctoral degree in Criminology at the Seoul National University Law School. Afterward, from 1995 to 2004, I have held positions as a faculty member of the University of Seoul and other universities, a researcher at the Korean Institute of Criminology, and an Assistant Professor at Kookmin University.

2. I have published numerous research articles and books on Korean criminal law and the Criminal Procedure Act. This includes matters such as Citizen's Participation in Criminal Trials, Criminal Evidence Law, Incapacitated Attempts, Criminal Intentions and Errors, and Self-Assertion. I have served as a member of/or advisor to various governmental committees such as the Supreme Court, the Ministry of Justice, the Prosecution Service, and the National Police Agency.

3. I submit this affidavit to provide my opinion on the fact that the issuance of a warrant for arrest or a warrant for detention does not suspend the statute of limitations in the Republic of Korea.

4. Article 253 of Korea's Criminal Procedure Act addresses the tolling of the statute of limitations and its legal effects. Specifically, Paragraph 1 states that "The statute of limitations shall be suspended upon the initiation of criminal prosecution and resume when criminal prosecution has been dismissed or final judgment indicating a violation of jurisdiction has been rendered." There are other provisions for the suspension as well.

5. In the Special Act on Criminal Affairs, apart from the Criminal Procedure Act, there are rules on suspension of the statute of limitations such as in Article 2 of the Special Act on the May 18 Democratization Movement, etc. but these are exceptional cases. The statute of limitations is an important issue of the freedom and rights of the people and must be explicitly provided and the rules on suspension of statute of limitations must be strictly interpreted and cannot be interpreted loosely or minimally to the disadvantage of the defendant as ruled in the cases of the Supreme Court and Constitutional Court. (Constitutional Court 96 Hun-Ga 2, 1996. 2. 16, Supreme Court ruling 2011 Do 15137, 2012. 3. 29)

6. Given that the Criminal Procedure Act explicitly provides the specific circumstances when the statute of limitations may be suspended, any circumstances which have not been prescribed thereunder will not suspend the statute of limitations.

7. Consequently, the issuance of a warrant for arrest or a warrant for detention will not suspend the statute of limitations because the Criminal Procedure Act does not



**YONSEI LAW SCHOOL**

Prof. Dr. Sang Hoon HAN

262 Seongsan-no, Seodaemun-gu,
Seoul 120-749, Korea
TEL: (82-2) 2123-5998  FAX: (82-2) 2123-8644
E-mail: han2004@yonsei.ac.kr
http://lawschool.yonsei.ac.kr

연세대학교 법학전문대학원
　　　　　　법과대학

교수  한  상  훈

120-749 서울특별시 서대문구 성산로 262
전화 : (02) 2123-5998
전송 : (02) 2123-8644

explicitly provide for such a possibility.  This interpretation is consistent with judicial precedent and academic consensus in Korea.

Please send emails for questions to han2004@yonsei.ac.kr.

Date: September 23, 2020

Sang Hoon Han [signature]

Professor of Law

Yonsei University Law School

YONSEI LAW SCHOOL
Prof. Dr. Sang Hoon HAN
262 Seongsan-no, Seodaemun-gu,
Seoul 120-749, Korea
TEL: (82-2) 2123-5998  FAX: (82-2) 2123-8644
E-mail: han2004@yonsei.ac.kr
http://lawschool.yonsei.ac.kr



연세대학교 법학전문대학원
법과대학
교 수 한 상 훈
120-749 서울특별시 서대문구 성산로 262
전화 : (02) 2123-5998
전송 : (02) 2123-8644

# 진술서

한상훈 본인은 아래 기재사항이 사실임을 선서 및 진술하는 바입니다.

1. 본인은 서울대학교 법과대학에서 형사법 전공으로 학사, 석사, 박사 학위를 취득한 다음 1995 년도부터 2004 년도까지 서울시립대 등 각급 대학 강사, 한국형사정책연구원 소속 연구원, 국민대학교 조교수를 거쳐 2004 년 3 월부터 현재까지 연세대학교 법학전문대학원 교수로 재직하면서 형사법을 강의하고 있습니다.

2. 본인은 대한민국의 형법, 형사소송법 등에 관하여 많은 논문과 저서를 출판하였습니다. 이에는 한국에서 국민참여재판제도, 형사증거법, 불능미수, 범죄의 고의와 착오, 자기명정 등이 포함됩니다. 본인은 대법원, 법무부, 검찰, 경찰청 등 정부기관에 위원, 전문위원, 자문위원 등으로 기여하여 왔습니다.

3. 본인은 본 진술서를 통해 대한민국에서 체포영장 발부나 구속영장의 발부가 공소시효를 정지하지 않는다는 사실에 대해 의견을 드리고자 합니다.

YONSEI LAW SCHOOL
Prof. Dr. Sang Hoon HAN

262 Seongsan-no, Seodaemun-gu,
Seoul 120-749, Korea
TEL: (82-2) 2123-5998  FAX: (82-2) 2123-8644
E-mail: han2004@yonsei.ac.kr
http://lawschool.yonsei.ac.kr



연세대학교 법학전문대학원
         법과대학

교수 한 상 훈

120-749 서울특별시 서대문구 성산로 262
전화 : (02) 2123-5998
전송 : (02) 2123-8644

4. 대한민국 형사소송법은 제 253 조에서 공소시효 정지와 효력에 대해 규정하고 있습니다. 구체적인 내용을 보면 『제 1 항 "시효는 공소의 제기로 진행이 정지되고 공소기각 또는 관할위반의 재판이 확정된 때로부터 진행한다"』라는 것이며, 이외에도 공소시효를 정지하는 조항들이 있습니다.

5. 형사소송법이 아닌 형사특별법의 경우, 5·18 민주화운동등에관한특별법 제 2 조와 같이 일부 공소시효의 적용을 중지시키는 규정이 있기는 하지만, 이는 예외적인 경우이며, 공소시효는 국민의 자유와 권리에 관하여 중요한 사항이므로 명문의 규정이 있어야 하고, 공소시효를 정지시키는 규정은 엄격하게 해석하여야 하고 피고인에게 불리한 방향으로 확장하거나 축소하여 해석해서는 아니 된다고 하는 것이 헌법재판소와 대법원의 판례입니다(헌법재판소 1996. 2. 16. 96 헌가 2 결정 등; 대법원 2012. 3. 29. 선고 2011 도 15137 판결 등).

6. 대한민국 형사소송법은 공소시효 정지 사유에 대해 한정적으로 규정하고 있기 때문에 법조문에서 규정하지 않은 사유들은 공소시효를 정지한다고 해석하지 않습니다.

YONSEI LAW SCHOOL

Prof. Dr. Sang Hoon HAN

262 Seongsan-no, Seodaemun-gu,
Seoul 120-749, Korea
TEL: (82-2) 2123-5998  FAX: (82-2) 2123-8644
E-mail: han2004@yonsei.ac.kr
http://lawschool.yonsei.ac.kr



연세대학교 법학전문대학원
　　　　　　 법과대학

교 수 한 상 훈

120-749 서울특별시 서대문구 성산로 262
전화 : (02) 2123-5998
전송 : (02) 2123-8644

7. 체포영장 발부나 구속영장의 발부와 같은 사유들은 대한민국 형사소송법이나 기타 형사특별법상 공소시효 정지사유로 규정되어 있지 않기 때문에 공소시효를 정지시킬 수 없고, 이와 같은 해석론은 대법원 판례나 학계의 일치된 견해라고 할 수 있습니다.

기타 궁금하신 사항은 이메일 han2004@yonsei.ac.kr 로 해주시면 되겠습니다.

일자: 2020 년  9 월  23 일

한 상 훈 (서명)

연세대학교 법학전문대학원 교수