U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

**BY ECF and EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> **SO ORDERED:**
> Application granted. The Government's response to Mr. Yoo's Motion to Dismiss is due December 8, 2020 and Mr. Yoo's reply is due December 21, 2020.
>
> _____Judith C. McCarthy_____ 10-20-2020
> JUDITH C. McCARTHY
> United States Magistrate Judge

Re:   *In re Extradition of Hyuk Kee Yoo*, 20 Mag. 2252 (JCM)

Dear Judge McCarthy:

    On October 5, 2020, Hyuk Kee Yoo filed his opening brief opposing extradition, and seeking an order dismissing the Government's request to certify him as extraditable. The Government's brief in support of extradition and in opposition to Mr. Yoo's motion to dismiss is currently due on October 27, 2020, and a reply brief is due on November 9, 2020. With Mr. Yoo's consent, the Government respectfully requests a six-week extension of the briefing schedule, to permit the Government to confer with the Korean Government about the issues raised in Mr. Yoo's brief. The new deadlines for those briefs would be December 8, 2020 for the Government's response and December 21, 2020 for the reply brief.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:  /s/ Derek Wikstrom
    Derek Wikstrom
    Assistant United States Attorney
    Tel:  (914) 993-1946

Cc:   Paul Shechtman, Esq.
      Shawn Naunton, Esq.