

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 7, 2020

**BY ECF and EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> **SO ORDERED:**
> Application granted.
>
> ____Judith C. McCarthy____  *12-7-2020*
> JUDITH C. McCARTHY
> United States Magistrate Judge

Re:  *In re Extradition of Hyuk Kee Yoo*, 20 Mag. 2252 (JCM)

Dear Judge McCarthy:

    On September 30, 2020, Hyuk Kee Yoo sought and received permission to file an oversized brief opposing extradition in the above-referenced case. (Dkts. 15 & 16.) The Government writes to respectfully request permission to file an oversized brief in response, in order to allow the Government to respond in full to the points raised in Mr. Yoo's brief. Mr. Yoo consents to this request.

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      Acting United States Attorney

By:   /s/ Derek Wikstrom
        Derek Wikstrom
        Assistant United States Attorney
        Tel:  (914) 993-1946

Cc:   Paul Shechtman, Esq.
        Shawn Naunton, Esq.