# BRACEWELL

December 18, 2020

VIA ECF

Magistrate Judge Judith C. McCarthy
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

> **SO ORDERED:**
> Application granted.
>
> _/s/ Judith C. McCarthy_   12-18-2020
> JUDITH C. McCARTHY
> United States Magistrate Judge

      Re:    <u>In re Extradition of Hyuk Kee Yoo, No. 20 Mag. 2252</u>

Dear Judge McCarthy:

      I represent Keith Yoo in this extradition proceeding. I write now to request permission to file an oversized reply brief (17 pages) in further support of Mr. Yoo's motion to dismiss South Korea's extradition request. As the Court knows, the issues here are complicated -- a statute of limitations claim and a claim that probable cause is lacking for all seven of the alleged embezzlements. Our reply brief, I believe, is written concisely, but the arguments require additional space for a proper explication. I have spoken to the government (AUSA Derek Wikstrom), and it does not oppose this request.

      Respectfully submitted,

      /s/ Paul Shechtman

      Paul Shechtman
      Partner

PS/wr

---

**Paul Shechtman**
Partner

T: +1.212.508.6107    F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com    bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC