

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 7, 2021

**BY ECF and EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *In re Extradition of Hyuk Kee Yoo*, 20 Mag. 2252 (JCM)

Dear Judge McCarthy:

    The Government received an advance copy of the attached supplemental statement from the Republic of Korea in support of its request for the extradition of Hyuk Kee Yoo. This supplemental statement is being sent to the United States via diplomatic channels, and the Government intends to offer a certified version into evidence at the extradition hearing in this matter as Government Exhibit D.

                                        Respectfully submitted,

                                        AUDREY STRAUSS
                                        Acting United States Attorney

                 By:    /s/ Derek Wikstrom
                        Derek Wikstrom
                        Assistant United States Attorney
                        Tel:  (914) 993-1946

Cc:   Paul Shechtman, Esq.
        Shawn Naunton, Esq.