# BRACEWELL

January 11, 2021

VIA ECF

Magistrate Judge Judith C. McCarthy
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    <u>In re Extradition of Hyuk Kee Yoo, No. 20 Mag. 2252</u>

Dear Judge McCarthy:

      On January 7, 2021, apparently without securing the Court's permission, our government has filed additional material from Korea in an effort to demonstrate that Keith Yoo is extraditable for embezzlement crimes. For the first time -- six years after its initial submission -- Korea argues that, under Article 253(2) of its Criminal Procedure Act, the statute of limitations was suspended for almost four years due to the prosecution of "other accomplices." We ask the Court for two weeks to respond to this new argument and to other material in Korea's submission. We hope to limit our response to six pages. I have spoken to AUSA Derek Wikstrom, and he consents to this request.

      Respectfully submitted,

      /s/ Paul Shechtman

      Paul Shechtman
      Partner

**SO ORDERED:**
Application granted. Defendant's response is due January 25, 2021.

_____  1-12-21
JUDITH C. McCARTHY
United States Magistrate Judge

Paul Shechtman
Partner

T: +1.212.508.6107    F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com    bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC