UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Plaintiff,            **EXTRADITION HEARING**
                                                                      **EXHIBIT LIST**
      -against-

                                                                      20 Mag. 2252

HYUK KEE YOO,

                              Defendant.
-----------------------------------------------------------------X

      The exhibits listed below were offered during an extradition hearing in the above-captioned case held before the Honorable Judith C. McCarthy on March 3, 2021.

| Gov't No. | Def. No. | Description | Admitted | Reserved Decision |
|---|---|---|---|---|
| A | | Declaration from the Department of State, the applicable extradition treaty, and the various submissions Korea made in support and clarification of its extradition request. (ECF Nos. 2-1 through 2-8) | x | |
| B | | Supplemental submission from Korea dated November 23, 2020 and authenticated by the State Department on December 17, 2020. (ECF No. 27-1) | x | |
| C | | Supplemental submission from Korea dated August 11, 2020, and authenticated by the State Department on January 29, 2021 (ECF No. 27-2) | x | |
| D | | Supplemental submission from Korea dated January 6, 2021, and authenticated by the State Department the same day. (ECF No. 31-1) | x | |
| | 1 | Affidavit of Professor Sang Hoon Han dated September 23, 2020. (ECF No. 18-1, Appendix A) | | x |
| | 2 | Affidavit of Jong-Min Jeon dated December 16, 2020. (ECF No. 30-1, Exhibit 1) | | x |
| | 3 | 2012 Moreal Design Inc. Income Statement and 2013 Moreal Design Inc. Income Statement. (ECF No. 30-2, Exhibit 2) | | x |
| | 4 | Naeclear Asset Transfer Agreement dated March 8, 2012. (ECF No. 30-3, Exhibit 3) | | x |
| | 5 | Excerpted Transcript of Lee Seong-Hwan dated May 3, 2014. (ECF No. 30-4, Exhibit 4) | x | |
| | 6 | Affidavit of Professor Sang Hoon Han dated January 22, 2021. (ECF No. 34-1, Exhibit 1) | | x |
| | 7 | Affidavit of Fran S. Yoon dated January 23, 2021. (ECF No. 34-2, Exhibit 2) | | x |

| | | | | |
|---|---|---|---|---|
| | 8 | Korean Interviews Binder, Tab A, Excerpted Transcript of Kim Gyu-seok (English) and Full Transcript of Kim Gyu-seok (Korean), dated 4/30/14 | x | |
| | 9 | Korean Interviews Binder, Tab B, Transcript of Go Chang-hwan (English and Korean) dated 5/6/14 | x | |
| | 10 | Korean Interviews Binder, Tab C, Excerpted Transcript of Jo Seon-ae (English) and Full Transcript of Jo Seon-ae (Korean), dated 5/1/14 | x | |
| | 11 | Korean Interviews Binder, Tab D, Transcript of Kim Chun-gyun (English and Korean), dated 4/26/14 | x | |
| | 12 | Korean Interviews Binder, Tab E, Excerpted Transcript of Park Seung-il (English) and Full Transcript of Park Seung-il (Korean), dated 5/8/14 | x | |
| | 13 | Korean Interviews Binder, Tab F, Excerpted Transcript of Ha Myung-hwa (English) and Full Transcript of Ha Myung-hwa (Korean), dated 5/14/14 | x | |
| | 14 | Korean Interviews Binder, Tab G, Excerpted Transcript of Park Hwa-sun (English) and Full Transcript of Park Hwa-sun (Korean), dated 5/12/14 | x | |
| | 15 | Korean Interviews Binder, Tab H, Excerpted Transcript of Byun Ki-choon (English) and Full Transcript of Byun Ki-choon (Korean), dated 5/6/14 | x | |
| | 16 | Semo Documents Binder, Tab 1, Affidavit of Kim Gyu-seok (English and Korean), dated 9/18/20 | | x |
| | 17 | Semo Documents Binder, Tab 2, Affidavit of Jo Seon-ae (English and Korean), dated 9/18/20 | | x |
| | 18 | Semo Documents Binder, Tab 3, Affidavit of Hwang Ho-eun (English and Korean), dated 9/18/20 | | x |
| | 19 | Semo Documents Binder, Tab 4, Affidavit of Geun-ha Ryu (English and Korean), dated 9/28/20 | | x |
| | 20 | Semo Documents Binder, Tab 5, Key Solutions report: "Business Strategies - Semo Management Consulting Report." | | x |
| | 21 | Semo Documents Binder, Tab 6, Key Solutions report: "US-FDA Semo Facility Inspection -- Guidelines on FSMA Inspection of Semo Inc. Facilities." | | x |
| | 22 | Semo Documents Binder, Tab 7, Key Solutions report: "HACCP: HAZARD ANALYSIS AND CRITICAL CONTROL POINT." | | x |
| | 23 | Semo Documents Binder, Tab 8, "Consulting Schedule Management Table for SEMO CO., LTD." | | x |
| | 24 | Semo Documents Binder, Tab 9, "Meeting minutes - Facility Inspection of SEMO CO., LTD. by the FDA (US Food and Drug Administration)" dated 1/10/12 | | x |
| | 25 | Semo Documents Binder, Tab 10, "Meeting minutes - Facility Inspection of SEMO CO., LTD. by the FDA (US Food and Drug Administration)" dated 1/19/12 | | x |

| | | | | |
|---|---|---|---|---|
| | 26 | Semo Documents Binder, Tab 11, "Meeting minutes - Facility Inspection of SEMO CO., LTD. by the FDA (US Food and Drug Administration)" dated 2/22/12 | | x |
| | 27 | Semo Documents Binder, Tab 12, "Meeting minutes - Facility Inspection of SEMO CO., LTD. by the FDA (US Food and Drug Administration)" dated 3/8/12 | | x |
| | 28 | Semo Documents Binder, Tab 13, "Meeting minutes - Facility Inspection of SEMO CO., LTD. by the FDA (US Food and Drug Administration)" dated 3/15/12 | | x |
| | 29 | Semo Documents Binder, Tab 14, "Meeting minutes - Facility Inspection of SEMO CO., LTD. by the FDA (US Food and Drug Administration)" dated 3/30/12 | | x |
| | 30 | Semo Documents Binder, Tab 15, "Meeting minutes - Facility Inspection of SEMO CO., LTD. by the FDA (US Food and Drug Administration)" dated 4/2/12 | | x |
| | 31 | Semo Documents Binder, Tab 16, "Minutes of the SEMO CO., LTD. inspection by the FDA" dated 4/9/12-4/10/12 | | x |
| | 32 | Semo Documents Binder, Tab 17, "Meeting minutes - Facility Inspection of SEMO CO., LTD. by the FDA (US Food and Drug Administration)" dated 4/13/12 | | x |
| | 33 | Semo Documents Binder, Tab 18, "Meeting minutes - Facility Inspection by FDA (US Food and Drug Administration) on SEMO CO., LTD." Dated 10/26/12 | | x |
| | 34 | Semo Documents Binder, Tab 19, "January Regular Meeting - SEMO CO., LTD." dated 1/7/13 | | x |
| | 35 | Semo Documents Binder, Tab 20, "February Regular Meeting - SEMO CO., LTD." Dated 2/2013 | | x |
| | 36 | Semo Documents Binder, Tab 21, "March Regular Meeting - SEMO CO. LTD." Dated 3/11/13 | | x |
| | 37 | Semo Documents Binder, Tab 22, "Consulting Report for SEMO CO., LTD." Dated 4/9/13 | | x |
| | 38 | Semo Documents Binder, Tab 23, "Consulting Report for SEMO CO., LTD." Dated 5/15/13 | | x |
| | 39 | Semo Documents Binder, Tab 24, "Consulting Report for SEMO CO., LTD." Dated 6/27/13 | | x |
| | 40 | Semo Documents Binder, Tab 25, "July Regular Meeting - SEMO CO., LTD." Dated 7/10/13 | | x |
| | 41 | Semo Documents Binder, Tab 26, "August Regular Meeting - SEMO CO., LTD." Dated 8/13/13 | | x |
| | 42 | Moreal Documents Binder, Tab 1, Affidavit of Dr. Ha Myung-hwa (English and Korean), dated 9/18/20 | | x |
| | 43 | Moreal Documents Binder, Tab 2, Affidavit of Park Hwa-sun (English and Korean), dated 9/18/20 | | x |
| | 44 | Moreal Documents Binder, Tab 3, Affidavit of Han Yeun Ju, dated 9/23/20 | | x |
| | 45 | Moreal Documents Binder, Tab 4, Key Solutions report: "Business Strategies: Moreal Design Co., Ltd. Consulting Report." | | x |

| | | | | |
|---|---|---|---|---|
| | 46 | Moreal Documents Binder, Tab 5, Key Solutions report: "2010 ABROAD INTERNSHIP PROGRAM - Moreal Design Co., Ltd. Consulting Report." dated 2010 | | x |
| | 47 | Moreal Documents Binder, Tab 6, Key Solutions report: "2011 ABROAD INTERNSHIP PROGRAM - Moreal Design Co., Ltd. Consulting Report." Dated 2011 | | x |
| | 48 | Moreal Documents Binder, Tab 7, Key Solutions report: "2012 ABROAD INTERNSHIP PROGRAM - Moreal Design Co., Ltd. Consulting Report." Dated 2012 | | x |
| | 49 | Moreal Documents Binder, Tab 8, Key Solutions report: "2013 ABROAD INTERNSHIP PROGRAM - Moreal Design Co., Ltd. Consulting Report." Dated 2013 | | x |
| | 50 | Other Companies' Documents Binder - Ahae Co. Documents, Tab 1, Ahae Co. corporate registration and trademark registration documents | | x |
| | 51 | Other Companies' Documents Binder - Ahae Co. Documents, Tab 2, "Special Use Rights Establishment Contract (1)" between Keith Yoo and Ahae Co., dated 5/1/01 | | x |
| | 52 | Other Companies' Documents Binder - Ahae Co. Documents, Tab 3, "Special Use Rights Establishment Contract (2)" between Keith Yoo and Ahae Co., dated 3/8/09 | | x |
| | 53 | Other Companies' Documents Binder - Ahae Co. Documents, Tab 4, "Special Use Rights Establishment Contract (3)" between Keith Yoo and Ahae Co | | x |
| | 54 | Other Companies' Documents Binder - Ahae Co. Documents, Tab 5, Product Photo | | x |
| | 55 | Other Companies' Documents Binder - Onnara Documents, Tab 6, Onnara corporate name and trademark registration documents | | x |
| | 56 | Other Companies' Documents Binder - Onnara Documents, Tab 7, Onnara trademark registration documents | | x |
| | 57 | Other Companies' Documents Binder - Onnara Documents, Tab 8, "EXCLUSIVE LICENSE SETTING CONTRACT (6)" between Keith Yoo and Onnara, dated 12/1/01 | | x |
| | 58 | Other Companies' Documents Binder - Onnara Documents, Tab 9, Product and logo photos | | x |
| | 59 | Other Companies' Documents Binder - Chonhaiji Documents, Tab 10, Affidavit of Sung Min Park and attached memorandum, dated 9/22/20 | | x |
| | 60 | Other Companies' Documents Binder - Chonhaiji Documents, Tab 11, "Registered Trademark User Agreement (4)" between Keith Yoo and Yoo Dae gyun, on the one hand, and Chonhaiji, on the other, dated 1/10/09 | | x |
| | 61 | Other Companies' Documents Binder - Chonhaiji Documents, Tab 12, Chonhaiji corporate registration documents | | x |

4

| | | | | |
|---|---|---|---|---|
| | 62 | Other Companies' Documents Binder - Chonhaiji Documents, Tab 13, Logo photos | | x |
| | 63 | Other Companies' Documents Binder - Chonhaiji Documents, Tab 14, Letter from The Landing School to Keith Yoo, dated 11/5/12 | | x |
| | 64 | Other Companies' Documents Binder - Chonhaiji Documents, Tab 15, Letter from President of The Landing School to Keith Yoo, dated 1/4/13 | | x |
| | 65 | Other Companies' Documents Binder - Chonhaiji Documents, Tab 16, Chonhaiji report on 2010 boat markets, dated 11/20/11 | | x |
| | 66 | Other Companies' Documents Binder - Chonhaiji Documents, Tab 17, "Yacht Design Program Final Project – The Landing School" | | x |
| | 67 | Other Companies' Documents Binder - Chonhaiji Documents, Tab 18, Chonhaiji report: "Ahae Business Plan" | | x |
| | 68 | Other Companies' Documents Binder - Chonhaiji Documents, Tab 19, Chonhaiji report: "Domestic Exhibition Hall Report" | | x |
| | 69 | Other Companies' Documents Binder - Chonhaiji Documents, Tab 20, "Appraisal of Photographs by Ahae," by Lorraine Anne Davis, effective May 23, 2014, with Addenda A – E, dated 5/23/14 | | x |
| | 70 | Other Companies' Documents Binder - Chonhaiji Documents, Tab 21, Selected writings from bound volume Ten Exhibitions | | x |
| | 71 | Ahae, *Ten Exhibitions Around the World* (Prosper Assouline et al. eds., 2016) | | x |