

Cited in In re Hyuk Kee Yoo
20Mag2252 Decided 7/2/21
Archived on 7/6/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

SINCE 1828

Q

GAMES & QUIZZES THESAURUS WORD OF THE DAY FEATURES SHOP

- LOG IN
- REGISTER
- ⌄
  settings
- SAVEDSAVED WORDS



may

dictionary
thesaurus

view recents

Login or Register
Hello,

GAMES & QUIZZES  THESAURUS  WORD OF THE DAY  FEATURES  SHOP  SETTINGS

- SAVEDSAVED WORDS    view recents

# may

auxiliary verb

Save Word

To save this word, you'll need to log in.

Log In

\ 'mā \

past might\ 'mīt \; present singular and plural may

## Definition of *may*

(Entry 1 of 4)

1a —used to indicate possibility or probability you may be rightthings you may need —sometimes used interchangeably with *can* one of those slipups that may happen from time to time— Jessica Mitford —sometimes used where *might* would be expected you may think from a little distance that the country was solid woods— Robert Frost
b **:** have permission to you may go now **:** be free to a rug on which children may sprawl— C. E. Silberman —used nearly interchangeably with *can*
c archaic **:** have the ability to
2 —used in auxiliary function expressing purpose or expectation I laugh that I may not weep or contingency she'll do her duty come what may or concession he may be slow but he is thorough or choice the angler may catch them with a dip net, or he may cast a large, bare treble hook— Nelson Bryant
3 —used in auxiliary function to express a wish or desire especially in prayer, imprecation, or benediction may the best man win
4 **:** shall, must —used in law where the sense, purpose, or policy requires this interpretation

may

noun (1)

\ 'mā \

Definition of *may* (Entry 2 of 4)

archaic

Cited in re Hyuk Kee Yoo
20Mag2252 Decided 7/2/21
Archived on 7/6/21
Further redistribution is prohibited without permission.
This document is protected by copyright.

: maiden

May

noun (2) 

\ ˈmā \

Definition of *May* (Entry 3 of 4)

1 : the fifth month of the Gregorian calendar
2 often not capitalized : the early vigorous blooming part of human life : prime
3 : the festivities of May Day
4 not capitalized
a : green or flowering branches used for May Day decorations
b : a plant that yields may: such as
(1) : hawthorn
(2) : a spring-flowering spirea

May

biographical name 

\ ˈmā \

Definition of *May* (Entry 4 of 4)

Theresa (Mary) 1956–        née *Theresa Mary Brasier* British prime minister (2016–2019)

↓ Can vs. May: Usage Guide   ↓ Example Sentences   ↓ Learn More About *may*

Keep scrolling for more

# Can vs. May: Usage Guide

Auxiliary verb

*Can* and *may* are most frequently interchangeable in uses denoting possibility; because the possibility of one's doing something may depend on another's acquiescence, they have also become interchangeable in the sense denoting permission. The use of *can* to ask or grant permission has been common since the 19th century and is well established, although some commentators feel *may* is more appropriate in formal contexts. *May* is relatively rare in negative constructions (*mayn't* is not common); *cannot* and *can't* are usual in such contexts.

# Examples of *may* in a Sentence

Noun (2) Shakespeare called it "the merry month of *May*." The last two *Mays* have been cold and rainy.

# First Known Use of *may*

Auxiliary verb

before the 12th century, in the meaning defined at sense 1c

Noun (1)

before the 12th century, in the meaning defined above

Cited in rextyuk Kee Yoo
20Mag2220 Decided 7/2/21
Archived on 7/6/21
Such this document is protected by copyright.
Reproduction is prohibited without permission.

Noun (2)

12th century, in the meaning defined at <u>sense 1</u>

## History and Etymology for *may*

Auxiliary verb

Middle English (1st & 3rd singular present indicative), from Old English *mæg*; akin to Old High German *mag* (1st & 3rd singular present indicative) have power, am able (infinitive *magan*), and perhaps to Greek *mēchos* means, expedient

Noun (1)

Middle English, from Old English *mǣg* kinsman, kinswoman, maiden

Noun (2)

Middle English, from Anglo-French & Latin; Anglo-French *mai*, from Latin *Maius*, from *Maia*, Roman goddess

Keep scrolling for more

## Learn More About *may*

Share *may*

<u>Post the Definition of may to Facebook</u>     <u>Share the Definition of may on Twitter</u>

Time Traveler for *may*



## The first known use of *may* was before the 12th century

<u>See more words from the same century</u>

From the Editors at Merriam-Webster

<u>'Can' vs. 'May'</u>

### <u>'Can' vs. 'May'</u>

<u>Can you use 'can' or must you use 'may'?</u>

## Dictionary Entries Near *may*

<u>Maxwell disk</u>

Cited in re Hyuk Kee Yoo 20Mag2252 Decided 7/2/21 Archived on 7/6/21 This document is protected by copyright. Further reproduction is prohibited without permission.

Maxwellian distribution

Maxwell triangle

may

May

maya

Maya

See More Nearby Entries

# Phrases Related to *may*

be that as it may

come what may

if I may say so

if I may/might say so

let the chips fall where they may

may I just say

might makes/is right

# Statistics for *may*

Look-up Popularity

Top 1% of words

Cite this Entry

"May." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/may. Accessed 6 Jul. 2021.

**Style:** MLA
MLA ✓ Chicago ✓ APA ✓ Merriam-Webster ✓

Keep scrolling for more

More Definitions for *may*

May

noun



# English Language Learners Definition of *May*

Cited in In re Hyuk Kee Yoo
20Mag2252 Decided 7/2/21
Archived on 7/6/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

: the fifth month of the year

See the full definition for *May* in the English Language Learners Dictionary

may

helping verb
\ 'mā  \
past might\ 'mīt \; present singular & plural may

## Kids Definition of *may*

1 **:** have permission to You *may* go now.
2 **:** be in some degree likely to You *may* be right.
3 —used to express a wish *May* the best man win.
4 —used to express purpose We exercise so that we *may* be strong.

May

noun
\ 'mā  \

## Kids Definition of *May*

**:** the fifth month of the year

More from Merriam-Webster on *may*

Nglish: Translation of *may* for Spanish Speakers

Britannica English: Translation of *may* for Arabic Speakers

Britannica.com: Encyclopedia article about *may*

Cited in re Hyuk Kee Yoo
MeMag2252 Decided 7/2/21
Archived on 7/6/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

**WORD OF THE DAY**

---

deter 

See Definitions and Examples »

Get Word of the Day daily email!

Your email address

SUBSCRIBE

**Test Your Vocabulary**

Farm Idioms Quiz

- What does 'poke' refer to in the expression 'pig in a poke'?

| mud pit | stable |
|---|---|
| state of difficulty | bag |

Test your vocabulary with our 10-question quiz!

TAKE THE QUIZ

A daily challenge for crossword fanatics.

TAKE THE QUIZ

Cited in In re Hyuk Lee for 20Mag2262 Decided 12/21
Archived on 7/6/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

**WORDS AT PLAY**

_____

- ## Word Well Used: 'Usurpations'

  From the Declaration of Independence

- ## The Words of the Week – 7/2/2021

  Words from the week of 7/2/2021

- ## Can You Use a Superlative of Two?

  Explaining the "best" of two

- ## A Treatise on Parallel Adjectives

  Or, 'trusty' and 'trusted'

**ASK THE EDITORS**

_____

-

Cited in In re Hyuk Kee Yoo 20-Mag2252 Decided on 7/6/21

Archived on 7/6/21

This document is protected by copyright.

Further reproduction is prohibited without permission.

**'Everyday' vs. 'Every Day'**

A simple trick to keep them
separate

- **What Is 'Semantic
Bleaching'?**

How 'literally' can mean
"figuratively"

- **Literally**

How to use a word that (literally)
drives some pe...

- **Is Singular 'They' a Better
Choice?**

The awkward case of 'his or her'

**W O R D   G A M E S**

- **Difficult Vocab Quiz**

Another round of challenging
words!

**T A K E   T H E   Q U I Z**

Cited in In re Frank Kyu Yoo
20Mag2252 Decl and 7/14/21
Archived on 7/12/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

- ## June 2021 Words of the Day Quiz

  How many do you know?

  **TAKE THE QUIZ**

- ## How Strong Is Your Vocabulary?

  Test your vocabulary with our 10-question quiz!

  **TAKE THE QUIZ**

- ## Word Winder's CrossWinder

  A game of winding words.

  **PLAY THE GAME**

Cited in In re Hyuk Kee Yoo,
20Mag2252 Decided 7/2/21
Archived on 7/6/21

This document is protected by copyright.
Further reproduction is prohibited without permission.

**Learn a new word every day. Delivered to your inbox!**

Your email address

**OTHER MERRIAM-WEBSTER DICTIONARIES**

- LEARNER'S ESL DICTIONARY
- VISUAL DICTIONARY
- SCRABBLE® WORD FINDER

- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
- BRITANNICA ENGLISH - ARABIC TRANSLATION
- NGLISH - SPANISH-ENGLISH TRANSLATION

**FOLLOW US**

- - - -

Browse the Dictionary:   A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q   R   S   T   U
V   W   X   Y   Z   0-9

Home  |  Help  |  Apps  |  About Us  |  Shop  |  Advertising Info  |  Dictionary API  |
Contact Us  |  Join MWU  |  Videos  |  Word of the Year  |  Puku  |
Vocabulary Resources  |  Law Dictionary  |  Medical Dictionary  |  Privacy Policy  |
Terms of Use  |  Do Not Sell My Info

Browse the Thesaurus  |  Browse the Medical Dictionary  |  Browse the Legal Dictionary

© 2021 Merriam-Webster, Incorporated

Cited in In re Hyde, No. 7:
20Mar02252 Decided 7/7/21
Archived on 7/6/21
This document is protected by copyright.
Further reproduction is prohibited without permission.